UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jamie Davis, <br><br>                    Plaintiff, <br><br>      v. <br><br> Diversified Consultants, Inc.; and DOES 1-10, inclusive, <br><br>                    Defendants. | Civil Action No.: 1:13-cv-10875 |

## CERTIFICATE OF CONSULTATION

Pursuant to L.R. 16.1(d)(3) the undersigned hereby certifies and represents that the Plaintiff Jamie Davis and his counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses--of the litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs as those outline in LR 16.4.  The undersigned represents that the Plaintiff has delivered to his counsel a signed certification of consultation.

Dated:  Stamford, CT
           August 5, 2013

                                        PLAINTIFF,
                                        Jamie Davis

                                        By:      /s/ Sergei Lemberg

                                        Sergei Lemberg
                                        LEMBERG & ASSOCIATES L.L.C.
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile:  (203) 653-3424
                                        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on August 5, 2013, a copy of the foregoing was filed with the Clerk of the Court via the CM/ECF system, which sent notice of such filing to the following:

John J. O'Connor
Peabody & Arnold LLP
600 Atlantic Avenue
Boston, MA 02210-2261

                                                          /s/ Sergei Lemberg
                                                            Sergei Lemberg