# EXHIBIT C

## MANUAL TRANSFER

You are able to transfer calls to either another 10-digit phone number or a 10-digit number with extension. This feature is typically used when sending a caller to a supervisor, an agent not logged into LiveVox, or another party that may provide assistance in handling the call. To initiate a Manual transfer:

- Select Manual transfer option from the Call Transfer UI.
- Enter the 10-digit phone number or 10-digit number and extension (no dashes) that the call will be transferred to and click Dial to initiate the call.



 *Call transfer supports three or more digit extensions.*

**Related Topics**
   Call Transferring

*Copyright (c) 2012 LiveVox, All Rights Reserved.*

PA155

## AGENT TO AGENT TRANSFER

You are able to transfer calls to other agents within the Agent Desktop. To initiate an agent-to-agent transfer:

- Select the "Agent" option from the Call Transfer UI.
- A dropdown menu displaying the alphabetized list of agents available to receive the transfer will appear.

*Only agents in "Ready" status will be available for selection from the list. This will include all "Ready" agents in the Call Center (not just the skill).*

- Select the name and click **Dial** to transfer the call.



*Important information on agent bridge transfer:*

- LiveVox will attempt to "lock" the "Ready" agents to ensure successful transfers; if transfer lock fails due to a near simultaneous transfer, the system will notify you and ask you to select another from the list.
- System supports "warm transfer" which allows agent 1 (who transfers the call) to speak to agent 2 (who receives the call) while the customer remains on hold.
- When the transfer succeeds:
- System confirms transfer and agent lock.

PA156

- *Agent who received the transferred call receives the screen pop and agent who sent the transfer is put back into "Ready" status.*
- *Call Recording continues once the call is transferred.*

**Related Topics**

Call Transferring

Copyright (c) 2012 LiveVox, All Rights Reserved.

PA157

## FREQUENTLY DIALED NUMBERS PHONEBOOK

You are able to transfer calls to a list of frequently dialed numbers within the Agent Desktop. To use the Phonebook feature:

- Select the Phonebook option from the Call Transfer UI.
- This will display a drop-down with a list of phone numbers or names.
- Select the number and click **Dial** to transfer the call.



 *Frequently used phone numbers are setup and stored by LiveVox. To setup or update the list of frequently used phone numbers, please contact your manager.*

**Related Topics**
Call Transferring

Copyright (c) 2012 LiveVox, All Rights Reserved.

PA158

## FREQUENTLY DIALED NUMBERS PHONEBOOK

You are able to transfer calls to a list of frequently dialed numbers within the Agent Desktop. To use the Phonebook feature:

- Select the Phonebook option from the Call Transfer UI.
- This will display a drop-down with a list of phone numbers or names.
- Select the number and click ████ to transfer the call.



 Frequently used phone numbers are setup and stored by LiveVox. To setup or update the list of frequently used phone numbers, please contact your manager.

**Related Topics**
Call Transferring

Copyright (c) 2012 LiveVox, All Rights Reserved.

## HANDLING CALL TRANSFERS

- As the call is placed, you will receive a pop-up notifying that the call was successfully launched.
- You will hear the remote phone ringing when transferring a call and the customer will be put on hold.



- Once the transfer call has connected to the 3rd party, you will be prompted either to select **Conference** to connect the third party and the customer, or to select **Reconnect** to drop the third party and reconnect you with the customer.



- When the Conference option has been selected to connect all three parties, you can click **Leave** to be removed from the conference. While it is not required that you say anything, stay in this three-way conference for at least five seconds before leaving to ensure that the transfer was successful.

PA160



- After leaving the conference, you will go into "Wrap Up" mode and be able to select the appropriate termination code.

**Related Topics**

Call Transferring

PA161

Copyright (c) 2012 LiveVox, All Rights Reserved.

PA162

## SCHEDULED CALLBACKS

You can schedule callbacks from the Agent Desktop. When enabled, it will show on the pop-up while you are in "In Call" or "Wrap up" status.

**Related Topics**

Optional Features in Agent Desktop (need to be enabled)
Scheduling a Callback
Agent Initiated Immediate Call Back

Copyright (c) 2012 LiveVox, All Rights Reserved.

PA163

## SCHEDULING A CALLBACK

- Click on  to schedule callbacks.

- You will be presented with the below screen which includes a calendar. From this calendar you can schedule the callback. You may also enter a new number if permitted for that skill, change the time zone and use the sliders to select the hour and minute for the callback.



PA164

- Once you have entered all the necessary callback parameters, click [image] to save the settings.
- A confirmation window will appear. Selecting 'OK' commits the callback. Selecting 'Cancel' will take you to the prior screen where you can adjust the callback parameters as necessary and re-submit.



Scheduling callback to phone number 4156716000 on Mon Nov 07 2011, at 14:15 Pacific. Please confirm.

OK     Cancel

- The Agent Desktop will display a scheduled callback confirmation message.



Successfully Schedule Callback

OK

PA165

The system performs the following checks once the data is submitted:

- *Ensures that the requested callback date and time are not in the past.*
- *Ensures that the requested time is within the acceptable dialing window as defined for that specific skill if the callback is scheduled for the same day.*
- *The system only allows future callbacks up to 90 days in advance.*
- *It is not required that the agent who scheduled the callback is logged into the original skill to receive the call.  As long as you are logged into LiveVox you will get the call.*

**Related Topics**

Scheduled Callbacks

Copyright (c) 2012 LiveVox, All Rights Reserved.

PA166

## AGENT INITIATED IMMEDIATE CALL BACK

LiveVox supports the ability to manually enter a different number on the same account for immediate callback. You may enter a number and launch another call upon selecting a specific termination code.



*Check with your supervisor for which termination codes have immediate callback enabled.*

To launch an immediate callback:

- Select a termination code with immediate callback enabled.
- Enter the phone number.



PA167

- After entering a phone number, you will be prompted with a confirmation alert.
- Click [OK] to launch the call.



**Related Topics**
Scheduled Callbacks

Copyright (c) 2012 *LiveVox*, All Rights Reserved.

# LIVEVOX – ACCESSING REPORTING SERVICES

**Related Topics**

Accessing Reports
Standard Reporting Package

*Copyright (c) 2012 LiveVox, All Rights Reserved.*

PA169

## ACCESSING REPORTS

- Navigate to Reporting by selecting the 'Report View' link from the Reports drop down menu of the main voice portal menu.



**Related Topics**

LiveVox – Accessing Reporting Services

Copyright (c) 2012 LiveVox, All Rights Reserved.

PA170

# STANDARD REPORTING PACKAGE

- Selecting the Reports View Link takes you to the Reports screen that displays available reports by category.



The categories are:

- Call Reports – Provide details for each call
- Campaign Reports – Summary of call level data into selected aggregate categories
- ACD Reports – Provide agent level data
- Billing Duration Report – Breakdown of usage charges for various time periods
- Analytics – provide you information on the contact patterns of consumer campaigns.



*Many of the LiveVox Reports contain a "Help" link in the report search window (as shown below), which defines key report metrics.*



PA171

PA172

**Related Topics**
   LiveVox – Accessing Reporting Services

*Copyright (c) 2012 LiveVox, All Rights Reserved.*

PA173

# CALL REPORTS

The Call Reports category is comprised of two reports, the Call Detail Report and the Failed Operator Report.

**Related Topics**
    Call Detail Report (CDR)
    Failed Operator Report

Copyright (c) 2012 LiveVox, All Rights Reserved.

PA174

## CALL DETAIL REPORT (CDR)

- Provides details for every account dialed during a selected date range.
- To access the Call Detail Report click on the 'Call Detail Report (CDR)' link from the Reports menu.
- This takes you to the 'Call Detail Report Search' Tool to choose the parameters for the report.

 *This may only be generated for a three day window due to the amount of data within the report. LiveVox can create call-level results for additional time frames if requested. Data can be generated from up to 270 days back.*



- Six selection variables available within the search tool allow you to manipulate filtering criteria.

  1. Date Range – Enables you to type in dates or choose them using the calendar drop down buttons. The calendar allows you to select the start and end date range.



  2. Hour Of Day Range – Enables you to search for calls within a specified hour of the day range. You can select to search for calls with call start time or call finish time defined

PA175

within the specified range.



3. **Call Center** – Select a call center with a drop down menu. Multi-Call Center Selection can be performed by using the hyperlink titled 'Show Multi-Call Center Selection'.



4. **Multiple Call Center Selection** – Clicking on the 'Show Multi-Call Center Selection' will open the following screen.



PA176

19.1 Call Detail Report (CDR) - LiveVox Voice Portal

5.  **Skill** – A particular skill can be selected using the skill drop down box.  If a particular call center is selected prior to selecting a skill, skills only available for that particular call center will appear. Multi-Skill Selection can be performed by using the hyperlink titled 'Show Multi-Skill Selection'.



6.  **Multiple Skill Selection** – Clicking on the 'Show Multi-Skill Selection' will open the following screen.



*   Multiple Skills and Multiple Call Centers can be easily chosen using the 'Ctrl' key along with the selection of the particular skills to generate a report.

PA177



- o Use the arrow buttons [ > ] [ >> ] [ < ] [ << ] to move the skills or call centers to the selection box. You may choose to move one skill or call center at a time using the single arrow buttons or all skills/call centers with the multiple arrow buttons.

- o You may sort skills or call centers in ascending or descending order by clicking on the header. Navigate using the scroll bar along with the page buttons located both on the side and on the bottom of the selection criteria window.

- • **Report Format** – Defines the type of format in which you want the report generated. This is usually defined during the set-up process and can be something customized for your organization. The "Expanded Delimited Report" format is standard and available for all clients.

- • **Campaign** – Allows you to select a particular campaign for a CDR report.

- • **Campaign Pattern** – If you can't recall the campaign name or wish to run a summary report for all campaigns ending/starting with a particular sequence, this option allows you to search by a sequence.

- • **Generate Report** – After selecting parameters, generate the report by clicking the 'Generate Report' button located at the bottom of the page. This takes you to the screen below:
  - o **Open, Save or Cancel File Download** – Open the file directly into Notepad or save the report elsewhere to be opened in another program (E.g., Text pad or Excel).

PA178

19.1 Call Detail Report (CDR) - LiveVox Voice Portal



**Related Topics**
Call Reports

Copyright (c) 2012 LiveVox, All Rights Reserved.

PA179

## FAILED OPERATOR REPORT

- Provides additional detail for the calls coded as "Failed Operator Transfer".
- To access the Failed Operator Report click the 'Failed Operator Report' link from the Reports menu.
- This takes you to the 'Failed Operator Reports Search' tool to choose the parameters for the report.
- This search tool has the same filtering and works the same as 'Call Detail Report Search'.

*This report may only be generated for a three day window due to the amount of data. LiveVox can create call-level results for additional time frames if requested. Data can be generated from up to 270 days back.*



1. Generate Report – After selecting parameters, generate the report by clicking 'Generate Report' at the bottom of the page. This takes you to the report below. The report will generate with the following data:

**Date Time:** Date and time of the call

**TFH_RESULT:** LiveVox result code assigned to the call

**Account:** Account number associated the phone number

**Phone:** Phone number dialed for the account

**First Name:** First name of the customer

**Last Name:** Last name of the customer

**Transfer Hold Duration:** Amount of time in seconds the customer was on hold before the abandon occurred

**Last Key Press:** The last customer key press captured in the system before the call was abandoned

**Call Duration:** Total amount of call time in seconds

PA180

**Filename:** Campaign file name associated with the Failed Operator Transfer

| Summary | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Client | Demo | | | | | | | | |
| | Start Date | 06/01/2011 | | | | | | | | |
| | End Date | 06/03/2011 | | | | | | | | |

| | | | | | | | TRANSFER | LAST | CALL | |
|---|---|---|---|---|---|---|---|---|---|---|
| **SKILL NAME** | **DATE TIME** | **TFR RESULT** | **ACCOUNT** | **PHONE** | **FIRSTNAME** | **LASTNAME** | **HOLD** | **TRY** | **DURATION** | **FILENAME** |
| Los Angeles_RPC_Wrapper_(S) | Fri 03-Jun-2011 05:18:51 AM | Operator Transfer (Agent Abandoned) | 05776427 | 4158397550 | John | McGee | 52 | 1 | 81 | Gaju_Intertrial_Cavalry7550.t1 |
| New_York_Inbound (S) | Fri 03-Jun-2011 13:29:31 PM | Operator Transfer (Caller Abandoned) | | 5159698458 | | | 4 | | 20 | 20179_CALLBACK_CALLS_05-01-2011.t4 |

PA181

**Related Topics**
    Call Reports

---

*Copyright (c) 2012 LiveVox, All Rights Reserved.*

PA182

# CAMPAIGN REPORTS

The Campaign Reports category is comprised of the Real Time Report, Campaign Line Summary Report, Phone Lookup Report, Account Lookup Report, Skill Efficiency Report and Call Statistics report. These reports are designed to give aggregate-level statistics for skills and campaigns along with look-up features for particular accounts/numbers.

**Related Topics**

Real Time Report (RTR)
Campaign Line Summary Report
Phone Lookup Report
Account Lookup Report
Skill Efficiency Report
Call Statistics Report

Copyright (c) 2012 LiveVox, All Rights Reserved.

PA183

# REAL TIME REPORT (RTR)

- Provides real time metrics on Call Center, Skill, or Campaign level statistics.
- To access the Real Time Report, click on the 'Real Time Report (RTR)' link from the Reports menu.
- This takes you to the 'Real Time Report Search' tool to choose the parameters for the report.
- Search tool is similar to those already described in this document.



*This report may only be generated with a start and end time frame no greater than 90 days. LiveVox may provide results for additional time frames if requested. Data can be generated from up to 270 days back.*



1. Generate Report – After your selection parameters are chosen, you can generate the report by clicking on 'Generate Report' button located at the bottom of the page.
   - While the results may differ for each client due to the implementation of custom disposition codes, the report will provide data around three specific areas: Summary, Outcomes, and Charges (as shown in a sample report below)

PA184

## 20.1 Real Time Report (RTR) - LiveVox Voice Portal

| | AR Bf Category | TOTALS | % Of Total Calls | Avg Call Length |
|---|---|---|---|---|
| Operator Transfer | 100% | 28 | 65.60% | 76.4 seconds |
| Operator Transfer | 44.4% | 13 | 44.9% | 78.9 seconds |
| PTP Part Pay | 3.4% | 1 | 3.4% | 6 seconds |
| Wrong Party | 3.6% | 1 | 3.4% | 20 seconds |
| Operator Transfer (Agent Terminated Call) | 3.4% | 1 | 3.4% | 54 seconds |
| Bankrupt | 3.6% | 1 | 3.4% | 144 seconds |
| PTP by Mail | 3.4% | 1 | 3.4% | 40 seconds |
| Debtor Dispute | 3.6% | 1 | 3.4% | 54 seconds |
| Refused to Pay | 7.1% | 2 | 6.9% | 54 seconds |
| Third Party | 14.9% | 4 | 13.8% | 72.5 seconds |
| PTP Amsigid | 7.1% | 2 | 6.9% | 129 seconds |
| Operator Transfer (Agent Abandoned) | 3.6% | 1 | 3.4% | 144 seconds |
| Customer Hang-Up | 100% | 1 | 3.4% | 6 seconds |
| Hang Up in Opening | 100% | 1 | 3.4% | 6 seconds |

- **Summary** – Includes result details delivered based on the criteria defined by the users along with high-level performance metrics, including a breakout for the last 15 minutes of activity (if available)

  o **Connected Field** – Shows the total number of connected calls as well as a break out between those with a live person versus an answering machine.
  o **Not Connected** – Total number of calls that were not passed through to the agent due to the following reasons: busy tone, invalid phone number or no answer.
  o **Successful Operator Xfer** – Total of all calls successfully connected to an agent as well as percentage of all Operator Transfers that were available for transfer. Average call length is listed in seconds.
  o You may request to display the Promise to Pay (PTP) amount in the Real Time Report. The PTP amount is displayed under the 'Other' category.

 *The Real Time Report delivers count outcomes based on "Best Results" as opposed to other reports which deliver based on "All Attempts." This means only the most relevant result from connects, non-connects, and transfers is displayed.*

- **Outcomes** – Provides detailed breakout on the number of calls made and their outcomes.

PA185

- o Operator Transfer Category – Defines all calls initiating an agent transfer.  Many clients have their own custom and specific agent termination codes displayed in this section of the report. Below is a list of generic LiveVox Result Codes and their definitions found in this section:
    - Operator Transfer – Call successfully bridged to an agent
    - Agent PTP (PTP Fast Pay, PTP Arranged) – Agent entered PTP amounts, defined by method of payment.
    - Operator Transfer (Caller Abandoned) – Call unsuccessfully bridged, call recipient hung up after call connected inside the call center but before agent accepted call.
    - Operator Transfer (Caller Abandoned Before Connect) – Call unsuccessfully bridged, call recipient hung up before the call connected inside the call center
    - Operator Transfer (Agent Terminated Call) – Call successfully bridged to an agent and agent-terminated call using the disconnect call button on agent desktop
    - Operator Transfer (Unidentified Party) – Call successfully bridged to an agent, however call recipient pressed an invalid key
    - Operator Transfer (Abandoned Max Hold Time) – Call unsuccessfully bridged due to max hold time, auto disconnect
    - Operator Transfer Failed (No Answer) - Call unsuccessfully bridged, no answer in call center
    - Operator Transfer Failed (Busy) - Call unsuccessfully bridged, busy signal received during transfer to an agent

- o Left Message Category – Compiled all calls where a message was left
    - Machine, Left Message – All calls where an answering machine was detected and a message was left.
    - Partial Message Left – Calls where the message was played but the call was disconnected prior to completion of message
    - Listened – Calls where a live party was detected, listened to the message and did not press any keys
    - Customer Not Available – Calls where a live party indicated, the intended party is not available

- o LiveVox Hang-Up Category - All calls where LiveVox Hung Up
    - Answering Machine (Hung Up) - Calls where LiveVox identified an answering machine and hung up upon recognition
    - Fax – Calls where LiveVox identified a Fax machine and hung up upon recognition

PA186

- o Customer Hung-Up Category – Calls where the recipient hung-up upon hearing the message are defined as Hung-Up in Opening

- o No Connection Category – Calls where the line could not be connected for the following set of reasons;

  - Busy

  - Invalid Phone Number

  - No Answer

- o Not Made Category – calls that were not attempted for dialing due to the following reasons:
  - Invalid Phone Number (missing a digit commonly or having a misplaced digit)

  - Not Attempted

  - Duplicate Call

  - No Patient Name/No Customer Name

  - Specified Do Not Call

  - Call Suppressed

  - Missing or Bad Data

- o Miscellaneous Category – Calls that do not fit into the prior categories

- o Call Recipient Says Wrong Number – Recipient of call indicated through touch press this is not the correct number

- **Charges** – Shows Minutes and Charges for Connected Calls, Operator Transfers, and Totals.



| | Minutes | Charges |
|---|---|---|
| Connected Calls | 2,467,502min 18sec | $61,687.56 |
| Operator Xfers | 76,635min 54sec | $1,915.90 |
| Totals: | 2,544,138min 12sec | $63,603.46 |

*The charges are estimated based on the month so far (excluding today).*

- o **Connected Calls:** The total duration of the call less the Operator Transfer time, measured in minutes.
- o **Operator Transfer:** The duration of the call where the called party was either attempting to connect or was actually connected with an agent, measured in minutes.
- o **Totals:** Combines the minutes of both Connected Calls and Operator Transfer

PA187

 *Charges are based on "All Attempts" durations. A charge is included for every call attempt.*

- The RTR Report also provides quick links to additional reporting tools across the top of a generated RTR Report.

| Today's Results  Month-To-Date Results  Historical Results  Campaign Results  Refresh | Export to:  PDF Excel HTML CSV |
|---|---|
| **Failed Operator Transfers** | |

1. **Today's Results** – A one-touch link that provides an RTR report for the current days dialing activity across all call centers and skills
2. **Month-To-Date Results** – A one-touch link that provides an RTR report for the current month of dialing activity across all call centers and skills
3. **Historical Results** – Provides you the ability to select a specific date range for an RTR report to be pulled for all call centers and skills (example screenshot below)



4. **Campaign Results** – provides you the ability to select a specific campaign to pull an RTR report on (example screenshot below)



5. **Refresh** – Refreshes the current report view for the selected criterion with the most current reporting data.
6. **Export to: PDF, Excel, HTML, CSV** – Exports the generated report data in the selected format
7. **Failed Operator Transfer** – Provides a file download of all call records coded as a Failed Operator Transfer over the predefined RTR search criterion.

**Related Topics**
  Campaign Reports

---

*Copyright (c) 2012 LiveVox, All Rights Reserved.*

PA188

## CAMPAIGN LINE SUMMARY REPORT

- Provides additional campaign-level metrics during a selected time period.
- To access the Campaign Line Summary Report, click the link on the Reports menu.
- This takes you to the 'Campaign Line Summary Reports Search' tool to choose the report parameters
- The differences within this search tool from others is described below:



*This report may only be generated with a start and end time frame no greater than 90 days. LiveVox may provide results for additional time frames if requested. Data can be generated from up to 270 days back.*



1. **Show TFH Results** – This setting is selected by default. This provides the automated LiveVox disposition codes accumulated for the specific campaign.
2. **Show Termination Codes** – If the selected campaign was run on an agent desktop skill with disposition codes, the total of these codes will be displayed within the report.
3. **Generate Detailed Report** – Provides the ability to generate a report with detailed information.
4. **Generate Compact Report** – Provides the ability to generate a report in a flat format. Each campaign is listed on one line within the generated report making it easier to manipulate the data if exported to excel.
5. **Generate Chart** – Provides a graphical view of key metrics.
6. **Generate Report** – After selecting parameters, generate the report by clicking the 'Generate Report' button at the bottom of the page, which generates the following data:



*Like the RTR, the Campaign Line Summary report delivers counts based on "Best Results." For this reason, other reports which include "All Attempts" counts, tend to show equal or higher numbers in their results.*

PA189

- Campaign Line Summary Default mode.

Campaign: Campaign Name

Start Date: Start time of the call in Hours: Minutes: Seconds

End Date: End time of the call in Hours: Minutes: Seconds

Dials: Total amount of calls made

Total Connected Calls: Total amount of calls connected to agents

Attempted Operator Transfer: Total calls the LiveVox system attempted to transfer to an agent.

Successful Operator Transfer: Total number of operator transfers that successfully connected to an agent

Connected Call Minutes: Total duration of connected calls in minutes

Operator Transfer Minutes: Total duration of operator transfer calls displayed in minutes

Total Minutes: Total Connected Minutes plus Total Operator Transfer Minutes

**Campaign Summary**

| | |
|---|---|
| Client | Dvox |
| Start Date | 04/08/2011 |
| End Date | 04/25/2011 |

**Campaign Details**

| Campaign | Start Date | End Date | Dials | Total Connected Calls | Attempted Operator Transfer | Successful Operator Transfer | Connected Call Minutes | Operator Transfer Minutes | Total Minutes |
|---|---|---|---|---|---|---|---|---|---|
| **CallCenter : Atlanta : Financial Services** | | | | | | | | | |
| **Atlanta PE-Agent Desktop (1)** | | | | | | | | | |
| GoJu_Internal_Cimary21:t | 04/08/2011 07:43:48 | 04/05/2011 07:44:54 | 1 | 1 | 1 | 1 | 0.50 | 0.70 | 1.20 |
| GoJu_Internal_Cimary21:t | 04/08/2011 07:12:57 | 04/08/2011 07:19:02 | 1 | 1 | 1 | 1 | 0.35 | 0.80 | 1.10 |
| **Sub Total** | | | 2 | 2 | 2 | 2 | 0.85 | 1.50 | 2.10 |
| **Atlanta PE-Manual Outbound (1)** | | | | | | | | | |
| 17787_MANUAL_CALLBACK_CALLS_04-21-2011.txt | 04/21/2011 18:36:02 | 04/21/2011 18:40:15 | 1 | 1 | 1 | 1 | 0.10 | 4.20 | 4.30 |
| 17787_MANUAL_CALLBACK_CALLS_04-25-2011.txt | 04/25/2011 13:28:45 | 04/25/2011 13:30:53 | 2 | 2 | 2 | 2 | 0.20 | 3.30 | 3.50 |
| **Sub Total** | | | 3 | 3 | 3 | 3 | 0.30 | 7.50 | 7.80 |
| **Atlanta PE-Preview All OC (0)** | | | | | | | | | |
| Pcnt24_Internal_Rihattka_040611.txt | | | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| **Sub Total** | | | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| **Atlanta Financial : Internal Inbound RTP HH 2011 (1)** | | | | | | | | | |
| 20675_CALLBACK_CALLS_04-19-2011.txt | 04/19/2011 13:11:32 | 04/19/2011 13:11:44 | 1 | 1 | 0 | 0 | 0.20 | 0.00 | 0.20 |
| **Sub Total** | | | 1 | 1 | 1 | 1 | 0.20 | 0.00 | 0.20 |
| **Call Center Total** | | | 7 | 7 | 7 | 7 | 1.50 | 8.60 | 10.10 |

PA190

- Campaign Line Summary Compact mode



- Campaign Line Summary Detailed mode. The following is a list of added columns and their description:

**Connect Rate:** Total Connected Calls / Dials

**Live Connects:** Number of calls answered by a live person

**Live Connect Rate:** Live Connects / Dials

**Automated Connects:** Total calls answered by an answering machine or fax

**Non-Connects:** Total calls not connected

**Automated Answering Machine Left Message:** Total connected calls resulting in a "Machine, Left Message" result

**Attempted Operator Transfer Rate:** Attempted Operator Transfer / Total Connected Calls

**Successful Operator Transfer Rate:** Successful Operator Transfer / Attempted Operator Transfer

**Failed Operator Transfers:** Total operator transfer calls that failed to connect to an agent

**Failed Operator Transfer Rate:** Failed Operator Transfers / Attempted Operator Transfers

**RPC: Payment/PTP:** Calls with result code RPC with Payment Arranged

**RPC: no Payment/PTP:** Calls with result code RPC with any Payment Arranged

**Total RPC:** Total number of calls with result code RPC

**Wrong Number:** Total calls with result code Wrong Party Connect

**Non-Contacts:** Total calls with result code other

**PTP Amount:** Promise to Pay Amount

PA191

**RPC Rate:** Total RPC / Total Successful Operator Transfers
**Conversion Rate:** (Total RPC: Payment/PTP) / Total RPC
**Connected Call Minutes:** Total duration of connected calls in minutes
**Total Charges:** Total cost per minute * Total Minutes
**Cost Per RPC:** Total Charges / Total RPCs

### Campaign Summary

| | |
|---|---|
| Client | Demo |
| Start Date | 04/12/2011 |
| End Date | 04/15/2011 |

### Campaign Details

| Campaign | Start Date | End Date | Dials Connected | Total Connected Calls | Connect Rate(%) | Line Connects | Line Connect Rate(%) | Live Connect Connects | Automated Connects | Non Connects | Automated Answering Machine Left | Attempted Operator Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CallCenter Admin - First Party** | | | | | | | | | | | | |
| **Skill — ATL 1stParty Preview A8_OC: Cable Scripts(1)** | | | | | | | | | | | | |
| ACD2.0_external_auto0412_4 1d | 04/12/2011 04:57:03 | 04/12/2011 04:58:04 | 3 | 1 | 50.00 | 1 | 50.00 | 0 | | | 0 | 1 |
| external_demo_pubext04114 | 04/12/2011 12:53:14 | 04/12/2011 13:00:29 | 6 | 2 | 33.33 | 2 | 33.33 | 0 | | 4 | 0 | 2 |
| Test_2_external1d | 04/12/2011 14:27:31 | 04/12/2011 14:27:58 | 2 | 1 | 50.00 | 1 | 50.00 | 0 | | 0 | 0 | 1 |
| external m scriptw demo1d | 04/12/2011 14:57:35 | 04/12/2011 17:38:34 | 2 | 1 | 50.00 | 1 | 50.00 | 0 | | 1 | 0 | 1 |
| external m scriptv demo1d | | | 2 | 2 | 100.00 | 2 | 100.00 | 0 | | 0 | 0 | 2 |
| external m scriptar demo1d | | | 1 | 1 | 100.00 | 1 | 100.00 | 0 | | 0 | 0 | 1 |
| external m scriptax demo1d | | | 2 | 0 | 0.00 | 0 | 0.00 | 0 | | 2 | 0 | 0 |
| **Skill Total** | | | | 17 | 8 | 47.44 | 8 | 47.44 | 0 | | 8 | 8 |
| **Skill — ATL 1stParty Preview A8_OC: Survey Script (1)** | | | | | | | | | | | | |
| survey_Demo_external_al_1.csv | 04/15/2011 08:15:59 | 04/15/2011 08:17:36 | 1 | 1 | 100.00 | 1 | 100.00 | 0 | | 0 | 0 | 1 |
| external m demo1d | | | 1 | 1 | 100.00 | 1 | 100.00 | 0 | | 0 | 0 | 1 |
| **Skill Total** | | | | 2 | 2 | 100.00 | 2 | 100.00 | 0 | | 0 | 0 | 2 |

| Attempted Operator Transfer Rate | Successful Operator Transfer | Successful Operator Transfer Rate | Failed Operator Transfer | Failed Operator Transfer Rate | RPC | RPC Rate | Total Wrong Number | Non Contacts | PTP | PTP Amount | RPC Conversion Rate | Connected Call Minutes | Operator Transfer Minutes | Total Minutes | Total Charges | Cost Per RPC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100.00 | 1 | 100.00 | 0 | 0.00 | 0 | 1 | 1 | 0 | 0 | 0.00 | 100.00 | 0.00 | 0.10 | 0.50 | 1.00 | 0.05 | 0.05 |
| 100.00 | 2 | 100.00 | 0 | 0.00 | 0 | 0 | 0 | 0 | 1 | 0.00 | 0.00 | 0.00 | 0.20 | 5.10 | 5.30 | 0.29 | 0.29 |
| 100.00 | 1 | 100.00 | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.03 | 0.10 | 0.50 | 0.60 | 0.03 | 0.03 |
| 100.00 | 1 | 100.00 | 0 | 0.00 | 0 | 1 | 1 | 0 | 0 | 0.00 | 100.00 | 0.00 | 0.10 | 3.30 | 3.40 | 0.19 | 0.19 |
| 100.00 | 2 | 100.00 | 0 | 0.00 | 0 | 1 | 1 | 0 | 1 | 0.00 | 50.00 | 0.00 | 0.20 | 3.40 | 5.10 | 0.31 | 0.3 |
| 100.00 | 1 | 100.00 | 0 | 0.00 | 0 | 0 | 0 | 0 | 1 | 0.00 | 0.00 | 0.00 | 0.10 | 0.20 | 0.30 | 0.02 | 0.02 |
| 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **100.00** | **8** | **100.00** | **0** | **0.00** | **0** | **3** | **37.44** | **0** | **3** | **0.00** | **37.44** | **0.00** | **1.10** | **13.00** | **14.40** | | |
| 100.00 | 1 | 100.00 | 0 | 0.00 | 0 | 0 | 0 | 1 | 0 | 0.00 | 0.00 | 0.00 | 0.10 | 1.70 | 1.80 | 0.13 | 0.0 |
| 100.00 | 1 | 100.00 | 0 | 0.00 | 0 | 0 | 0 | 0 | 1 | 0.00 | 0.00 | 0.00 | 0.10 | 0.40 | 0.50 | 0.03 | 0.0 |
| **100.00** | **2** | **100.00** | **0** | **0.00** | **0** | **0** | **0.00** | **1** | **0** | **0.00** | **0.00** | **0.00** | **0.20** | **2.10** | **2.30** | | |

- The TFH results are listed at the top and are positioned horizontally. (Each TFH result has

been defined in the RTR Section of this manual)
- Additional Links located in the top right corner of the generated report:
  - **Export to: CSV, PDF, Excel** – provides you the ability to export report and data to another file type
  - **Help Link** – The Campaign Line Summary Report contains a help link which provides definition around key metrics available within the report



- Graphical views for Campaign Line Summary Report
  - The Campaign line summary report includes two pie charts to illustrate a summary of all calls and TFH results. Summaries showing 'Connects', 'Not Mades', 'Successful Opr Xfr', 'Failed Opr Xfr', and 'Not Connects' categories, will only show when the 'Generate Chart' box is checked.



- TFH Results pie chart will be displayed when 'Show TFH Results' is checked:

PA193



**Related Topics**

Campaign Reports

Copyright (c) 2012 LiveVox, All Rights Reserved.

PA194

## PHONE LOOKUP REPORT

- Provides you with quick and easy access to call records for specific phone numbers dialed with LiveVox.
- To access the Phone Lookup Report click on the 'Phone Lookup Report' link from the Reports menu.
- This takes you to the 'Phone Lookup Reports Search' tool to choose the parameters for the report.

*This report may only be generated with a start and end time frame no greater than 365 days. Data can be generated from up to 730 days back.*

- The tool is similar to the search tools already described.
- A phone number is required to begin a search



1. **Generate Report** – After choosing parameters, generate the report by clicking 'Generate Report' at the bottom of the page. The report generates the following data:

**Call Center:** Call Center Name
**Skill:** Skill Name
**Name:** First and Last Name of customer
**Account:** Account number associated the phone number
**Agent:** Agent name (if available)
**Date Time:** Date and time of the call
**Start:** Start time of the call in Hours: Minutes: Seconds
**End:** End time of the call in Hours: Minutes: Seconds
**Campaign:** Name of the campaign the phone number was found within
**Caller IDs:** Displays the caller ID of campaign.
**Outcome:** LiveVox result code assigned to the call

PA195

20.3 Phone Lookup Report - LiveVox Voice Portal



- Additional Links located in the top right corner of the generated report:
  - **Export to: PDF or Excel** – provides you the ability to export report and data to another file type

- You can see information for previously deleted skills on the phone lookup report. Records of deleted skills are highlighted in light green. The following is a sample report with deleted skills:



**Related Topics**

Campaign Reports

Copyright (c) 2012 LiveVox, All Rights Reserved.

PA196

## ACCOUNT LOOKUP REPORT

- Provides you quick and easy access to call records for a specific account.
- To access the Account Lookup Report click on the 'Account Lookup Report' link from the Reports menu.
- This takes you to the 'Account Lookup Reports Search' tool to choose the parameters for the report.



*This report may only be generated with a start and end time frame no greater than 365 days. Data can be generated from up to 730 days back.*

- The tool is similar to the search tools already described in this document.
- An account number is required to begin a search.



1. **Generate Report** – After your selection parameters are chosen, you can generate the report by clicking on 'Generate Report' button located at the bottom of the page. This takes you to the report below. The report will generate with the following data:

**Call Center:** Call Center Name

**Skill:** Skill Name

**Name:** First and Last Name of customer

**Phone:** Phone number used to contact the account

**Agent:** Agent name (if available)

**Date Time:** Date and time of the call

**Start:** Start time of the call in Hours: Minutes: Seconds

**End:** End time of the call in Hours: Minutes: Seconds

**Campaign:** Name of the campaign the phone number was found within

**Caller ID:** Displays the caller ID of campaign.

**Outcome:** LiveVox result code assigned to the call

PA197

20.4 Account Lookup Report - LiveVox Voice Portal



- Additional Links located in the top right corner of the generated report:
  - **Export to: PDF or Excel** – provides you the ability to export report and data to another file type

- You can see information for previously deleted skills on the account lookup report.  Records of deleted skills are highlighted in light green.  The following is a sample report with deleted skills:



**Related Topics**

Campaign Reports

Copyright (c) 2012 *LiveVox*, All Rights Reserved.

PA198

# SKILL EFFICIENCY REPORT

- Provides detailed information regarding performance of skills or call centers using agent desktop by combining agent level activity with skill productivity metrics to determine effectiveness of campaigns.
- To access the Skill Efficiency Report click on the 'Skill Efficiency Report' link from the Reports menu.
- It takes you to the 'Skill Efficiency Reports Search' tool to choose the parameters for the report.
- The tool is similar to the search tools already described in this document. The search tool has some additional search parameters specific to this report that are described below:



*This report may only be generated with a start and end time frame no greater than 31 days. LiveVox may provide results for additional time frames if requested. Data can be generated from up to 90 days back.*

- When generating this report, you can select which data should be included.



- **Breakdown by Call Center/Skill** – The setting allows the breakdown of each call center's activity rather than just a total for the enterprise (example of the Skill Efficiency report generated using this criteria is shown below)

PA199



- Group by Interval -- The setting allows you to take one skill and break out a single day worth of data into 30 minute or 1 hour intervals (example of the Skill Efficiency Report generated for a 30 minute interval is shown below). Selecting this search criterion is not required to generate a report. Only one day of data can be generated when the Group by Interval is selected.



- The Skill Efficiency Report has Dynamic Resource Group (DRG) selection query available in the search window. DRG is the system that defines which outbound skills agents should be logged into to receive the calls from inbound skills. Adding the ability to group the reports' metrics based on the DRG allows clients better visibility into the agents' efficiency across all skills they may have been working.



*The DRG selection will only appear in the search window if there is existing DRG (s). Otherwise, the option will be hidden.*

PA200

**In Call %:** Total amount of time the agents spent "In Call" state divided by the Agent Productive Time

**Wrap Up %:** Total amount of time the agents spent in a "Wrap Up" state divided by the Agent Productive Time

**Ready %:** Total amount of time the agents spent in "Ready" state divided by the Agents Productive Time

- **Connect Rate:** provides skill or call center level aggregated data.

| | | | | | | Connect Rate | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Dials | Connects | Live Connects | Automated Connects | Non Connects | Live Connect Rate | Automated Answering Machine Left Message | Attempted Operator Transfers | Successful Operator Transfers | Failed Operator Transfers | Failed Operator Transfer Rate |
| 9 | 9 | 9 | 0 | 0 | 100.00% | 0 | 9 | 9 | 0 | 0.00% |
| 15 | 15 | 15 | 0 | 0 | 100.00% | 0 | 14 | 12 | 2 | 14.29% |
| 16 | 16 | 16 | 0 | 0 | 100.00% | 0 | 15 | 14 | 1 | 6.67% |
| 2 | 2 | 2 | 0 | 0 | 100.00% | 0 | 2 | 2 | 0 | 0.00% |
| 2 | 2 | 2 | 0 | 0 | 100.00% | 0 | 2 | 2 | 0 | 0.00% |
| 44 | 44 | 44 | 0 | 0 | 100.00% | 0 | 42 | 39 | 3 | 7.14% |

**Dials:** Total attempted calls

**Connects:** Total connected calls

**Live Connects:** Total connected calls answered by a live person

**Automated Connects:** Total connected calls answered by a machine (fax or answering machine)

**Non-Connects:** Total calls not connected

**Live Connect Rate:** Live Connects divided by Dials

**Automated Answering Machine Left Message:** Total connected calls resulting in a "Machine, Left Message'" result code.

**Attempted Operator Transfers:** Total calls the LiveVox system attempted to transfer to an agent

**Successful Operator Transfers:** Total number of operator transfers that successfully connected to an agent

**Failed Operator Transfers:** Total number of operator transfers that failed to connect to an agent.

**Failed Operator Transfer Rate:** Failed operator transfers divided by attempted operator transfers

- **Connects:** distinguishes the type of connects achieved during the dialing period.

PA201

| Connects | | | | | |
|---|---|---|---|---|---|
| RPC: Payment/PTP | RPC: No Payment/PTP | Total RPCs | Wrong Number | Non-Contacts | PTP Amount |
| 1 | 1 | 2 | 0 | 2 | 10.00 |
| 0 | 0 | 0 | 0 | 0 | 0.00 |
| 3 | 4 | 7 | 0 | 8 | 0.91 |
| 0 | 0 | 0 | 0 | 0 | 0.00 |
| 0 | 0 | 0 | 0 | 0 | 0.00 |
| 4 | 5 | 9 | 0 | 10 | 10.91 |

**RPC: Payment/ PTP:** Total calls with a result code of RPC with Payment Arranged
**RPC: No Payment/ PTP:** Total calls with a result code of RPC with No Payment Arranged
**Total RPCs:** Total of both RPC with Payment Arranged and RPC with No Payment Arranged result codes
**Wrong Number:** Total calls with a result code of Wrong Party Connect (WPC)
**Non-Contacts:** Total of calls coded as a Non-Contact
**PTP Amount:** Total amount of PTP dollars collected by the agents (Ex: 200.00)

• **Productivity Stats:** provides production level productivity metrics.

| Productivity Stats | | | | | |
|---|---|---|---|---|---|
| Avg. Handle Time (Mins) | Outbound Dials per Hour | Agent Connects Per Hour | RPCs Per Hour | RPC Rate(%) | Conversion Rate(%) |
| 1.19 | 5.82 | 5.82 | 1.29 | 22.22% | 50.00% |
| 0.36 | 59.61 | 47.69 | 0.00 | 0.00% | 0.00% |
| 1.43 | 7.32 | 6.41 | 3.20 | 50.00% | 42.86% |
| 0.12 | 482.41 | 482.41 | 0.00 | 0.00% | 0.00% |
| 0.48 | 125.65 | 125.65 | 0.00 | 0.00% | 0.00% |
| 0.93 | 10.59 | 9.74 | 2.25 | 23.08% | 44.44% |

**Average Handle Time (Mins):** Total amount of In Call minutes plus "Wrap Up" minutes divided by the total number of Successful Operator Transfers.
**Outbound Dials per Hour:** Total Dials divided by the Agent Productive Time in hours (Agent Productive Time Minutes divided by 60 minutes)
**Agent Connects per Hour:** Total amount of Successful Operator Transfers divided by Agent Productive Time in hours
**RPCs per Hour:** Total RPCs divided by total Agent Productive Time in hours
**RPC Rate:** Total RPCs divided by Successful Operator Transfers

PA202

**Conversion Rate (%):** Total PTPs divided by Total RPCs

- **Billing:** Provides additional billing metrics specific to the parameters requested within the report.

| | Billing | | | |
|---|---|---|---|---|
| Connection Call (Mins) | Operator Transfer (Mins) | Total Minutes | Total charges | Cost per RPC |
| 4.00 | 0.90 | 12.90 | 0.71 | 0.35 |
| 5.70 | 13.80 | 19.50 | 1.07 | 0.00 |
| 7.80 | 17.00 | 25.40 | 1.40 | 0.20 |
| 0.60 | 1.50 | 2.10 | 0.12 | 0.00 |
| 0.60 | 1.10 | 1.70 | 0.09 | 0.00 |
| 18.50 | 43.10 | 61.60 | 3.39 | 0.35 |

**Connection Call Mins:** Total duration of connected calls displayed in minutes
**Operator Transfer Minutes:** Total duration of operator transfer calls displayed in minutes
**Total Minutes:** Total Connected Minutes plus Total Operator Transfer Minutes
**Total Charges:** Total Minutes multiplied by the Cost per Minute
**Cost per RPC:** Total Charges divided by Total RPCs

- Additional Links located in the top right corner of the generated report:
  - **Export to: CSV, PDF, Excel** – Provides you the ability to export report and data to another file type
  - **Help Link** – The Skill Efficiency Report contains a help link which provides definition of key metrics available in the report

| Skill Efficiency Report Details | Close |
|---|---|

**Summary**

This report will enable users to review information already available on agent productivity reports and information already available on skill productivity in one location.
It will provide productivity metrics totals for a skill over an entire day on one line. The last line for each skill would provide a total of the data displayed for the given date range.

**Description of Key Metrics**

| Breakdown of Agent Productivity Time - Time | |
|---|---|
| Agent Productive Time (Min) | Total time agent was logged in.(Equal to Total Ready Time+Total InCall Time+Total WrapUp Time) |
| In Call (Min) | Total Time agent was in call |
| Wrapup (Min) | Total Time agent was in wrapup |
| Ready (Min) | Total Time agent was available |

PA203

- **Generate Charts for Skill Efficiency Report** – Provides a graphical view of key metrics found in the Skill Efficiency Report. Charts are generated by clicking on the checkbox, which is checked by default.

Ex. 1: Production Minutes v/s RPC rates (I) and dials v/s failed operator transfer rates



Ex. 2: RPCs v/s payment promises (I) and product minutes v/s "talk time"



**Related Topics**

Campaign Reports

*Copyright (c) 2012 LiveVox, All Rights Reserved.*

PA205

## CALL STATISTICS REPORT

- This report displays two graphs with the number of CIP (Calls in progress) and connected calls at different times of the day for a single skill.

 *This report may only be generated for one day max. Data can be generated from up to 90 days back.*



**Ex1. CIP by Hour graph sample**

PA206



Ex.2 Connected Calls by Hour graph sample

PA207



Connected Calls

PA208

**Related Topics**
   <u>Campaign Reports</u>

*Copyright (c) 2012 LiveVox, All Rights Reserved.*

PA209

# ACD REPORTS

The ACD Reports category is comprised of the Call Recording Report, Agent Activity Report and Agent Summary Report. ACD Reports provide agent-level data points to gauge individual productivity and monitor agent activity.

**Related Topics**
Call Recording Report (When enabled)
Agent Activity Report
Agent Summary Report

Copyright (c) 2012 LiveVox, All Rights Reserved.

PA210

# CALL RECORDING REPORT (WHEN ENABLED)

- Allows you to search for specific call recordings for monitoring quality control or to assist in agent training.
- To access the Call Recording Report click on the 'Call Recording Report' link from the Reports menu.
- This takes you to the 'Call Recording Reports Search' tool to choose the parameters for the report.
- The tool is similar to the search tools already described in this document. The search tool has some additional search parameters specific to this report that are described below:



*This report may only be generated with a start and end time frame no greater than 31 days or, if the number of your recorded days on the LiveVox system is less than 31 days, that lesser number. LiveVox maintains access to recordings through the LiveVox Portal for up to 90 days. Please contact your account team or LiveVox support to ascertain how long your recordings are stored on the LiveVox servers before being deleted. Once recordings are deleted they are inaccessible and cannot be restored.*

| Call Recording Reports Search | | | |
|---|---|---|---|
| **\*Date Range** (MM/DD/YYYY) | From 09/16/2011 📅 To 09/30/2011 📅 | | |
| **\*Client** | Demo | | |
| **Call Center** | Select Call Center... 🔽 <br> Select Multiple CallCenters | Skill | Select Skill... 🔽 <br> Select Multiple Skills |
| **Campaign** | Select Campaign... 🔽 | Campaign Pattern | |
| **Phone Dialed** | | Account | |
| **Agent** | Select Agent... 🔽 | TFH Result | Select Multiple Results |
| **Sort By** | Call Start Time 🔽 | Transfer Connect Duration | Between [ ] And [ ] |

[Generate Report]

1. **Generate Report** – After your selection parameters are chosen, you can generate the report by clicking on 'Generate Report' button located at the bottom of the page. This takes you to the report below.



*The report has a maximum limit of 1000 records. Additional filtering may be needed to ensure the information requested fits into a report.*

**Phone Dialed** – Enables you to pull all recordings for an individual phone number entered

**Account** – Enables you to pull all recordings for an individual account number entered

**Agent** – You can select an individual agent ID to search for recordings

**TFH Result** – You can select an individual or group of result codes to search for recordings

**Sort By** – You can sort the generated list by Call Start Time, Account Number, or Agent

**Transfer Connect Duration** – You can search for specific calls within a call length range.

PA211



**Skill:** Skill Name

**Name:** First and Last Name of customer

**Account:** Account number for the record

**Phone:** Phone number used to contact the account

**Agent:** Agent name

**Session:** A session number associated to the recording

**Date Time:** Date and time of the call

**Transfer Connect:** Actual time the call was connected to the agent in Hours: Minutes: Seconds

**Transfer End:** End time of the call in Hours: Minutes: Seconds

**Transfer Connect Duration:** Total time of the recorded conversation in seconds (This metric is calculated as Transfer duration – Transfer hold duration)

**Campaign:** Name of the campaign the phone number was found within

**Outcome:** The LiveVox result code assigned to the call

**Sound File:** Internal sound player. You can listen to the recordings through the browser without having to download the file by clicking the 'Play' button.



**Download:** Link to download the sound file

- Additional Links located in the top right corner of the generated report:
  - **Export to: PDF or Excel** – Provides you the ability to export report and data to another file type

PA212



*You cannot access the recordings from the .pdf file.  The links to the sound files are only available from the LiveVox Portal.*

**Related Topics**
ACD Reports

*Copyright (c) 2012 LiveVox, All Rights Reserved.*

PA213

## AGENT ACTIVITY REPORT

- Provides you information on key agent level metrics displayed for an entire day. The Agent Activity Report is useful to compare detailed agent metrics against the same agent during certain times, skills, or the overall averages.

- To access the Agent Activity Report click on the 'Agent Activity Report' link from the Reports menu.

- This takes you to the 'Agent Activity Reporting' search tool to choose the parameters for the report.

- The tool is similar to the search tools already described in this document. The search tool has some additional search parameters specific to this report that are described below:

*This report may only be generated with a start and end time frame no greater than 31 days. LiveVox may provide results for additional time frames if requested. Data can be generated from up to 90 days back.*



1. **Hour of Day Range** – The start time and end time of your search can be narrowed down to a particular time of the day. Time must be listed as Hours (24): Minutes: Seconds (HH:MI:SS). By default Time Range is selected as Eastern Standard Time.

2. **Show Termination Codes** – Provides you with a list of aggregated Agent Termination Codes used during the defined date or time range

3. **Generate Report** – After your selection parameters are chosen, you can generate the report by clicking on 'Generate Report' button located at the bottom of the page. This takes you to the report below:

PA214



**Skill:** Skill Name

**Agent:** Agent name

**Login:** Initial log in time for the agent listed as Hour: Minutes: Seconds

**Logout:** Log out time of the agent listed as Hour: Minutes: Seconds

**Online Time:** Total time the agent was logged into LiveVox listed as Hour: Minutes: Seconds

**Successful Operator Transfer:** Total number of operator transfers that successfully connected to an agent

**Avg. Talk Time:** total time the agent had a status of "In Call" divided by the Total number of call handled by the agent

**Avg. Wrap Time:** Total time the agent had a status of "Wrap Up" divided by the Total number of call handled by the agent

**Avg. Available Time:** Total time the agent had a status of "Ready" divided by the Total number of call handled by the agent

**Avg. Not Ready Time:** Total time the agent had a status of "Not Ready" divided by the Total number of call handled by the agent

**Con/HR:** Connects per hour derived from Total Calls handled by the agent divided by Total Agent Time in hours

**RPC: Payment/ PTP:** Total calls with a result code of RPC with Payment Arranged

**RPC: No Payment/ PTP:** Total calls with a result code of RPC with No Payment Arranged

**Total RPCs:** Total of both RPC with Payment Arranged and RPC with No Payment Arranged result codes

**Total RPCs/Agent System Hr:** Total RPCs divided by Total Agent Productive Time in hours

**RPC Rate (%):** Total RPCs divided Total Successful Operator Transfers

**Conversion Rate (%):** Total calls coded as a PTP divided by Total RPCs

**WPC:** Total of calls coded as a Wrong Party Connect

**Non-Contacts:** Total of calls coded as a Non-Contact

- Additional Links located in the top right corner of the generated report:
  - **Export to: CSV, PDF, Excel** – Provides you the ability to export report and data to another file type
  - **Help Link** – The Agent Activity Report contains a help link which provides definition around key metrics available within the report

PA215

**Agent Activity Report Details**  [Close]

Summary

This report shows a detailed per day activity figures for each agent.
You can search across dates and filter by skill or agent name. It shows you key metrics like agent login/logout time for the day,online time,number of connected calls handled,avg. wrapup time etc.

Description of Key Metrics

| Login | Login time of the agent |
|---|---|
| Logout | Logout time of the Agent |
| Online Time | Total time agent was online |
| Successful Op Transfer | Total calls handled by the agent(Or total calls where agent was actually in Call) |
| Avg. Talk Time | Total In Call time / Total Calls |
| Avg. Wrap Time | Total Wrap time / Total Calls |
| Avg. Not Ready Time | Total Unavailable time / Total Calls |
| Avg. Available Time | Total Available time / Total Calls |
| Con/Hr | Total Calls / Total Time(in Hrs) |

**Related Topics**

   ACD Reports

Copyright (c) 2012 LiveVox, All Rights Reserved.

PA216

## AGENT SUMMARY REPORT

- Provides summarized agent-level metrics for the selected time periods. Unlike the Agent Activity Report that provides a day-by-day break out, the Agent Summary Report can provide aggregate information of multiple days. This report is valuable for quickly viewing an agent's overall metrics or comparing those metrics with the average or other agents.
- To access the Agent Summary Report click on the 'Agent Summary Report' link from the Reports menu.
- This takes you to the 'Agent Summary Reporting' search tool to choose the parameters for the report.
- The tool is similar to the search tools already described in this document. The search tool has some additional search parameters specific to this report that are described below:



*This report may only be generated with a start and end time frame no greater than 31 days. LiveVox may provide results for additional time frames if requested. Data can be generated from up to 180 days back.*



1. **Show Detailed Report** – Provides the ability to generate a report with detailed information.
2. **Show Termination Codes** – If the selected campaign was run on an agent desktop skill with disposition codes, the total of these codes will be displayed within the report.
3. **Show PTP Amount** – displays the cumulative PTP amount entered by each agent for the selected time period and search criteria.
4. **Generate Report** – After your selection parameters are chosen, generate the report by clicking 'Generate Report' located at the bottom of the page. This takes you to the report below. The report will generate with the 2 distinct data categories:



*You cannot generate reports for more than 3 days if "Show PTP Amount" or "Show Termination Codes" option is selected. The below metrics are shown for a detailed report with termination codes and PTP amount shown.*

PA217

- **Time Breakdown:** Details how agents spent their time using LiveVox for the selected time period.



**Agent:** Agent Login ID

**First Name:** Agent first name

**Last Name:** Agent Last name

**Successful Operator Transfer:** Total number of operator transfers that successfully connected to an agent

**In Call (Min):** Total time in minutes all agents were "In Call" agent state

**In Call %:** Total amount of time the agents spent "In Call" state divided by the Agent System Time

**Ready (Min):** Total time in minutes all agents were in "Ready" agent state

**Ready %:** Total amount of time the agents spent in "Ready" stat divided by the Agents System Time

**Wrap Up (Min):** Total time in minutes all agents were in "Wrap Up" state

**Wrap Up %:** Total amount of time the agents spent in "Wrap Up" state divided by the Agent System Time

**Not Ready (Min):** Total time in minutes all agents were in "Not Ready" state

**Not Ready %:** Total amount of time the agents spent in "Not Ready" state divided by the Agents System Time

**Agent System Time (Min):** Total time the agent was logged into LiveVox which includes Total Ready, Total in Call, Total Wrap Up, and Total Not Ready Time.

**Agent Productive Time (Min):** Total time in minutes the agents spent in an "In Call", "Wrap Up", or "Ready" state

- **Productivity Metrics** – Provides aggregated agent level productivity metrics for the selected time period

PA218

| Avg Calls Handled / Agent Talk Hr | Avg Calls Handled / Agent System Hr | Avg Call Length (Min) | RPC: Payment/PTP | RPC: No Payment/PTP | WPC Non-Contacts | PTP Amount | Total RPCs | Total RPCs/ Agent System Hr | RPC Rate(%) | Conversion Rate(%) | PTP Credit Card | Customer Hung Up |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 92.50 | 5.17 | 0.65 | 1 | 1 | 0 | 0 | 1.00 | 2 | 2.59 50.00% | 50.00% | 1 | 1 |
| 92.50 | 5.17 | 0.65 | 1 | 1 | 0 | 0 | 1.00 | 2 | 2.59 50.00% | 50.00% | 1 | 1 |

**Average Call Handled / Agent Talk Hr:** Total successful operator transfers divided by Total In Call Time in hours (In Call Minutes divided by 60)

**Average Call Handled / Agent System Hr:** Total successful operator transfers divided by Total Agent System Time in hours (Agent System Time Minutes divided by 60)

**Average Call Length (Min):** Total "In Call" minutes divided by Total Successful Operator Transfers

**RPC: Payment/ PTP:** Total calls with a result code of RPC with Payment Arranged

**RPC: No Payment/ PTP:** Total calls with a result code of RPC with No Payment Arranged

**WPC:** Total of calls coded as a Wrong Party Connect

**Non-Contacts:** Total calls coded as other (not RPC or WPC)

**PTP Amount:** Total amount of PTP payment

*This data can be searched across a maximum of three days if 'Show PTP' is selected.*

**Total RPCs:** Total of both RPC with Payment Arranged and RPC with No Payment Arranged result codes

**Total RPCs/Agent System Hr:** Total RPCs divided by Total Agent Productive Time in hours

**RPC Rate (%):** Total RPCs divided Total Successful Operator Transfers

**Conversion Rate (%):** Total calls coded as a PTP divided by Total RPCs

**Termination Codes:** Total calls with specific termination code selected.

*This data can be searched across a maximum of three days if 'Show Termination Codes' is selected.*

- Additional Links located in the top right corner of the generated report:
  - **Export to: CSV, PDF, Excel** – Provides you the ability to export report and data to another file type
  - **Help Link** – The Agent Summary Report contains a help link which provides definition around key metrics available within the report

PA219

21.3 Agent Summary Report – LiveVox Voice Portal

| Agent Summary Report Details | Close |

**Summary**

This report shows totals of some key activity figures for each agent.
You can search across dates and filter by skill or agent name. It shows you key metrics like
the total calls handled by the agent,total time agent was in call,ready and total time agent spend in wrapup.

**Description of Key Metrics**

| Agent | ID of the Agent |
|---|---|
| First Name/ Last Name | First Name /Last Name of the Agent |
| Successful Op Transfer | Total calls handled by the agent(Or total calls where agent was actually In Call) |
| In Call(Min) | Total time(Mins) spend by agent in a call. |
| In Calls(%) | Total In Call time / Total time |
| Ready(Min) | Total time(Mins) agent was available for a call |
| Ready(%) | Total Available time / Total time |
| Wrapup(Min) | Total time(Mins) spend by agent in wrapup |
| Wrapup(%) | Total Wrapup time / Total time |
| Not Ready(Min) | Total time(Mins) agent was not ready / unavailable |

PA220

**Related Topics**
   ACD Reports

Copyright (c) 2012 LiveVox, All Rights Reserved.

PA221

## ANALYTICAL TOOLS

The Analytics category is comprised of the Hourly Analytics, Operator Transfer Analytics, Skill Comparison Analytics, Penetration Summary Analytics and Penetration Detail Analytics.  Analytical tools provide you information on the contact patterns of consumer campaigns.  You can view saved reports for any of the Analytics Reports.  Managers that have Sysadmin or Superuser privileges can schedule reports.

**Related Topics**

Saved Reports
Scheduling a Report
Hourly Analytics
Operator Transfer Analytics
Skill Comparison Analytics
Penetration Summary Analytics
Penetration Detail Analytics
Mobile Analytics Dashboard

Copyright (c) 2012 LiveVox, All Rights Reserved.

PA222

## SAVED REPORTS

- Upon clicking into any of the Analytics Reports you can access the Saved Reports tab to view existing reports.
  - o Each scheduled report is saved under the 'Saved Reports' tab and can be viewed by selecting the appropriate hyperlink from the Formats column.

Saved Reports

| Created Date | Report Name | Start Date | End Date | Client | CallCenter | Skill | Formats |
|---|---|---|---|---|---|---|---|
| 04/24/2011 16:22:02 | Report For 04/17/2011 - 04/23/20: | 04/17/2011 | 04/23/2011 | 4100 | 433 | | Export To HTML CSV PDF Excel |
| 04/24/2011 13:21:04 | Report For 04-01/2011 - 04/23/20: | 04/01/2011 | 04/23/2011 | 4100 | 433,409,605 | | Export To HTML CSV PDF Excel |
| 04/17/2011 00:20:00 | Report For 04/10/2011 - 04/16/20: | 04/10/2011 | 04/16/2011 | 4100 | 433 | | Export To HTML CSV PDF Excel |
| 04/17/2011 09:21:00 | Report For 04/01/2011 - 04/16/20: | 04/01/2011 | 04/16/2011 | 4100 | 433,409,605 | | Export To HTML CSV PDF Excel |
| 04/10/2011 09:25:05 | Report For 04/03/2011 - 04/09/20: | 04/03/2011 | 04/09/2011 | 4100 | 433 | | Export To HTML CSV PDF Excel |
| 04/10/2011 08:13:04 | Report For 04/01/2011 - 04/09/20: | 04/01/2011 | 04/09/2011 | 4100 | 433,409,605 | | Export To HTML CSV PDF Excel |

**Related Topics**

Analytical tools

---

*Copyright (c) 2012 LiveVox, All Rights Reserved.*

PA223

## SCHEDULING A REPORT

- **The 'Schedule Reports' tab is only available to Sysadmins and Superusers.** Upon clicking into any of the Analytics Reports, you can access the Saved Reports and Schedule Reports tabs to view and schedule reports.

For scheduling reports:

- There is no particular naming syntax for "Generated Report Name". You can make it slightly descriptive like "Weekly For Barbados ", or "MTD For Barbados"
  - o The entry is limited to 100 characters

- The pattern $startDate, $endDate in the name, gets replaced by actual dates for the report.
  - o If Weekly option is chosen, the report is going to be generated for the previous week from Monday to Saturday and start/end date will be automatically populated.
  - o If MTD option is chosen, the report is going to be generated from the 1st of the month to the current date and dates will be automatically populated.



*Scheduled reports will run on Sundays starting at 8am for MTD and last week results.*





*Only 10 jobs per report are supported. When the amount of allowed jobs is exceeded, you will receive the following notification:*

PA224



The page at https://www.ffhclient.com says:

⚠ Exceeded maximum allowed jobs for this client

OK

*Scheduled jobs can be deleted and replaced by new jobs.*

**Related Topics**
Analytical tools

*Copyright (c) 2012 LiveVox, All Rights Reserved.*

PA225

## HOURLY ANALYTICS

- The Hourly analytics report provides hourly contact performance for a skill. This allows you to monitor the performance metrics listed below to assess fluctuations in consumer contact and agent conversion rates at hourly intervals across portfolios. This collates the same call results as the Real Time Report (RTR), but breaks it into an hour-by-hour break-down.

  o The report segments hourly statistics based on consumer time zone for the following metrics:

    ▪ Connect Rate

    ▪ Live Answer Rate

    ▪ Conversion Rate

    ▪ Agent Performance Metrics by intervals



PA226

**Related Topics**
   Analytical tools

*Copyright (c) 2012 LiveVox, All Rights Reserved.*

## OPERATOR TRANSFER ANALYTICS

- Collates ACD connection and transfer metrics into an hourly summary segmented by the time zone of the end consumer.
- Data is segmented under the following heading:
  o Successful Operator Transfers
  o Unsuccessful Operator Transfers
  o Connected Calls



*Connected Calls are further broken down in percentages of Successful and Unsuccessful Operator Transfers.*

PA228

Summary

Client Demo

Call Center 433, 429, 895, 1222, 15, 428

Start Date: 04/10/2011

End Date 04/16/2011

Report Date 04/17/2011 08:02:40 EST

Results

| [illegible] | Operator Count by Transfers | | | | | [illegible] Operator Transfers | | | | | Classified Calls | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | Eastern | Central | Mountain | Pacific | Total | Eastern | Central | Mountain | Pacific | Total | Eastern | Central | Mountain | Pacific | [illegible] |
| 00 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | [illegible] |
| 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | [illegible] |
| 02 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | [illegible] |
| 03 | 1 | 0 | 0 | 3 | 4 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 3 | [illegible] |
| 04 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | [illegible] |
| 05 | 0 | 0 | 0 | 7 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | [illegible] |
| 06 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | [illegible] |
| 07 | 2 | 0 | 0 | 4 | 6 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 4 | [illegible] |
| 08 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | [illegible] |
| 09 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | [illegible] |
| 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | [illegible] |
| 11 | 0 | 0 | 0 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | [illegible] |
| 12 | 0 | 0 | 1 | 4 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 5 | [illegible] |
| 13 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | [illegible] |
| 14 | 0 | 0 | 5 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | [illegible] |
| 15 | 0 | 0 | 2 | 0 | 2 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 2 | 0 | [illegible] |
| 16 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | [illegible] |
| 17 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | [illegible] |
| 18 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | [illegible] |
| 19 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | [illegible] |
| 20 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | [illegible] | [illegible] |
| 21 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | [illegible] |
| 22 | 0 | 0 | 3 | [illegible] | [illegible] | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 1 | [illegible] |
| 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

| [illegible] | [illegible] of Classified Calls | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00 | 0.00% | 0.00% | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 01 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 02 | 0.00% | 0.00% | 0.00% | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 03 | 100.00% | 0.00% | 0.00% | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 04 | 0.00% | 0.00% | 0.00% | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 05 | 0.00% | 0.00% | 0.00% | 87.50% | 87.50% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 06 | 100.00% | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 07 | 100.00% | 0.00% | 0.00% | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 08 | 0.00% | 0.00% | 0.00% | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 09 | 0.00% | 0.00% | 0.00% | 100.00% | 50.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 10 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 11 | 0.00% | 0.00% | 0.00% | 80.00% | 80.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 12 | 0.00% | 0.00% | 50.00% | 80.00% | 71.43% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 13 | 0.00% | 0.00% | 0.00% | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 14 | 0.00% | 0.00% | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 15 | 0.00% | 0.00% | 100.00% | 0.00% | 50.00% | 100.00% | 0.00% | 0.00% | 0.00% | 25.00% |
| 16 | 0.00% | 0.00% | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 17 | 0.00% | 0.00% | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 18 | 0.00% | 0.00% | 0.00% | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 19 | 0.00% | 0.00% | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 20 | 0.00% | 0.00% | 0.00% | 33.33% | 33.33% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |

**Related Topics**

Analytical tools

*Copyright (c) 2012 LiveVox, All Rights Reserved.*

# SKILL COMPARISON ANALYTICS

- You can create side-by-side comparisons of the contact and agent performance statistics of two separate skills. This allows you to compare multiple skills without the need to export and create templates in outside utilities. Comparisons may be made with the following data points.
  - o Connect Rate
  - o Live Answer Rate
  - o Conversion Rate
  - o Agent Performance Metrics
  - o RPC Rate
  - o Dollars Collected
  - o Overall Efficiency and Effectiveness



**Related Topics**

Analytical tools

Copyright (c) 2012 LiveVox, All Rights Reserved.

PA230

## PENETRATION SUMMARY ANALYTICS

- The Penetration Summary Report displays an executive summary of attempts per account along with efficiency ratios that display average attempts per account per outcome type. It has the ability to be searched at the enterprise level, call center, or skill.



## Related Topics

Analytical tools

*Copyright (c) 2012 LiveVox, All Rights Reserved.*

PA231

## PENETRATION DETAIL ANALYTICS

- The Penetration Detail Reports is comprised of a graph and tables of data that show account metrics at each unique attempt. This breaks out the Summary Report into more detail. It has the ability to be searched at the enterprise level, call center, or skill.
  - **Accounts per Attempt:** The columns are sequentially ordered for attempts by outcome. Aggregate values fall to the right and towards the bottom cells. The cells at the very bottom are percentages of successful and unsuccessful operator transfers.



**Related Topics**
  Analytical tools

Copyright (c) 2012 *LiveVox*, All Rights Reserved.

PA232

# MOBILE ANALYTICS DASHBOARD

- The Mobile Analytics Dashboard allows you to view campaign analytics from a mobile phone. The dashboard will work on iPhone, Android, and Blackberry 6+.
- To access reporting via Mobile Analytics Dashboard:

  1. Enter your voice portal link or cut and paste it into your mobile browser window

     - https://www.tfhclient.com/*client name*/Voiceportal

  2. Enter your user login and password when prompted

  3. It is recommended to bookmark this link to the mobile browser

  4. Upon logging in, copy the following link to your mobile browser, to access the mobile reporting dashboard:

https://www.tfhclient.com/reporting 2.5.0/dashboard mobile.jsp?client id=*client-id-number*

 *The client ID number can be obtained from the client editor section in the Configuration Manager. To access the client editor go to Administration>Config from the top menu. Client ID number can be found by accessing the General tab as shown below.*



The following is a sample link with client id number:

https://www.tfhclient.com/reporting 2.5.0/dashboard mobile.jsp?client id=1234

Please contact support if you have issues looking up the client ID number.

The following are examples of the screens available via the Mobile Reporting Dashboard:

PA233

**Call Center view**



PA234

**Skill Level view**



**Campaign files view**



**Campaign details view**



PA236

**Related Topics**
   Analytical tools

*Copyright (c) 2012 LiveVox, All Rights Reserved.*

PA237