# EXHIBIT D

```
 1                UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
 2

 3   NICHOLAS MAVIS,

 4            Plaintiff,

 5      vs.                  CIVIL ACTION NO.: 3:13-cv-30087-KPN

 6   DIVERSIFIED CONSULTANTS, INC.;
     and DOES 1-10, inclusive,
 7
              Defendants.
 8   _____

 9   JAMIE DAVIS,

10            Plaintiff,

11      vs.                  CIVIL ACTION NO.: 1:13-cv-10875-FDS

12   DIVERSIFIED CONSULTANTS, INC.;
     and DOES 1-10, inclusive,
13
              Defendants.
14   _____

15                         Deposition of

16                        MAVIS-ANN PYE

17            Taken on behalf of the Plaintiffs
        Pursuant to Amended Notices of Taking Deposition
18
                  DATE:  Friday, February 28, 2014
19                TIME:  12:15 p.m. - 3:24 p.m.
                  PLACE: Riley Reporting & Associates, Inc.
20                       1660 Prudential Drive, Suite 210
                         Jacksonville, Florida  32207
21
              Examination of the witness taken before:
22                      Tanya L. McCranie
                     Registered Merit Reporter
23   _____

24            RILEY REPORTING & ASSOCIATES, INC.
                1660 Prudential Drive, Suite 210
25                 Jacksonville, Florida  32207
              (904) 358-1615   info@rileyreporting.com
```

**Page 2**

```
1              A P P E A R A N C E S

2

3

4   SERGEI LEMBERG, Esquire,

5       Lemberg & Associates, L.L.C.,

6       1100 Summer Street
        Stamford, Connecticut  06905
7       (203) 653-2250
        slemberg@lemberglaw.com
8
        appearing on behalf of the plaintiffs.
9

10

11

12  JOHN J. O'CONNOR, Esquire (telephonically),

13      Peabody & Arnold, LLP,

14      Federal Reserve Plaza
        600 Atlantic Avenue
15      Boston, Massachusetts 32202
        617-951-2077
16      joconnor@peabodyarnold.com.

17      appearing via telephone on behalf of the
        defendant.
18

19

20

21              - - -

22

23

24

25
```

**Page 3**

```
1              I N D E X

2

3   Witness                                    Page

4   MAVIS-ANN PYE

5   Direct Examination . . . . . . . . . . . .  4

6

7              - - -

8

9              E X H I B I T S

10  For Identification                         Page
```

```
11  Plaintiffs' Exhibit No. 1
    (Deposition notice Nicholas Mavis). . . . . . .  7
12  Plaintiffs' Exhibit No. 2
    (Deposition notice Jamie Davis) . . . . . . . . 11
13  Plaintiffs' Exhibit No. 3
    (DCI printout "Pre-collection Services"). . . . 20
14  Plaintiffs' Exhibit No. 4
    (Account history Rosalee Pagan) . . . . . . . . 23
15  Plaintiffs' Exhibit No. 5
    (LiveVox log (857) 312-8596) . . . . . . . . . 30
16  Plaintiffs' Exhibit No. 6
    (Account history Nicholas Mavis) . . . . . . . 42
17  Plaintiffs' Exhibit No. 7
    (AT&T wireless statement Nicholas Mavis) . . . 44
18  Plaintiffs' Exhibit No. 8
    (Dialer history (413) 777-5348) . . . . . . . . 49
19  Plaintiffs' Exhibit No. 9
    (Article written by Joshua Fluegel) . . . . . . 68
20  Plaintiffs' Exhibit No. 10
    (Defendant's Supplemental Responses re Davis) . 78
21  Plaintiffs' Exhibit No. 11
    (Defendant's Answers Nicholas Mavis) . . . . . 94
22  Plaintiffs' Exhibit No. 12
    (DCI printout "Technology") . . . . . . . . . .107
23
```

```
24              - - -

25
```

**Page 4**

```
1                   MAVIS-ANN PYE,

2   having been produced and first duly sworn as a witness on

3   behalf of the plaintiffs, and after responding "I do" to

4   the oath, testified as follows:

5                   DIRECT EXAMINATION

6   BY MR. LEMBERG:

7       Q    Good morning, Ms. Pye.

8       A    Good morning.

9       Q    Would you please state your full name for the

10  record.

11      A    Mavis-Ann Pye.

12      Q    My name is Sergei Lemberg.  I represent two

13  plaintiffs in two cases.  The first one is Nicholas Mavis

14  and the second one is Jamie Davis, both of which are

15  pending in the United States District Court, Federal

16  District Court for the District of Massachusetts.

17           Have you ever been deposed before?

18      A    Yes, I have.

19      Q    How many times?

20      A    I would say at least seven.

21      Q    How many of the seven were personal and how

22  many of the seven were on behalf of Diversified

23  Consultants?

24      A    All of them on behalf of Diversified

25  Consultants.
```

**Page 5**

```
1       Q    When were -- do you have transcripts of these

2   depositions available?

3       A    I'm sure I can get them.

4       Q    If you would, please, get them, provide them to

5   Mr. O'Connor, and then ask him for him to provide them to

6   me, I would appreciate it.

7            MR. LEMBERG:  Jack, is that okay?

8            MR. O'CONNOR:  Yeah, we're not making any

9   representations on the record about discovery

10  issues, Sergei.  I'll be happy talk to you about

11  that stuff off the record after we're done.

12           MR. LEMBERG:  Well, the witness testified that

13  she would be happy to get them, and so I'm making

14  that request.

15           MR. O'CONNOR:  Okay.  I understand you're

16  making that request, and I'll be happy to discuss it

17  with you further.

18           Sergei, can I -- I'm sorry to interrupt, but

19  can I just ask you a question about procedure?

20           MR. LEMBERG:  Yes.

21           MR. O'CONNOR:  Are we doing Mavis now or Davis

22  now or are we doing both together?

23           MR. LEMBERG:  Both together.

24           MR. O'CONNOR:  Okay.

25           Is that okay with the court reporter?
```

Page 6

```
 1            THE REPORTER:  Yes, that's fine.
 2            MR. O'CONNOR:  Okay.  Thank you.
 3  BY MR. LEMBERG:
 4       Q    Let me, then, go very briefly over the ground
 5  rules of a deposition.  I'm going to ask you some
 6  questions, you're going to provide some answers.  I don't
 7  want you to guess.  I don't want you to give me any
 8  answer that you don't know fully to be absolutely true.
 9  If I would like -- if I decide that I want you to give me
10  an estimate, I'll ask you for an estimate.  There's no
11  head shaking, there's no humming, so all answers have to
12  be enunciated so the reporter can take them down.
13            Now, are you on any medications that might
14  affect your testimony?
15       A    No.
16       Q    Why are you here today?
17       A    To be deposed as the corporate representative
18  for Diversified Consultants.
19       Q    And you have taken an oath today, correct?
20       A    Yes.
21       Q    And what does that oath mean to you?
22       A    To tell the truth.
23       Q    And do you know what would happen if you didn't
24  tell the truth?
25            MR. O'CONNOR:  Objection.
```

Page 7

```
 1            Don't answer that.
 2            MR. LEMBERG:  I'm going to mark as Plaintiffs'
 3  1 an amended notice of deposition in the Mavis
 4  case.
 5  (Plaintiffs' Exhibit No. 1 marked for identification.)
 6  BY MR. LEMBERG:
 7       Q    Please take a look at this document.  Have you
 8  seen -- tell me when you're done.
 9       A    I'm done.
10       Q    Have you ever seen this document before?
11       A    Yes, I have.
12       Q    When was the first time you saw this
13  document?
14       A    I do not recall the exact date.
15       Q    But you have seen it before, correct?
16       A    It looks very familiar.
17       Q    Now, the document called upon the defendant to
18  produce a person under Federal Rule 30(b)(6) to testify
19  concerning the following matters, and they're listed A
20  through G, and I'm going to go through them one by one.
21            Any and all calls placed by defendant or on
22  defendant's behalf to telephone number (413) 777-5348.
23  Are you the person designated to testify regarding that
24  topic?
25       A    Yes.
```

Page 8

```
 1       Q    And are you the person to -- designated to
 2  testify regarding defendant's policies, procedures and
 3  practices regarding obtaining and recording consent from
 4  consumers to receive automated calls to wireless numbers,
 5  the use of telephones by defendant's collectors and
 6  operators?
 7       A    Yes.
 8       Q    And are you, then, the person designated to
 9  testify on topic number 3?
10       A    Yes.
11       Q    I'm sorry, topic C.
12            Are you the person designated to testify on
13  topic D?
14       A    Yes.
15       Q    Are you the person designated to testify on
16  topic E?
17       A    Yes.
18       Q    And are you the person designated to testify on
19  topics F and G?
20       A    Yes.
21       Q    The notice further calls on the defendant to
22  produce documents at the bottom.  The topics are listed A
23  through D.
24            Would you please confirm to me that all logs,
25  memoranda of communications and/or collection notes
```

Page 9

```
 1  reflecting calls placed by defendant or on defendant's
 2  behalf to telephone number (413) 777-5348 have been
 3  produced?
 4       A    Yes.
 5       Q    And that all copies of all dialer reports
 6  and/or dialer history reflecting all calls placed to
 7  telephone number (413) 777-5348, including abandoned
 8  calls --
 9       A    Yes.
10       Q    -- have been produced?
11       A    Yes.
12       Q    That all database and -- and/or system
13  reference manuals for defendant's dialing system have
14  been produced?
15       A    All that we have.
16       Q    Are there any manuals and/or system reference
17  manuals that you do not -- do not have that you are aware
18  of?
19       A    No.
20       Q    So all that you have has been produced?
21       A    Yes.
22       Q    And topic D, all campaign definition reports or
23  similar documents for any calls placed to telephone
24  number (413) 777-5348.
25       A    Yes.
```

1    Q    The campaign definition reports have been
2  produced?
3    A    I'm sorry, definition reports, what's -- I
4  don't know what that is.  What -- what do you mean by
5  "campaign definition reports"?
6    Q    You don't know what a campaign definition
7  report is?
8    A    I'm not familiar with that term, no.
9    Q    Are you familiar with the operation of an
10 automatic dialing system or a dialing system?
11   A    Yes, I am.
12   Q    But you're not familiar with the words
13 "campaign definition reports"?
14   A    No.
15   Q    So you don't know what these are?
16   A    I would be guessing.
17   Q    Can you give me an answer as best as you can?
18   A    I am not 100 percent sure what those are.
19   Q    Would you please tell me what you did to
20 prepare for this deposition?
21   A    I reviewed the calls, the account history, the
22 information that we've provided and spoke with my
23 attorney.
24   Q    Did you do anything else to prepare for this
25 deposition?

1    A    I don't think so.
2    Q    Did you review any manuals with respect to
3  the system the defendant uses to dial -- to make outbound
4  telephone calls?
5    A    No.
6    Q    You did not review that manual because you have
7  seen it before and used it in your daily routines and are
8  therefore familiar with -- with how the system works?
9    A    I am familiar --
10        MR. O'CONNOR:  Object to the form.
11        MR. LEMBERG:  Okay.  I'd like to show the
12   witness what will be marked as Plaintiffs' 2, the
13   second amended notice of deposition in the Davis
14   case.
15 (Plaintiffs' Exhibit No. 2 marked for identification.)
16 BY MR. LEMBERG:
17   Q    Let's just see if we can get through this piece
18 quickly.  The second -- the notice of deposition in the
19 Davis case has a number of topics set out, A through G,
20 just like the prior notice.  Do you see that?
21   A    I do.
22   Q    And are you the person designated by the
23 defendant to testify on all of these topics A through G?
24   A    Yes.
25   Q    The notice likewise has a document demand at

1  the bottom calling on defendant to produce documents.
2  The demands are numbered A through D.  Have all of these
3  documents been produced except the campaign definition
4  reports or similar documents that you don't know anything
5  about?
6    A    To my knowledge, yes.
7    Q    When you qualify "to my knowledge," what does
8  that mean to you?
9    A    I provided the information to the attorney and
10 I'm sure he produced it to you.
11   Q    Now, let me just understand.  What is your
12 position at Diversified Consultants?
13   A    I'm the vice president of compliance.
14   Q    How long have you been there?
15   A    I have been with Diversified since 2005.
16   Q    Prior to that, what jobs did you hold for a
17 period longer than a year?
18   A    For Diversified?
19   Q    For anybody.
20   A    I was a compliance manager for Diversified
21 Consultants.
22   Q    For how long?
23   A    Three years.
24   Q    And before that?
25   A    I was the quality -- I was a quality

1  associate.
2    Q    At Diversified Consultants?
3    A    Yes.
4    Q    What's a -- what does a quality associate do?
5    A    They monitor calls, assist with reporting, risk
6  management.
7    Q    Prior -- so you've worked for Diversified
8  Consultants now for 15 years more or less?
9    A    No, since 2005.
10   Q    Where were you working before that?
11   A    I was a stay-at-home mother for several
12 years.
13   Q    And what other jobs have you held for longer
14 than a year?
15   A    I've worked for Citibank in their collections
16 department for --
17   Q    What was your job there?
18   A    Collections.  For two years, three years,
19 something like that.  And prior to that, various customer
20 service jobs.
21   Q    What is the highest level of education you
22 obtained?
23   A    Some college.
24   Q    What does "some college" mean?
25   A    I'm over halfway through my degree.

Page 14

1   Q   And what degree do you anticipate obtaining?
2   A   Business management.
3   Q   So far, what classes have you taken in pursuit
4   of that degree?
5   A   I'm not currently enrolled, but when I was
6   enrolled, I was taking -- it's -- I've taken everything
7   from language to math to human resource classes.
8   Q   Any classes in computer science?
9   A   No.
10  Q   Are you what one might call a geek, a person
11  who is not formally educated in computer science, but is
12  otherwise extremely adept at programming and using
13  computer interfaces without having had any formal
14  education?
15  A   I am very familiar with the computer.  I'm not
16  saying I'm very adept, but I'm very familiar with the
17  workings of a computer.
18  Q   Have you ever taken any class, any formal
19  classes on the operation of automatic dialing systems?
20  A   No.
21  Q   Have you attended any internal seminars in the
22  operation of automatic dialing systems?
23  A   No.
24  Q   Have you ever reviewed any books on the
25  operation of automatic dialing telephone systems?

Page 15

1   A   I've reviewed the -- reviewed the LiveVox
2   manual.
3   Q   Other than the LiveVox manual, have you ever
4   reviewed anything?
5   A   No.
6   Q   Have you ever interacted with somebody at
7   LiveVox?
8   A   Yes.
9   Q   Who do you interact with there?
10  A   There's numerous people that I interact with,
11  but usually it's their legal counsel.
12  Q   What is the name of the legal counsel?
13  A   I believe it's Mark Malla (phonetic).
14  Q   Other than Mark, do you know the names of
15  anybody that you interact with LiveVox?
16  A   Michael, but I'm not sure of his last name.
17  Q   When was the last time you interacted with
18  Michael in any way?
19  A   Last week.
20  Q   So tell me, unless I am missing something,
21  where does your knowledge regarding the dialing system
22  that Diversified uses comes from -- come from?
23  A   Playing with it myself and learning it, and
24  looking at the manuals, and asking other people for
25  assistance who have done the same thing.

Page 16

1   Q   Is it your daily job responsibility to manage
2   the LiveVox system?
3   A   No.
4   Q   Is it your daily job responsibility to oversee
5   the operation of the LiveVox system?
6   A   No.
7   Q   Is it your daily job responsibility to
8   troubleshoot the LiveVox system if it doesn't work?
9   A   No.
10  Q   Do you agree with me that so far as you
11  understand it, in each of these cases, there are
12  basically two big issues, and the first being whether the
13  defendant dialed the plaintiffs' numbers using an
14  automatic dialing system, and the second issue being
15  whether the defendant -- the plaintiffs consented to the
16  use of that system by providing their number?
17          MR. O'CONNOR:  Objection to the form.
18          THE WITNESS:  I don't know what he -- he said.
19          What did you say, Jack?
20          MR. O'CONNOR:  I just objected to the form of
21      the question.
22  BY MR. LEMBERG:
23  Q   You can go ahead and answer.
24  A   Yes, those are the two issues in these cases,
25  the two major issues.

Page 17

1   Q   So Diversified Consultants does not deny that
2   it called both Mavis and Davis to collect a debt,
3   correct?
4           MR. O'CONNOR:  Objection to the form.
5           THE WITNESS:  Correct.
6           MR. LEMBERG:  What's the basis of the
7       objection?  Okay, compound.  Let me rephrase.
8           MR. O'CONNOR:  Form.
9   BY MR. LEMBERG:
10  Q   Does Diversified Consultants deny that it
11  called the telephone number assigned to Mr. Davis?
12  A   No.
13          MR. O'CONNOR:  Objection to the form.
14          MR. LEMBERG:  What's the basis of the
15      objection?
16          MR. O'CONNOR:  It's improper in form.
17          MR. LEMBERG:  What -- why is it improper?
18          MR. O'CONNOR:  You have to work that out for
19      yourself, Sergei.
20          MR. LEMBERG:  Well, I'm entitled to ask you for
21      the basis of the objection.
22          MR. O'CONNOR:  I gave it to you.
23          MR. LEMBERG:  You gave -- you repeated what you
24      said.  I'm interested in -- what is wrong with the
25      question, Jack?

Page 18

1     MR. O'CONNOR:  The question's improper in form.
2  It assumes facts as to which there's no evidence.
3     MR. LEMBERG:  Okay.
4  BY MR. LEMBERG:
5     Q    Does Diversified Consultants deny that it
6  called Mr. Mavis on his cell phone number?
7     MR. O'CONNOR:  Objection to the form.
8     THE WITNESS:  No.
9  BY MR. LEMBERG:
10    Q    But Mr. -- but Diversified Consultants denies
11 that it uses an ATSD [sic] to call those numbers,
12 correct?
13    A    We do not have an ATDS.
14    Q    Fine.
15         With respect to the second big topic, did
16 Diversified Consultants have the consent of Mr. Davis to
17 call his cell phone number?
18    A    I don't remember off the top of my head.
19    Q    And did Diversified Consultants have the
20 consent of Mr. Mavis to call his cell phone number that
21 it called using the system that it has?
22    A    I don't remember off the top of my head.
23    THE WITNESS:  Can we take a five-minute -- just
24 a couple-second breather?
25    MR. O'CONNOR:  Sure.

Page 19

1     MR. LEMBERG:  Sure.
2     (Brief recess.)
3  BY MR. LEMBERG:
4     Q    Since we touched on the issue of a dialer, let
5  me ask you the following questions:  Does Diversified
6  Consultants have a Web site?
7     A    Yes, we do.
8     Q    What is the name of that Web site?
9     A    The main one is www.dcicollect.com.
10    Q    And that's the Web site for DCI Collect, which
11 is Diversified Consultant's, Inc., correct?
12    A    Yes, it is.
13    Q    How many call centers does Diversified
14 Consultants, Inc., have?
15    A    Two.
16    Q    Where are they located?
17    A    Jacksonville, Florida, and Tualatin, Oregon.
18    THE REPORTER:  I'm sorry.  Jacksonville,
19 Florida, and?
20    THE WITNESS:  Tualatin, Oregon.
21 BY MR. LEMBERG:
22    Q    And how many people does Diversified
23 Consultants employ in total?
24    A    I can give you an estimate.
25    Q    Go ahead.

Page 20

1     A    Roughly 400.  It might be high.
2  (Plaintiffs' Exhibit No. 3 marked for identification.)
3     MR. LEMBERG:  I've marked as Plaintiffs' 3 a
4  printout from what I believe to be Diversified
5  Consultants' Web site.  The URL is
6  dcicollect.com/services/dci-pre-collection-services.
7  html.  And I'm going to show that printout to the
8  witness.
9  BY MR. LEMBERG:
10    Q    Please review this document and tell me when
11 you're ready to answer questions.
12    A    I'm ready.
13    Q    Does this document appear to be to you a
14 printout from Diversified Consultants' Web site?
15    A    It looks like it should be, yes.
16    Q    Is it or it is not?
17    A    It appears to be, yes.
18    Q    The logo in the upper left-hand corner of page
19 1, is that the logo of Diversified Consultants?
20    A    Yes, it is.
21    Q    And is the name "Diversified Consultants, Inc.,
22 Dedicated to Risk Management" the name and motto of the
23 company?
24    A    Yes, it is.
25    Q    Does this to you appear to be a page about the

Page 21

1  pre-collection services that the company provides?
2     A    Yes, it does.
3     Q    And if you flip the page over, the first full
4  sentence of the second page reads:  "With the flexibility
5  available to us via our LiveVox Predictive Dialer, the
6  exceptional functionality of Latitude Software's exciting
7  Latitude Collection System, the high quality training and
8  our motivated employees; DCI possess the resources to
9  take on any -- any project regardless of the complexity
10 or size."  Do you see that?
11    A    Yes, I do.
12    Q    What do the words "our LiveVox predictive
13 dialer" mean to you?
14    A    That it is the phone system that we use to make
15 the calls.
16    Q    And that's the only phone system you use to
17 make the calls, correct?
18    A    Unless it's down, yes.
19    Q    Where is that system located?
20    A    It's a cloud function.
21    Q    What do those words mean?
22    A    Meaning that it's off-site, like the cloud is
23 kind of like the Internet.  I'm not exactly sure on the
24 terminology used for that.
25    Q    And what is LiveVox?

1     A     LiveVox is a company that runs the cloud.

2     Q     And your firm, Diversified Consultants, uses a

3  LiveVox predictive dialer to make outbound phone calls,

4  correct?

5     A     We use a predictive dialer to make phone calls,

6  yes.

7     Q     Okay.  What do the words "predictive dialer"

8  mean to you?

9     A     It means that we predetermine what calls we're

10 going to make and go from there.  And the system -- and

11 Jamie and -- the ownership and executives decide which

12 calls are going to be loaded.

13    Q     So your understanding of how a predictive

14 dialer works is, correct me if I'm wrong, Diversified

15 decides what numbers are going to be called, those

16 numbers are assembled in some sort of spreadsheet form

17 and uploaded to LiveVox, correct?

18          MR. O'CONNOR:  Objection to the form.

19          THE WITNESS:  We decide which numbers are going

20     to be dialed, and they are uploaded to LiveVox.  I'm

21     not sure of the format they -- they go into LiveVox

22     in, but they go into LiveVox through a format.

23 BY MR. LEMBERG:

24    Q     And then LiveVox makes the phone calls?

25    A     Correct.

1     Q     How does LiveVox make the phone calls?  However

2  you tell it to, correct?

3     A     Correct.

4     Q     What does the word "predictive" mean in the

5  words "LiveVox predictive dialer"?

6          MR. O'CONNOR:  Objection to the form.

7          MR. LEMBERG:  What is the basis?

8          MR. O'CONNOR:  The question's improper in form.

9     It assumes that she wrote that thing that you're

10    reading from, Sergei.

11         MR. LEMBERG:  Okay.

12 BY MR. LEMBERG:

13    Q     Please answer the question.

14    A     LiveVox predictive dialer, to me the word

15 "predictive" means that it's predetermined.  It's -- it's

16 predetermined.

17    Q     Anything else?

18    A     No.

19 (Plaintiffs' Exhibit No. 4 marked for identification.)

20         MR. LEMBERG:  I'd like to show the witness

21    what's been marked as Plaintiffs' 4.

22 BY MR. LEMBERG:

23    Q     Please review this document and tell me when

24 you're ready.

25         MR. O'CONNOR:  What is Exhibit 4?

1          MR. LEMBERG:  I'm sorry, Jack.  Plaintiffs' 4

2  is the account history for Rosalee Pagan.

3          THE WITNESS:  I'm ready.

4  BY MR. LEMBERG:

5     Q     What is -- what is Plaintiffs' 4?  Can you tell

6  me?

7     A     I'm sorry.  What is what?

8     Q     What is this exhibit that you are looking at?

9     A     It's the account history documentation.

10    Q     For whom?

11    A     For Rosalee Pagan.

12    Q     Do you know why it was produced in either the

13 Mavis or Davis case?

14    A     It would have been produced in the appropriate

15 case because the phone number associated with the lawsuit

16 is listed on this account.

17    Q     And what is that phone number?

18    A     I don't even know which case you're talking

19 about.

20    Q     Well, I'm asking you, what is the phone number

21 that's associated with the account?

22    A     There's more than one.

23    Q     Okay.  Well, let me help you.  If I told you

24 that -- if I told you that Mr. Davis' phone number --

25 well, Jamie Davis' phone number is (857) 312-8596, would

1  you then be able to tell me why this document was

2  produced?

3     A     I guess, again, it was because on July -- I'm

4  sorry.  It was because the phone number (857) 312-8596 is

5  associated with this account.

6     Q     Okay.  So let's see if we can get this

7  correctly.  Does it appear to you, looking at this

8  account history, that Diversified Consultants received an

9  account -- a debt for collection for Rosalee Pagan on

10 July 9th, 2012?

11    A     Yes.

12    Q     And it proceeded to collect that debt on that

13 same day, correct?

14    A     No.

15    Q     When did the collection activity start?

16    A     The initial attempt at communication was on

17 July 11th.

18    Q     Okay.  And then Diversified Consultants made an

19 inquiry with a company called Innovis to find additional

20 phone numbers for Rosalee Pagan, correct?

21    A     Yes.

22    Q     And that -- and that was done on July 15th,

23 2012, correct?

24    A     Yes.

25    Q     And Innovis is a data provider that -- that

Page 26

1 enables collectors such as Diversified Consultants to
2 purchase location information, including phone numbers,
3 correct, for a fee?
4     A   CBCInnovis is a skip trace service provider?
5     Q   Right.
6     A   Yes.
7     Q   You guys buy -- buy data from them, right?
8     A   Yes.
9     Q   And among the data that was provided by
10 CBCInnovis is the phone number (857) 312-8596, correct?
11    A   Yes.
12    Q   And then on July 20th, 2012 -- strike that.
13        On August 1st, 2012, that phone number was
14 loaded -- was -- was first called using the LiveVox
15 system, correct?
16    A   Every call is made through LiveVox.
17    Q   So the answer is yes, right?
18    A   Yes.
19    Q   And then the LiveVox system proceeded to call
20 several numbers in fact for Rosalee Pagan, the 72 number
21 and the 96 number, correct?
22    A   Yes.
23    Q   Now, am I correct in reading this chart, the
24 user column indicates the system that is doing the work
25 on the file, in this case on August 1st, LiveVox,

Page 27

1 correct?
2     A   Correct.
3     Q   And the comment column either is generated by
4 the collector who is working the file or by the system,
5 correct?
6     A   By whom -- whoever is working the file, yes.
7     Q   And so let's just look at the first call to the
8 96 number on August 1st, 2012, 8:22 a.m.  That call was
9 made by LiveVox and the result of the phone call was a
10 hang up, correct?
11    A   Correct.
12    Q   And the next call to that phone number was made
13 that same day, on August 1st, by the LiveVox system, and
14 the debtor again hung up the phone, correct, at 8:05
15 p.m., or rather the called party hung up the phone?
16    A   Yes.
17    Q   So we're reading these things the same way.
18        Now, is there anything here on page 1 or in any
19 other part of this document that tells you that the
20 recipient of these phone calls, 8 -- to the number
21 (857) 312-8596 consented to being called by the LiveVox
22 system?
23    A   No.
24    Q   Do you have any evidence to show that the
25 recipient of these phone calls to the 857 number,

Page 28

1 (857) 312-8596 consented to being called?
2     A   No.
3     Q   Have you ever had any evidence that the
4 recipient of the phone calls to phone number
5 (857) 312-8596 consented to being called by the LiveVox
6 system?
7     A   No.
8     Q   Am I correct that in order to determine the
9 number of phone calls made by the LiveVox system to the
10 (857) 312-8596 number, I would simply go down this chart
11 and count them one by one?
12    A   In most cases, yes.
13    Q   Unless there are additional phone calls that
14 are made by the dialer that don't make it to this chart,
15 correct?
16    A   No, that doesn't happen.
17    Q   Well, then, explain to me why you say "in most
18 cases."
19    A   We had a note issue in January of 2012 -- or
20 2013, excuse me, that was double noting the accounts.
21    Q   Do you see that issue reflected in any records
22 here?
23    A   I'd have to look at it more closely.  I do not
24 see that issue on this account.
25    Q   Do you see any evidence here by looking at

Page 29

1 these call notes that the recipient of the phone calls to
2 the 8596 number told you not to call this number and told
3 you that this is a bad number?
4     A   On November 15th, 2012, we spoke to somebody
5 and they informed us it was the wrong number.
6     Q   And what did Diversified Consultants, Inc., do
7 after being told that this number is a bad number for the
8 debtor that it was looking for?
9     A   Since we were told that it was the wrong number
10 for the consumer, we went ahead and removed the number.
11    Q   And what day did you remove the number?
12    A   November 15th.
13    Q   Did Diversified Consultants make any additional
14 phone calls to the 8596 number after being told it was a
15 bad number?
16    A   I'm unable to determine that from this.
17    Q   Was there a phone call made to that number at
18 2:42 p.m.?
19    A   I'm unable to determine if that's an inbound or
20 an outbound.
21    Q   What would tell you whether a phone call is
22 inbound or outbound?
23    A   The call logs from LiveVox.
24    Q   Is there anything different from -- about this
25 notation than from any other notation reflecting calls by

1  the LiveVox system?
2      A    Inbound and outbound are documented the same
3  way by LiveVox, so no.
4      Q    How do you know that the number was removed on
5  the 15th of November?
6      A    Because C098 removed the number.  It --
7          THE REPORTER:  I'm sorry.  Because?
8          THE WITNESS:  C098.
9  BY MR. LEMBERG:
10     Q    And what is C098?
11     A    C098 is the user name -- user number for the
12 collector who took the call and removed the number.
13     Q    You said you were unable to determine
14 whether -- when the number was removed without looking at
15 the call -- the dialer notes.
16         MR. LEMBERG:  I'd like to mark this as
17         Plaintiffs' 5.
18 (Plaintiffs' Exhibit No. 5 marked for identification.)
19 BY MR. LEMBERG:
20     Q    Please take a look at this document.
21         MR. O'CONNOR:  What is it, Sergei?
22         MR. LEMBERG:  That's the -- the summary of the
23         dialer notes.
24         THE WITNESS:  Okay.
25 BY MR. O'CONNOR:

1      Q    Do you -- can you tell me what Plaintiffs' 5
2  is?
3      A    This is the call recording log for -- from
4  LiveVox system.
5      Q    What does that mean?
6      A    It's a list of every call that LiveVox made to
7  the specific number requested on specific dates and
8  times.
9      Q    And how does Plaintiffs' 5 correspond to
10 Plaintiffs' 4?
11     A    If you have a call on the call log, it will
12 appear on the account history as well.
13     Q    I'd like for you to please help me out with
14 the column headings in this chart.  "Call Center" means
15 the call center to which the phone calls would be routed
16 if someone picked up, correct?
17     A    That's the call center that the call is headed
18 to, yes.
19     Q    So the LiveVox system is making the call, and
20 if somebody picks up, the call would be routed to DCI
21 Jacksonville, correct?
22     A    I don't know if routed is the right word, but
23 it would be -- a Jacksonville representative would take
24 the call.
25     Q    So what is the right word?

1      A    I don't know what the right word would be.
2      Q    How about sent?
3          MR. O'CONNOR:  Objection to the form.
4          THE WITNESS:  I think there's -- I don't know
5      how to explain that.
6  BY MR. LEMBERG:
7      Q    What does the column "Skill" mean?
8      A    The skill is the client that it's assigned
9  to.
10     Q    What does that mean?
11     A    Like that one's assigned to T-Mobile/Sprint, so
12 all of our T-Mobile/Sprint collectors would be eligible
13 for an inbound call or an outbound call.
14     Q    And what does the column "Name" mean?
15     A    It's the name of the consumer we're attempting
16 to reach.
17     Q    And what does the column "Account" mean?
18     A    It's Diversified's file number.
19     Q    Column "Agent"?
20     A    That would be if the call connected with the
21 representative, the representative that worked the
22 account.
23     Q    Column "Date"?
24     A    That's the date of the call.
25     Q    And "Start" and "End" show the start and end

1  times of the call, correct?
2      A    Correct.
3      Q    Now, what does the column "Campaign" mean?
4      A    I'm really not sure.  I would imagine that's
5  the terminology that Jamie uses to upload the calls that
6  are going to be made that day.
7      Q    So that's the name of the CSV file containing
8  the phone numbers which had the number that was called on
9  that day, right?
10     A    I don't know what CSV file is.
11     Q    Well --
12         MR. LEMBERG:  Jack, I have an issue here and
13     I'd like to alert you to this issue.  Rule 30(b)(6)
14     requires the defendant to designate a knowledgeable
15     and prepared witness.  It seems to me on the dialer
16     issue this witness doesn't -- doesn't know the
17     basics, and in fact appears to know less than I.
18         I'm going to try to make a go of this
19     deposition since I flew here to Florida, but we may
20     be looking for DCI to produce a knowledgeable
21     witness in our office as soon as possible.  Because
22     it appears to me that if the witness doesn't know
23     what a campaign definition report is and doesn't
24     know what a CSV file is, I have a hard time
25     believing that she is the person that should be

1    answering questions about the dialer.  What do you
2    have to say about that?
3         MR. O'CONNOR:  Well, we have a respectful
4    disagreement, and you're certainly entitled to make
5    whatever record you want to make.
6    BY MR. LEMBERG:
7         Q    So can you tell me what the CSV file is?
8         A    I don't know what a CSV is.
9         Q    Do you know what the master tnums file
10   underscore test underscore 08-01-2012 underscore ts
11   underscore July csv stand for?
12        A    I don't know the specific type of file a CSV
13   is, but the CSV is a file type.  And the rest of it would
14   be the name that Mr. Sullivan named the file to upload.
15        Q    Do the words "comma-separated values" mean
16   anything to you?
17        A    I'm not familiar with that term.
18        Q    Do you recognize them as having any
19   relationship to the document that you're looking at?
20        A    Comma-separated values would be the CSV
21   definition most likely, or the acronym.
22        Q    But you don't know what -- the actual program
23   that generates that file, whether it's Excel or TEXT or
24   anything else?
25        A    No.

1         Q    Word?  You don't?  Okay.
2              What about "Caller ID," what does that mean?
3         A    That's the number that is appearing on the
4    consumer's caller ID.
5         Q    And the "Outcome"?
6         A    That's the outcome of the call.
7         Q    Now, if I go -- then instead of looking at
8    columns, if I go by rows, each row reflects a phone call
9    made to the 8596 number, correct?
10        A    Yes.
11        Q    By the LiveVox system, correct?
12        A    There could also be inbound calls on here.
13        Q    And what -- do you see any inbound calls on
14   here?
15        A    I do.
16        Q    Show me an inbound call.
17        A    The last line on page 1 says, "T-Mobile
18   underscore Sprint underscore IB," for inbound.
19        Q    So the person from this number called inbound
20   and was transferred to an operator, correct?
21        A    Did not connect, but yes.
22        Q    When you say "did not connect," what do you
23   base that on?
24        A    There are several factors here.  The agent --
25   there's no agent number, and the length of time of the

1    call is 12 seconds.
2         Q    But this person called back from their number
3    to the number that called them, true?
4         A    And did not speak with us, correct.
5         Q    Any other inbound calls or connections on page
6    2?
7         A    Yes, September 5th.
8         Q    What happened on that call?
9         A    It is three seconds long, and no agent spoke to
10   it.
11        Q    How about on page 3?
12        A    I do not see any on page 3.
13        Q    What about on page 4?
14        A    There are three of them on page 4, November
15   15th, all three of them, and they spoke to a
16   representative each time.
17        Q    And when was the last time they spoke to a
18   representative?
19        A    At 2:43 on November 13th -- November 15th,
20   2012.
21        Q    So -- and can you tell me -- can you now
22   connect these calls on page 3, where the person spoke
23   with a representative, with the account history that we
24   looked together -- looked at together briefly a few
25   minutes ago?  At 2:43 it seems to me there is -- there is

1    a live call you just testified where the person
2    connected, correct?
3         A    There was a connected call at 2:42, 2:43 and
4    again at 2:43, yes.
5         Q    And then does the account history not show that
6    your system dialed this 8596 number again at 3:29 p.m.?
7         A    It would have been loaded already, yes.
8         Q    Do you know how this document came to be
9    produced in this litigation?
10        A    Yes, I went to the LiveVox system and typed the
11   information and requested for the document.
12        Q    And what did it give you?
13        A    Gave me this exact information in a PDF
14   format.
15        Q    So there's a record of these phone calls being
16   made in the LiveVox system, correct?
17        A    Yes.
18        Q    Which is what enabled you to create this
19   Exhibit 5, correct?
20        A    Yes.
21        Q    So that system stores the information that had
22   been uploaded to it by Diversified Consultants,
23   correct?
24        A    I don't understand.
25        Q    Well, if the information that allowed these

1 phone calls had been deleted and eliminated from that
2 system, you would not have been able to produce this
3 dialer history that you produced, correct?
4      A    It keeps a history of what we do, yes.
5      Q    But the information is there, you just need to
6 pull it out, right?
7      A    It's a history.
8      Q    But it's a history of what, of the phone calls
9 being made, right?
10     A    Of previous actions that were done, yes.
11     Q    And that history is stored on the -- on the
12 LiveVox server, correct?
13     A    I'm not sure --
14          MR. O'CONNOR:  Object to the form.
15          THE WITNESS:  I'm not sure where -- how it's
16     stored.
17 BY MR. LEMBERG:
18     Q    Well, speaking of LiveVox, you're here to talk
19 about it, you referred to it as the cloud.  Can you
20 explain to me -- is it a computer?
21     A    No.
22     Q    What is it?
23     A    It's a software program or -- not a program,
24 excuse me.  I don't know the exact terminology, but it's
25 a cloud-based program.

1      Q    Does that cloud-based program run on a
2 server?
3      A    Yes.
4      Q    A computer server?
5      A    I honestly don't know.
6      Q    What -- what else could it run on?
7      A    I don't know.
8          MR. O'CONNOR:  Objection to the form.
9          THE WITNESS:  I don't know the exact --
10 BY MR. LEMBERG:
11     Q    Have you ever -- okay.
12          You don't know what it runs on.  But do you
13 know whether it runs on a computer, yes or no?
14     A    Does it run on our computer?
15     Q    Does it run on a computer?
16     A    Yes.
17     Q    Of course.  Does it run on a big computer or a
18 small computer?
19     A    I haven't actually seen the computer it runs
20 on.
21     Q    Do you know the difference between a computer
22 and a server?
23     A    Yes.
24     Q    What's the difference?
25     A    The servers are rather large.  Again, I'm not

1 technical.  The terminology is not there.  But a
2 computer, like a personal computer is not meant to run
3 programs in -- in a large number base like a server does.
4 The server stores the information.  It -- it runs the
5 processes for the computer.
6      Q    I think -- whatever LiveVox is, you and I don't
7 have to agree on what it is, I think you and I can agree
8 that it's probably run on a server, correct?
9          MR. O'CONNOR:  Objection to the form.
10         Don't answer that, Mavis.
11         MR. LEMBERG:  What's the basis of the
12    instruction not to answer?
13         MR. O'CONNOR:  She works for DCI.  We're here
14    to testify on behalf of DCI, Sergei.  She's not
15    LiveVox.
16 BY MR. LEMBERG:
17     Q    Please answer the question if you can.
18         MR. O'CONNOR:  Mavis, don't answer the
19    question.
20         Move to the next issue, please, Sergei.
21         MR. LEMBERG:  I will not accept that.
22    Mr. O'Connor, you are interrupting the --
23 BY MR. LEMBERG:
24     Q    Will you follow Mr. O'Connor's advice, yes or
25 no?

1      A    Yes.
2          MR. LEMBERG:  Okay.  Mr. O'Connor, I will
3    advise you that this is an improper objection to the
4    federal rules.  The witness is not being abused, and
5    I'm not asking her about anything privileged.  She's
6    here to talk about LiveVox.  I'm asking her a
7    question -- I'm asking her to confirm to me that it
8    runs on a server.  Your instruction is improper, and
9    I will ask the question again.
10 BY MR. LEMBERG:
11     Q    Do you know whether the LiveVox system runs on
12 a server?
13         MR. O'CONNOR:  She already testified she does
14    not know the answer to that, Sergei.  She said that
15    about three times.
16         MR. LEMBERG:  Okay.  Well, I reserve all of my
17    rights to seek sanctions and the redeposition of
18    Diversified on the LiveVox issue.
19         Since I am here, I will proceed to figure out
20    what this witness knows or doesn't know.  But I --
21    my position is -- is clear that there is not a
22    knowledgeable witness here on the dialer issue, that
23    the witness is -- in fact does not have the
24    requisite technical knowledge or preparation to be
25    able to testify here today.

1          Let's mark this as -- this is 6.
2   (Plaintiff's Exhibit No. 6 marked for identification.)
3          MR. LEMBERG:  I placed in front of the witness
4   what's been marked as Plaintiffs' 6.  It's the
5   account history for AT&T Mobility.
6   BY MR. LEMBERG:
7       Q    Ms. Pye, would you please take a look at this
8   document.
9       A    Okay.
10      Q    Have you ever seen this Plaintiffs' 6 before?
11      A    Yes, I have.
12      Q    Can you please tell me what it is.
13      A    It's the account history for Nicholas Mavis.
14      Q    And the account history, like the prior account
15  history, is generated from the computers of Diversified
16  Consultants, correct?
17      A    It's generated from our -- I generated it from
18  our Latitude system or Latitude software.
19      Q    And these records are kept in the ordinary
20  course of business, correct?
21      A    Of course, yes.
22      Q    Now, does this to you appear to be the account
23  notes for the collection of Nicholas Mavis' AT&T account,
24  correct?
25      A    Yes, it does.

1       Q    Can you tell me what number Mr. Mavis had when
2   he defaulted on this loan -- on this account?
3       A    Not from this, no.
4       Q    Can you tell me how -- on what date Diversified
5   got Mr. Mavis' -- Mr. Mavis' account for collection?
6       A    This account was received by Diversified on
7   March 20th, 2013.
8       Q    And what's the next thing that happened on this
9   account?
10      A    We requested a TransUnion service on it.
11          THE REPORTER:  You requested?
12          THE WITNESS:  A TransUnion service.
13  BY MR. LEMBERG:
14      Q    And what -- what is TransUnion?
15      A    It's a skip trace program, a skip trace
16  vendor.
17      Q    Like CBCInnovis, right?
18      A    Similar, yes.
19      Q    So you requested a number to call -- there's
20  information about this debtor, including a number to call
21  him?
22      A    We requested information on the consumer
23  location information, yes.
24      Q    And TransUnion gave Diversified Consultants
25  this number (413) 454-8957, correct?

1       A    Correct.
2       Q    You can't tell looking at these collection
3   notes whether this number actually came from the
4   creditor, can you?
5       A    No.
6       Q    What would enable you to tell me that?
7       A    I believe I'd have to send an e-mail to our VP
8   of client relations and ask her, and she would contact
9   AT&T.
10          MR. LEMBERG:  Mark this as Plaintiffs' 7.
11  (Plaintiffs' Exhibit No. 7 marked for identification.)
12  BY MR. LEMBERG:
13      Q    I've placed before you a document that's been
14  produced in this litigation marked as Plaintiffs' 7.
15  It's the AT&T wireless statement for Nicholas Mavis,
16  phone number (413) 388-7469.  Do you see that?
17      A    I don't see the phone number.  Where is that
18  at?  Oh, yes, I see it.
19      Q    Do you know why this statement was produced in
20  this case?
21      A    No.
22      Q    Is this the account that Diversified
23  Consultants was collecting for AT&T?
24      A    Yes, it is.
25      Q    So let's just be clear, looking at the Mavis

1   account history and what we now see as the AT&T wireless
2   statement, the account Diversified Consultants was
3   collecting for AT&T is for the phone number
4   (413) 388-7469, correct?
5       A    That is the phone number, at least what's on
6   the account.
7       Q    Are there others?
8       A    I don't know.  I'm checking.
9           I'm not sure if there were or not.
10      Q    Do you see any other -- feel free to look at 6,
11  7 or any other documents that are on the table in front
12  of you.  And based on your review, please tell me whether
13  there are any numbers associated with Mr. Mavis that --
14  for which AT&T asked Diversified Consultants to collect
15  this debt.
16      A    I'm sorry.  Can you please rephrase that?
17      Q    Well, what I'm trying to figure out is, the
18  account number, the AT&T -- the account number on the
19  AT&T statement and the account number in the account
20  history are the same, correct?
21      A    Our -- our account number is -- well, our
22  file -- our account ID is not, but the account number is
23  the same.
24      Q    The account number is the same.  The only phone
25  number that I can see on the -- on Plaintiffs' 7, the

Page 46

1  AT&T statement, associated with this account is the 7469
2  number, right?
3       A    I think there's pages missing from this.
4       Q    Which page is missing?
5       A    Page 2 of 3.
6       Q    Well, this was produced by the defendant.  This
7  was not produced by us.
8       A    Unless it's just out of order.  Hang on.
9  They're out of order.
10      Q    Okay.  Please feel free to reorder them.
11           MR. LEMBERG:  Let the record reflect that
12      Plaintiffs' 7 is being reordered to reflect correct
13      pagination.
14  BY MR. LEMBERG:
15      Q    Please tell me when you're ready.
16      A    I think I'm ready.
17      Q    Now, that you've reordered the pages, do you
18  see any numbers other than the 7469 number associated
19  with Mr. Mavis' account?
20      A    I do not.
21      Q    Is there any record that you can see by looking
22  at Plaintiffs' 6 and Plaintiffs' 7 that shows that the
23  phone number (413) 454-8957 was provided to Diversified
24  Consultants by AT&T?
25      A    No.

Page 47

1       Q    Because in fact it was provided by TransUnion,
2  correct?
3       A    Correct.
4       Q    Is there anything in these Exhibits 6 and 7
5  that reflects Mr. Mavis' consent for your company to call
6  him using -- strike that.
7            Is there anything in Plaintiffs' 6 and 7 that
8  shows that your company had the consent to call Mr. Mavis
9  in any way on the (413) 454-8957 number provided to you
10  by TransUnion?
11      A    Give me one second to review real quick.
12           Can you repeat the question for me one more
13  time?
14      Q    Is there any evidence of consent here to call
15  the 8957 number?
16      A    No.
17      Q    Is there any evidence of consent that you're
18  aware of to call the 8957 number?
19      A    Yes.
20      Q    And what is that evidence?
21      A    His contract he originally signed with AT&T.
22      Q    And where is that contract?
23      A    It may have been done electronically.  I don't
24  know.
25      Q    And what does that contract say?

Page 48

1       A    There's terminology in there allowing for
2  collection agencies to contact them with their delinquent
3  bills.
4       Q    Are you aware of -- has that contract been
5  produced in this litigation?
6       A    I'm not sure.
7       Q    Have you ever seen the contract?
8       A    I have.
9       Q    Have you ever seen Mr. Mavis' contract?
10      A    Not specifically to my knowledge, no.
11           MR. LEMBERG:  I'm going to make a request for
12      Mr. Mavis' contract to the extent that defendant has
13      it.
14  BY MR. LEMBERG:
15      Q    But there's no evidence of consent in these
16  documents 6 and 7, correct?
17      A    Correct.
18      Q    Now, looking at the account history, back to
19  Plaintiffs' 6, when was the first time you were told --
20  let me see -- strike that.
21           On April 30th, 2013, there is a notation saying
22  "bad number."  What does that mean to you?
23      A    That is my assistant Cheryl, and she removed
24  the number from the account.
25      Q    How do you know that?

Page 49

1       A    How do I know she removed the number?
2       Q    Uh-huh.
3       A    Because it says "bad number."
4       Q    You can't tell looking at the account notes how
5  many times the number had been dialed prior to its
6  removal, correct?
7       A    You should be able to.
8       Q    Would you need the dialer history for that?
9       A    To verify, yes.
10           MR. LEMBERG:  Well, I'm going to mark as
11      Plaintiffs' 9 the dialer history for the 5348
12      number.
13           THE REPORTER:  It would be 8, Plaintiffs' 8,
14      not --
15           MR. LEMBERG:  Yes.  Plaintiffs' 8, I'm sorry.
16  (Plaintiffs' Exhibit No. 8 marked for identification.)
17  BY MR. LEMBERG:
18      Q    Tell me when you're ready.
19      A    I'm ready.
20      Q    So this is a dialer history that was created
21  the same way as the dialer history we talked about on the
22  Davis case, correct?
23      A    Yes.
24      Q    And looking at this dialer history, it is to be
25  interpreted the same way as -- as the Davis account

1  history, correct?
2      A    Yes.
3      Q    The columns are all -- are the same I see; am I
4  correct?
5      A    Correct.
6      Q    And each row reflects an outbound call placed
7  by the LiveVox system, correct?
8      A    Or an inbound call.
9      Q    Or an inbound call.  And what is the first time
10 you see an out-- -- inbound call on this account?
11     A    March 25th at 11 -- I'm sorry -- 11:11:55 a.m.
12     Q    And all the other calls the dialer called
13 except the manual call on March 28th, correct?
14     A    There is an inbound call on March 30th.
15 There's a manual on April 1st -- actually two, April 2nd,
16 April 2nd, April 3rd --
17     Q    Hold on.  How can you tell --
18     A    QC.
19     Q    How can you tell looking at these that these
20 are manual calls?
21     A    Because it says QC instead of RPC.
22     Q    In which column?
23     A    In the skill.
24     Q    And what do the words "QC" stand for?
25     A    Quick connect.

1      Q    And what does quick connect -- what is quick
2  connect?
3      A    It's a quick connector call.
4      Q    What is that -- what is the system that is
5  being used to make the call?
6      A    We still use LiveVox for every call we make:
7  manual, inbound, outbound, quick connect, RPC.
8      Q    So these QC calls that you are talking about
9  are still used -- used through the LiveVox system that
10 you folks use, correct?
11     A    Yes.
12     Q    That's how they're made, through the LiveVox,
13 right?
14     A    Every call that's placed or received at
15 Diversified Consultants for a collector to a consumer is
16 used through LiveVox.
17     Q    When did -- and so if I were to try to count
18 the number of calls that Diversified made to this 5348
19 number through the LiveVox system, I would go down the
20 list and count them up, correct, excluding the manual
21 calls and the inbound calls, correct?
22     A    Every call that we made?  Well, manuals calls
23 are made through LiveVox, too.
24     Q    Ah.  So those have to be included.  So what
25 would I exclude?

1      A    Every call that Diversified makes is done
2  through LiveVox.
3      Q    Okay.
4      A    So the -- I don't know what you would exclude
5  unless you're not counting LiveVox.
6      Q    Okay.   On this page -- on this page 1, these
7  are all calls made by LiveVox, correct?
8      A    Minus an inbound call from March 25th.
9      Q    Minus the inbound call from March 25th.  Okay.
10 So this -- on page 2?
11     A    March 30th there's an inbound call.
12     Q    On page 3?
13     A    Page 3 I do not see any inbound calls.
14     Q    Page 4?
15     A    I do not see any inbound calls.
16     Q    Page 5?
17     A    I do not see any inbound calls.
18     Q    So excluding these two inbound calls, the rest
19 are outbound calls made -- being made with LiveVox,
20 correct?
21     A    Being made utilizing LiveVox, yes.
22     Q    Okay.  And the same applies when we were
23 looking at the -- at the Davis account dialer log,
24 correct?
25     A    The call log for Davis?

1      Q    All -- all calls except inbound calls are
2  dialer calls, right?
3      A    They're not dialer calls.  They're calls made
4  through LiveVox.
5      Q    Okay.  Now, last question on Plaintiffs' 8.  Do
6  you see on the campaign -- in the campaign column the
7  files have -- the file names have the word "blast" in
8  them.  Do you see that?
9      A    I do.
10     Q    What do the words "ERC" or "ERC blast" mean?
11     A    I'm not exactly sure what it means.
12     Q    What does the word "blast" mean to you
13     A    ERC blast would be -- ERC is our competitor.
14 So it's a tease for them, to tease them.
15     Q    Tell me, what does that mean.  How are you
16 teasing them?
17     A    Well, it's like -- I don't know how to explain
18 that.  It's just a -- it's something -- just however he
19 named it.  It's not --
20     Q    Is it the -- why would the competitor's name be
21 in a file name uploaded by a he to LiveVox?
22     A    Why not?
23     Q    I'm not sure what the context is.  What do you
24 think he's meaning to do here?  Why is he naming these --
25     A    He was probably told that ERC is beating us

Page 54

1  this month and we need to find out -- find out what we
2  can do different.  I mean, it's just --
3      Q    So this is, the ERC blast, ERC is beating you
4  this month, you've got to make more phone calls, right?
5      A    No, not make more phone calls, beat ERC.
6      Q    How would you beat ERC by naming the file this
7  way?
8      A    It doesn't matter what the file is named.
9      Q    Is ERC collecting the same accounts as -- as
10 Diversified?
11     A    Not the same exact accounts.
12     Q    Uh-huh.  And what does the word "blast" mean?
13     A    I don't know what he meant by that.
14     Q    Well, what did --
15     A    I didn't make the campaign.
16     Q    Okay.  But tell me what it means to you.
17     A    It means Jamie's being a joke.  I don't know
18 what it means.
19     Q    Does the word "blast" mean make a bunch of
20 calls at one time?
21     A    No.  To me -- I don't know.  I don't --
22     Q    Tell me how you understand the word "blast" in
23 English.
24     A    To me blast means having a good time.  It
25 doesn't mean blast.  I mean --

Page 55

1      Q    Ah.  So this is -- this is -- this is named to
2  reflect that Diversified is having a good time calling --
3      A    No, it's not.
4      Q    -- these folks?  I'm telling you, I'm just
5  looking to figure out why it's named this way.
6           MR. O'CONNOR:  She's answered the question,
7      Sergei.  Please move to another topic.
8  BY MR. LEMBERG:
9      Q    Can you tell me the answer?
10     A    I don't know the answer.
11     Q    Okay.  Let's talk about this LiveVox system a
12 little bit and then we'll come back to the collection
13 notes.
14          What is your understanding about how the
15 LiveVox system operates?  What -- strike that.
16          What's your understanding of what use DCI makes
17 of the LiveVox system?
18     A    What use we make of it?
19     Q    Yeah.
20     A    We use it for compliance purposes.  For me, the
21 main reason I like the LiveVox system is because we can
22 record every call we make, every call is documented, and
23 I mean, that's one of the reasons we use it.  It's --
24 there's multiple facets for why we use it.
25     Q    Okay.  Let's go through them one by one.

Page 56

1  What are the facets -- the facets for which DCI uses
2  LiveVox?
3      A    I don't know every one of them.
4      Q    Let's start with the first one and see if --
5  how many we can make.
6      A    Every call is recorded.
7      Q    Every call is recorded.  Okay.  What else?
8      A    There's a record of every call made.
9      Q    What else?
10     A    Better time management.
11     Q    What else?
12     A    It allows us to track our collectors better.
13     Q    Okay.  What else?
14     A    It's efficient.  It's a good company.
15     Q    What else?
16     A    It doesn't break down.
17     Q    What else?
18     A    I -- I don't know what you're looking for, but
19 that's the main factors.  I'm sure price has something to
20 do with it, too, but ...
21     Q    So as I understand it, LiveVox -- from you,
22 LiveVox is somewhere out there in the cloud making phone
23 calls, right?
24     A    LiveVox is facilitating the phone calls,
25 right.

Page 57

1      Q    Facilitating.  So DCI collectors don't make
2  outbound phone calls, correct?
3      A    No, they do.
4      Q    Well, some do.  But most calls are made by
5  LiveVox or through LiveVox?
6      A    Through LiveVox.
7      Q    Right.  So there's a -- LiveVox is a computer
8  that lives in the cloud that makes phone calls for DCI,
9  and then when somebody picks up the phone, the call is
10 then transferred to a DCI collector, correct?
11     A    In some circumstances.
12     Q    And in other circumstances what happens?
13     A    The collector punches in the number on the
14 keypad and says -- hits the call button, and the call is
15 dialed, and the collector hears the phone ring, and his
16 answering machine picks up or --
17     Q    Those calls are still made through the use of
18 the LiveVox, correct?
19     A    Yes.
20     Q    So let's just deal with the -- the first
21 category, the calls that the LiveVox system makes without
22 the collector punching a key of any sort.
23     A    I'm sorry --
24     Q    In order to do that, in order for the LiveVox
25 system to know which numbers to dial, Diversified

Page 58

1  Consultants selects the phone numbers in some fashion,
2  correct?
3       A   We choose -- we tell it what phone numbers to
4  dial.
5       Q   Right.  And how do you -- and Diversified
6  Consultants tells it what numbers to dial by assembling a
7  spreadsheet, correct?
8            MR. O'CONNOR:  Objection to the form.
9            THE WITNESS:  I don't know how they assemble
10      it.  I don't know what format they're using.
11  BY MR. LEMBERG:
12       Q   Well, how does Diversified Consultants tell
13  LiveVox to dial numbers?
14       A   Jamie has that program.  He's the one that runs
15  the program for that.
16            MR. LEMBERG:  Jack, what are we going to do?
17            MR. O'CONNOR:  What do you mean?  You almost
18      done?
19            MR. LEMBERG:  No, I -- I can't even start.
20            MR. O'CONNOR:  I'm not sure what you're talking
21      about, Sergei.  You're asking --
22            MR. LEMBERG:  I am -- I am at this point,
23      having read this manual several times, significantly
24      more versed in it than the witness.  And so I'm
25      having trouble asking questions even on a very basic

Page 59

1  level.
2            MR. O'CONNOR:  Well, the question --
3            MR. LEMBERG:  I need -- I need a knowledgeable
4      witness here to talk about the system.
5            MR. O'CONNOR:  We have a knowledgeable witness
6      from DCI.  If you want a knowledgeable witness from
7      LiveVox, send them a subpoena.
8            MR. LEMBERG:  The witness from DCI is not
9      knowledgeable, Jack.  The witness from DCI doesn't
10      know how the campaign is created, doesn't know what
11      file names are used.  She doesn't know the basics.
12            MR. O'CONNOR:  You can make any record you
13      want, Sergei.  She's here to answer your questions.
14      If you have some, let's continue; if not, let's wrap
15      it up.
16  BY MR. LEMBERG:
17       Q   How does Diversified Consultants -- how does
18  Diversified Consultants tell the LiveVox system what
19  numbers to call?
20       A   Jamie uses his programs to upload the
21  information on the LiveVox every morning.
22       Q   And how does he do it?
23       A   Using his home computer.  He does it every
24  morning.  5:00 a.m. he gets up and --
25       Q   Other than -- does he do it using a program on

Page 60

1  his computer?
2       A   Yeah.
3       Q   What's the name of the program?
4       A   I'm not sure.  I'm not sure if he's using
5  Excel, if he's using Latitude.  I know it's all
6  integrated together, but I don't know if he uses our
7  software Latitude or if he's using Live -- LiveVox to --
8  I mean, I imagine it's Excel.  I'm just not 100 percent
9  sure.  I don't want to say it's Excel and be wrong, so
10  I'm telling you I don't know.
11       Q   Did you ask Jamie before coming here what he
12  does?
13       A   No.
14       Q   Any reason why not?
15       A   Because we're both very busy.
16       Q   Were you told that you may be required to
17  answer questions here about the LiveVox system used by
18  Diversified Consultants?
19            MR. O'CONNOR:  Objection, objection.
20            Don't answer that, Mavis.
21            MR. LEMBERG:  Jack -- well ...
22  BY MR. LEMBERG:
23       Q   Let's talk in the abstract.  Let's just imagine
24  Jamie wakes up in the morning, as you said, and does --
25  and logs on to his home computer and creates a file.  Can

Page 61

1  we agree on that?
2       A   Sure.
3       Q   And the file contains phone numbers.  Can we
4  agree on that?
5       A   Yes.
6       Q   And roughly what time does he do that from his
7  home computer?
8       A   Between 4:30 and 5:30.
9       Q   And those -- that file, what happens, then, to
10  that file?
11       A   It's uploaded to LiveVox.
12       Q   Uploaded to the LiveVox server, correct, to the
13  cloud?
14       A   Correct.
15       Q   And what then happens to those numbers?
16       A   At the appropriate time that's been designated
17  by the settings that Jamie has installed or set up that
18  morning or however he's done it for the specific amount
19  of calls for whatever campaign he's running, the calls
20  are made.
21       Q   So Jamie decides -- has some -- how does he
22  decide what campaign to run?
23       A   He's told the day before by our CEO -- or COO,
24  excuse me, and the vice president of operations and
25  president of the company and everybody else who has any

Page 62

1  input.
2     Q    So Jamie gets guidance from upstairs telling
3  him what campaign to run, correct?
4     A    Yeah.
5     Q    He then decides what phone numbers go into the
6  file, correct?
7     A    Uh-huh.
8     Q    Then uploads the file to the server run by
9  LiveVox, correct?
10     A    Correct.
11     Q    And then at the appropriate time, the LiveVox
12  makes the phone calls based on however Jamie designs the
13  campaign for that day, correct?
14     A    The campaign and however way he wants --
15  whatever way he wants the calls to be made.
16     Q    And between the time that the file is uploaded
17  to LiveVox and the time that the phone calls are made,
18  those phone numbers live on the server, correct?
19     A    I'm not sure --
20     MR. O'CONNOR:  (Inaudible.)
21     THE WITNESS:  Sorry.
22     THE REPORTER:  I'm sorry, Mr. O'Connor, did you
23  say something?
24     MR. O'CONNOR:  Just an objection to the form.
25     You can answer it, Mavis, if you can.

Page 63

1     THE WITNESS:  I'm not sure if they live on the
2  server or if they are uploaded -- Jamie's got a
3  full-time job.  I don't know if he uploads them
4  every hour or every minute or how it's worked, or if
5  they're stored in Latitude until a certain time and
6  then transferred over, or what.  I'm not exactly
7  sure.
8  BY MR. LEMBERG:
9     Q    Okay.  Well, you said there's a computer, a
10  server somewhere, correct?
11     A    Right.
12     Q    To which Jamie uploads the file, right?
13     A    For the calls that are going to be made.
14     Q    Right.  So once he uploads the file, the file
15  sits in that computer, right?  Not in the cloud, it sits
16  on a computer hard disc somewhere?
17     A    I'm not sure --
18     MR. O'CONNOR:  Objection to the form.
19     THE WITNESS:  I'm not sure where it sits.  I'm
20  not sure if it sits on a computer, if it sits on the
21  cloud, or if they're in Latitude still until the
22  time they're supposed to be called, then the account
23  number is uploaded.
24  BY MR. LEMBERG:
25     Q    Where does Jamie live?

Page 64

1     A    Jacksonville, Florida.
2     Q    Do you know if he can be here today?
3     A    I think he's on vacation right now.  I don't
4  know if he's here today.
5     Q    Is he in town?
6     A    I don't know.  I know he was there yesterday,
7  but he was only there for like an hour.
8     Q    Can you call and find out if we can ask him
9  some questions?
10     A    I can text him.
11     MR. O'CONNOR:  No, that's not going to happen
12  today, Sergei.
13     MR. LEMBERG:  Okay.  Then, Jack, I'd like to
14  make a joint call to the magistrate in the Mavis
15  case to see if we can clarify this issue.  Or we can
16  do it to the district court judge in the -- in the
17  Davis case.  Tell me what you prefer.
18     MR. O'CONNOR:  We've produced a 30(b)(6)
19  witness who's knowledgeable and happy to answer any
20  questions --
21     MR. LEMBERG:  She doesn't know -- no, she's not
22  happy -- Jack, I know she's happy to answer.  I'm
23  not saying she's unhappy.  I'm telling you she
24  doesn't know -- she -- she's just not a technical
25  person.  She doesn't know the answers, the very

Page 65

1  basic answers.
2     MR. O'CONNOR:  You're asking her specific
3  questions about LiveVox technology, Sergei.
4     MR. LEMBERG:  She -- that's what she's
5  designated for.  She's designated --
6     MR. O'CONNOR:  Don't interrupt.  She's not from
7  LiveVox, neither is Jamie.  If you want specific
8  information about LiveVox technology, send a
9  subpoena to LiveVox.
10     MR. LEMBERG:  Well, Jamie is knowledgeable
11  because Jamie submitted an affidavit in another case
12  saying -- calling the system "ours" and saying that
13  he is knowledgeable.  So he's clearly knowledgeable,
14  he's just not here.  And the witness that is here
15  cannot testify regarding the methodology for
16  initiating and invoking telephone equipment on the
17  system used to make outgoing collection calls.
18     MR. O'CONNOR:  I'm happy to discuss this
19  further with you off the record, Sergei.
20     MR. LEMBERG:  No, I'd like to stay on the
21  record.
22     Which judge would you like to call?
23     MR. O'CONNOR:  Call any judge you want.
24  Jamie's on vacation.
25     MR. LEMBERG:  Well, I'm not on vacation.  I'm

1   here for work.  I paid for this ticket to come here.
2   I left my family at home, and I came here to depose
3   this witness who doesn't know what a CSV file is.
4          MR. O'CONNOR:  Well, I think you have to finish
5   up with her, and if you think you're entitled to
6   more testimony, then we'll talk about it and resolve
7   it on another day.
8          The judge can't order me to produce a witness
9   who's on vacation, Sergei.  Do you understand?
10         MR. LEMBERG:  No, I don't.  I was told that the
11  witnesses would be here to testify.  That's why I'm
12  here.  And I come here and the witness is on
13  vacation.
14         Let's take a quick break.  I'll get the phone
15  numbers and we'll call the judges.
16         (Brief recess.)
17  BY MR. LEMBERG:
18     Q    So I think we'll give it another shot and see
19  where we go.  So Jamie uploads the -- Jamie creates the
20  file on his computer, right?
21     A    Yes.
22     Q    And then transmits the file to LiveVox,
23  correct?
24     A    Correct.
25     Q    And how does he transmit the file to LiveVox?

1      A    Electronically.
2      Q    Using what process, using what electronic
3   process?
4      A    I don't know the name of it.
5      Q    If I told you he uses FTP, would that --
6      A    File transfer protocol --
7      Q    Yes.
8      A    -- most likely, yes.
9      Q    And that is probably done on the Internet,
10  right?
11     A    Yes.
12     Q    So he creates the file, transmits it on the
13  Internet to LiveVox, right?
14     A    Yes.
15     Q    And the file, the daily file has more than one
16  number, correct?
17     A    Yes.
18     Q    More than a hundred?
19     A    It depends on the file.  It depends on the
20  files.  He doesn't just do one file a day.
21     Q    He does multiple files a day?
22     A    Yes.
23     Q    Some of them have a hundred numbers in them?
24     A    I don't know how many numbers are in each
25  file.

1      Q    Can you estimate?
2      A    No, it would not be accurate in any way.
3      Q    Can we say it's a lot?
4      A    Everybody has a different def- -- I'm not
5   trying to be difficult, but everybody has a different
6   definition of a lot.  I know it's more than one or five
7   or ten numbers, but I'm not sure exactly how many numbers
8   are uploaded in each campaign.  I wouldn't even be able
9   to give you a specific guesstimate even.
10     Q    Do you know who -- do you know a gentleman by
11  the name of --
12         (Cell phone rings.)
13         MR. LEMBERG:  Jack, this is the court calling.
14         (Off-the-record discussion.)
15  BY MR. LEMBERG:
16     Q    Do you know a gentleman by the name of Gordon
17  Beck?
18     A    Yes, I do.
19         MR. LEMBERG:  I'll mark what the -- I'll mark
20  this as Plaintiffs' --
21         THE REPORTER:  9.
22         MR. LEMBERG:  -- Plaintiffs' 9.
23  (Plaintiffs' Exhibit No. 9 marked for identification.)
24  BY MR. LEMBERG:
25     Q    Would you please take a look at Plaintiffs' 9,

1   and specifically at the section of this article called
2   "What technology do we use most and why" on the second
3   page, and then I'll ask you some questions.
4      A    Okay.
5      Q    You ready?
6      A    Sure.
7      Q    Who is Mr. Beck?
8      A    He is the COO for Diversified Consultants,
9   Incorporated.
10     Q    And does this article appear to be an article
11  that is based on an interview with him?
12     A    Yes.
13     Q    In which he's talking about the company
14  Diversified Consultants, correct?
15     A    Correct.
16     Q    Now, the section "What technology do we use and
17  why," you've just reviewed that section, correct?
18     A    Yes.
19     Q    The first sentence says, "Our hosted dialing
20  solution and our skip trace process are vital
21  technological platforms that are of utmost importance in
22  liquidating telecom accounts at a high level."  Do you
23  have any disagreement with that sentence?
24         MR. O'CONNOR:  Objection to the form.
25         Answer if you can, Mavis.

Page 70

1        THE WITNESS:  I don't see a reason why I would
2    disagree with it.
3    BY MR. LEMBERG:
4        Q    The second sentence -- the second sentence
5    says, "LiveVox is currently DCI's hosted solution where
6    we connect with them via VoIP for cost efficiency."  Is
7    that accurate?
8        A    We do use LiveVox as our hosted solution via
9    voice over IP.
10       Q    Because telecom comes with high volume and
11   low-average balance, you need to make millions of phone
12   calls a day, sometimes we could do -- something we could
13   not do when operating through a premise-based system.
14   Any disagreement with that?
15           MR. O'CONNOR:  Objection to form.
16           THE WITNESS:  I do disagree with this.
17   BY MR. LEMBERG:
18       Q    Okay.  Well, tell me why you disagree with
19   this.
20       A    Because it says you need the ability to make
21   millions of phone calls a day.
22       Q    Okay.
23       A    I think you said you need to make millions --
24   you know.
25       Q    Does that -- does that sentence mean to you

Page 71

1    that Diversified Consultants makes millions of phone
2    calls a day?
3        A    No, it means we have the ability to make
4    millions of phone calls a day.
5        Q    Okay.  You need the ability to make millions of
6    phone calls a day, right?
7        A    Correct.
8        Q    And so in order to make millions of phone calls
9    a day, is it fair to say that Jamie would have to
10   download some number that is -- download some large
11   number of phone numbers into the dialer so that it could
12   make those phone calls?
13       A    He would have to upload a large number of files
14   or large groups of files.
15       Q    Right.  And those groups of files, individual
16   files have phone numbers in them, correct?
17       A    I'm not sure if they have phone numbers or
18   account numbers, or -- and that's --
19       Q    Hold on.
20       A    I'm not sure on -- okay.  Let me --
21       Q    In order for the dialer to dial, what is it
22   dialing?  It's not dialing account numbers.
23       A    No, it's dialing a phone number.
24       Q    Right.  So the files have phone numbers,
25   right?

Page 72

1        A    Yeah.
2        Q    Okay.  Now -- and they have a large number of
3    phone numbers, correct?
4        A    I don't know how big the files are.
5        Q    I'm not asking you to tell me how big the files
6    are.  I'm asking you to confirm that the files contain a
7    large number of phone numbers.
8        A    I can't confirm that because I don't build
9    them.  So I don't know if he's putting a hundred in each
10   one or if he's building thousands and thousands --
11       Q    In order to make millions of phone calls a day,
12   how many numbers would you need to load into the system
13   to make a million phone calls?
14       A    How many numbers would you need to load in the
15   system to make --
16           MR. LEMBERG:  I move to strike as
17       nonresponsive.
18   BY MR. LEMBERG:
19       Q    Can you tell me how many numbers on average are
20   downloaded into the LiveVox dialer by Diversified
21   Consultants?
22       A    No.
23       Q    Can you tell me how many numbers were
24   downloaded by -- by Diversified Consultants into LiveVox
25   yesterday?

Page 73

1        A    No.
2        Q    Can you estimate how many numbers are loaded
3    into the LiveVox dialer on a daily basis?
4        A    Can I estimate?
5        Q    Yes.
6        A    It would be more of a guesstimate, but ...
7        Q    Tell me.
8        A    I'd say over a million.
9        Q    On a daily basis?
10       A    It's a guesstimation, but yes.
11       Q    What's the over/under on that?  It could be off
12   by 200,000s.
13       A    I mean, it could be off -- it could be off by
14   millions.  I don't know.
15       Q    But in order to make millions of phone calls a
16   day, you need some number that's more than --
17       A    One.
18       Q    Well, your system doesn't -- I mean, let's be
19   realistic.  It's some number above 100,000, right?
20           MR. O'CONNOR:  Objection to the form.
21           THE WITNESS:  To make phone calls -- to make
22       millions of phone calls a day --
23   BY MR. LEMBERG:
24       Q    Right.
25       A    -- if we're making millions of phone calls a

Page 74

1   day, you're going to have to dial a million phone
2   numbers.
3       Q    Okay.  Now, those phone numbers are contained
4   within the files that are uploaded to LiveVox, correct?
5       A    I -- yes.
6       Q    Now, since LiveVox is a computer -- okay.  Let
7   me ask you a question.  Let the record reflect that I am
8   holding a cup of coffee in my hand and I'm asking the
9   witness to look at the cup of coffee and answer my
10  question, and the question is as follows:  Does this cup
11  of coffee have the capacity to store the coffee that is
12  in it?
13      A    Yes.
14      Q    Because if it didn't store it, there would be a
15  hole and it would be coming out on the other end,
16  right?
17      A    Correct.
18      Q    Now, the numbers that are downloaded into the
19  LiveVox -- uploaded, rather, into the LiveVox dialer by
20  Jamie, they sit there in that dialer, correct, until they
21  are dialed?
22           MR. O'CONNOR:  Objection to the form.
23           THE WITNESS:  I don't know.
24  BY MR. LEMBERG:
25      Q    Is the LiveVox dialer like the cup of coffee

Page 75

1   that I am holding in my hand or is it like a cup of
2   coffee -- or is it -- does it not have a bottom?  Is
3   it -- can it not keep the phone numbers?
4       A    It does not store the phone numbers.
5       Q    Does it store the phone numbers until they are
6   dialed?
7       A    I don't know.  I don't know how that works.
8       Q    How could it dial the phone numbers if it
9   doesn't store them until they are dialed?
10      A    Because it could be pulling them from the
11  account.  I -- I'm not sure on the technical side of it.
12  I'm not sure if the -- the account numbers are -- because
13  the systems are integrated --
14      Q    Uh-huh.
15      A    -- from my understanding.  Maybe they're not,
16  because he has to upload the file.  So I don't know.
17      Q    Right.  He has to upload the file, right?
18      A    Yeah, so I don't know.
19      Q    In the morning, at 5 o'clock in the morning.
20  And phone calls don't start at 5 o'clock in the morning,
21  do they?
22      A    No.
23      Q    No.  They start at 8:00, right?
24      A    Depends on the time zone.
25      Q    So from 5:00 to 8:00 at least, the system that

Page 76

1   he uploads them to has to store them, doesn't it?
2       A    I don't know if it takes that long to upload
3   them.  I think that's why he gets up early.
4       Q    Right.  He uploads them quickly.  It's FTP, he
5   uploads them quickly.
6       A    No.
7       Q    But then once they're uploaded --
8       A    He starts building the campaigns at 5:00 a.m.
9   It doesn't mean that they're going to be ready to be
10  uploaded right away.
11      Q    Okay.
12      A    I mean, you've got criteria.  You've got to run
13  searches.
14      Q    Okay.
15      A    It's not something to be done --
16      Q    Supposed they're uploaded at 7:00 a.m. --
17  suppose they're uploaded at 8:00 a.m.  They're not all
18  dialed at 8:00 a.m., correct?
19      A    Correct.
20      Q    They're dialed over a period of time, correct?
21      A    A couple minutes, a couple hours, I don't
22  know.
23      Q    The whole work day in fact.
24      A    I don't know.  It's campaign dependent.
25      Q    Because the collectors are sitting there

Page 77

1   waiting for the phone calls to come in, right?
2       A    It's campaign dependent.  It's dependent how
3   many --
4       Q    Agreed.  But the numbers have to live on the
5   LiveVox system until they are dialed.  Is that true or
6   false?
7       A    I -- I would --
8            MR. O'CONNOR:  Objection to the form.  Sergei,
9        will you please let her give a compete answer before
10       you jump in.
11           THE WITNESS:  I don't know.  I don't -- I can't
12       answer that 100 percent yes, that's correct or 100
13       percent wrong, because I don't know how it -- how
14       they're saved in the -- if they're saved in LiveVox
15       until they're called, or if they're saved in our
16       system and then LiveVox pulls them when they're
17       ready to dial.  I don't know.
18  BY MR. LEMBERG:
19      Q    Where would they be saved in your system?
20      A    On the FTP site.
21      Q    On what?
22      A    The FTP.  On the site that we use for the FTP.
23      Q    Well -- so you don't know if the system stores
24  the numbers, do you?
25      A    I don't know.

Page 78

1    Q    Jamie does, doesn't he not -- does he not?
2    A    That's his job.
3    Q    If I show you the LiveVox manual and you looked
4    at it, would it be the third -- the second or third time
5    that you've seen it?
6    A    It would be more than --
7         MR. O'CONNOR:  Objection to the form.
8         THE WITNESS:  It would be more than third or
9    fourth time.
10   BY MR. LEMBERG:
11   Q    Okay.  So you're familiar with it, then.
12        MR. LEMBERG:  I'm to mark this as the next
13   exhibit, which is --
14        THE REPORTER:  10.
15        MR. O'CONNOR:  Number 10?
16        THE REPORTER:  Yes, sir.
17        MR. O'CONNOR:  Thank you.
18   (Plaintiffs' Exhibit No. 10 marked for identification.)
19   BY MR. LEMBERG:
20   Q    I've placed before you what's been marked as
21   Plaintiffs' 10.  Can you please tell me what this
22   document is?
23   A    It's our supplemental responses to your first
24   request for production of documents.
25   Q    And what are the supplemental responses?

Page 79

1    What -- what are the documents that are being produced?
2    A    I would have to look through it and see all of
3    the documents.  The first one I see is the LiveVox
4    manual.  It looks like this is just a LiveVox manual.
5    Q    And what is the LiveVox manual?
6    A    It is the how-to for us to run LiveVox.
7    Q    Do you -- have you ever run LiveVox yourself?
8    A    Thank God, no.
9    Q    Under -- in what circumstances have you
10   familiarized yourself with this manual?
11   A    Learning how to add user IDs, how to look up
12   certain calls, time ranges.
13   Q    So am I correct that this is the manual that's
14   put out by LiveVox that tells you how to make use of the
15   system, "you" meaning DCI?
16   A    Correct.
17   Q    Now, can you point me in this manual to the
18   section that deals with how to upload the files to the
19   LiveVox system?
20   A    Where's the -- where's part 1?  It should have
21   a list of everything on it.  Do you want not building a
22   campaign, but --
23   Q    I'm just talking about uploading.
24   A    Section 5 starts off with uploading -- or
25   has -- starts off with campaigns, but it's got related

Page 80

1    topics.  And you can click the link to go to uploading a
2    campaign.
3    Q    So which -- which PA number?
4    A    PA 32 is the start of it.
5    Q    Why don't we go PA 31 instead.  Would you
6    please read that section and tell me -- and then tell me
7    when you're ready.
8    A    Okay.
9    Q    Can you explain to me what this section
10   means?
11   A    That means that we have the option to store
12   information or phone numbers into the system, LiveVox
13   system, for up to 30 days.
14   Q    And they can reside there, the campaigns, for
15   up to 30 days, correct?
16   A    At our choice.
17   Q    And data reports exist beyond the 30-day limit,
18   correct?
19   A    Data reports on how -- on what was done, yes.
20   Q    But it seems to me that this PA 31 means that
21   the LiveVox dialer that -- for which this manual is the
22   manual has the capacity to retain the files for 30 -- for
23   up to 30 days, correct?
24   A    It has the capacity to obtain -- retain them
25   for up to 30 days.

Page 81

1    Q    Okay.  Now, what do the words "upload the
2    file" -- you pointed me to page 32.  What do the words
3    "upload the file" mean?
4    A    Uploading a campaign or file would be the
5    numbers we want to call, uploading it to the system.
6    Q    So taking it from your system and moving it to
7    somebody else's, right?
8    A    Yeah, or putting in the FTP and taking -- yeah.
9    Q    All right.  When the file is -- looking at page
10   PA 32, there's a heading called "Uploading a Campaign."
11   Can you explain to me how this process works looking at
12   this manual?
13   A    If I took the time to read it, I would be able
14   to, yes.  This is a step-by-step on how to upload a file,
15   yeah.
16   Q    Right.  So you take the file, you select it
17   from your system, correct?
18   A    Right.
19   Q    And then you upload it to their system,
20   right?
21   A    Yeah.  Well -- yeah.
22   Q    And that's what Jamie does, does he not?
23   A    Yeah.
24   Q    And then the file, then, is -- sits on their
25   system until the numbers are dialed, correct?

Page 82

1    A    Or until it expires based on the shelf life
2  that we've preassigned.
3       Q    Right.  And right at the bottom here it talks
4  about archiving.  And it says, "Completed and reported
5  files older than the current date are archived; these
6  files will only be displaced until their shelf life
7  expires."  Do you see that?
8       A    Yes, I do.
9       Q    So the -- the LiveVox system has the capacity
10 to archive these files, does it not?
11      A    Yes.
12      Q    And when I -- when it says "archive," that
13 means retain on the system, correct?
14      A    Archive is retain old information that's not
15 usable.  It's like --
16      Q    Is it any different than the library, for
17 instance?  You can have a book and an archive.  You can
18 have a file here and an archive, right?
19      A    Here's -- here's how I would describe it:  You
20 have a child.  The child outgrows a pair of shoes, but
21 you save them.  You get them bronzed.  They're now
22 archived.  They're not something you're going to use
23 every day anymore.  They're something your child's never
24 going to wear again.  No child will ever wear them
25 again.

Page 83

1       Q    Right.  But they're still in your house?
2       A    Yeah.
3       Q    So same thing here, these files are archived on
4  the LiveVox system, correct?
5            MR. O'CONNOR:  Objection to the form.
6            THE WITNESS:  To my understanding, yes.
7  BY MR. LEMBERG:
8       Q    Now, flipping over to PA 33.  Right there at
9  the bottom there's a line that says, "When uploading a
10 new file, the campaign manager will check to see if the
11 previous file has been fully processed.  User will get an
12 alert, 'Please try again in a few minutes.  The filename
13 is being processed.  Thank you,' if the file has not been
14 fully processed and a save has been attempted."  Do you
15 see that line?
16      A    Yes, I do.
17      Q    Does that line not mean to you that the LiveVox
18 system is capable of checking the new file against the
19 previously uploaded file to see if they're the same
20 thing?
21      A    Hang on.  Let me read this.  Well, it doesn't
22 necessarily mean it's an archive file.  It could just be
23 if you've uploaded more than one file that day, the other
24 one is still processing.
25      Q    But it has the ability to compare what you are

Page 84

1  uploading to what is already on the system, correct?
2       A    I -- I'm not getting that from that, no.
3       Q    Please turn to page 35.  Do you see where it
4  says "Duplicate File Check"?
5       A    I do.
6       Q    "Files loaded are checked against files already
7  loaded to check if the name or content of any campaign
8  files are duplicated."  Do you see that?
9       A    Yes, I do.
10      Q    So this means the system has the capacity to
11 check against other files that are residing on the server
12 already for name and content?
13      A    Okay.
14           MR. O'CONNOR:  Objection.
15 BY MR. LEMBERG:
16      Q    True?
17      A    It says so, yeah.
18      Q    Turning page to PA 36, the first bullet point:
19 "Once the files are uploaded, they will appear on the --
20 under the uploads folder as seen on the screen below."
21 Do you see that?
22      A    Yes, I do.
23      Q    So what this means to me is that the -- the
24 files, once uploaded, reside on the LiveVox system.  Does
25 that mean the same thing to you?

Page 85

1       A    They're on the system, yes.
2       Q    And in fact, if -- if today is like any other
3  day, there's probably a screen like this that reflects
4  today's files, wouldn't there be?
5       A    Yes.
6            MR. LEMBERG:  I'm going to call for the
7       production of that screen for -- as of 2:30 p.m.
8       Eastern Standard Time today.
9  BY MR. LEMBERG:
10      Q    Now, once the file is -- I'm going to turn to
11 page 38 now.  For the file that is uploaded, you can
12 create -- you can create campaigns from the files that
13 are uploaded, correct?
14      A    Yes.
15      Q    And the campaigns allow you to customize the
16 voice of the person leaving a message, correct?
17      A    If you leave messages, yes.
18      Q    And the time of the calls, correct?
19      A    I'm sorry, the what?
20      Q    And the time when the calls are made,
21 correct?
22      A    I don't see that on here, but --
23      Q    Well, it's on the next page.
24      A    Yes.
25      Q    And on the next page it allows you to customize

Page 86

1  the dialing strategy for the particular campaign,
2  correct?
3       A    Are you on page 40 now?
4       Q    Oh, yes.
5       A    Campaign will start dialing, campaign will end,
6  the days, recur, end of day.  What was your question?
7       Q    It allows you to customize the dialing
8  strategy, correct?
9       A    Yes.
10      Q    Now, it also allows you to check against a
11  national database for cell phones, does it not?
12      A    Yes, it does.
13      Q    Does Diversified Consultants check against a
14  national database for cell phones and -- to determine
15  whether a particular number is or is not a cell phone?
16      A    Yes, we do.
17      Q    And then how would you explain that both Mavis
18  and Davis received calls using the LiveVox system on
19  their cell phones?
20           MR. O'CONNOR:  Objection to the form.
21           THE WITNESS:  I don't know.  Maybe their
22      numbers weren't on that list.
23  BY MR. LEMBERG:
24      Q    And what is the national database for cell
25  phones?  Do you know what it's called?

Page 87

1       A    No, I don't.  We use two different systems.  I
2  don't know.
3       Q    Now, building a campaign allows Diversified to
4  include different messaging and different calling
5  strategies, correct?
6       A    Yes, it does.
7       Q    And it allows Diversified to determine how the
8  phone calls will be made by the LiveVox system, does it
9  not?
10      A    I'm sorry, one more time.
11      Q    Well, how does LiveVox decide how to dial the
12  numbers?
13      A    Based on the information that Jamie has
14  established.
15      Q    So Jamie has to tell LiveVox, hey, call these
16  numbers one after another or call them -- the first batch
17  at 10:00 a.m., the second batch at 11:00 p.m. or call
18  some with one number -- with one message and others with
19  another.  That's Jamie's job, right?
20      A    Right.
21      Q    Now, what if Jamie doesn't tell the system
22  to -- how to call the numbers, what will it do?
23      A    Then there's not going to be any campaigns.
24      Q    Well, let's just imagine Jamie has a -- Jamie
25  uploads a campaign and it doesn't tell it how to dial the

Page 88

1  numbers.  It just says dial at your own whim.  What will
2  the system do?
3       A    I don't know if it will.
4           MR. O'CONNOR:  Objection to the form.
5  BY MR. LEMBERG:
6       Q    If Jamie doesn't tell the system how to dial,
7  how will the system dial?
8       A    I do not know.
9       Q    Ah.  Well, if you don't know, would you please
10  look at page PA 64.  At the very bottom it will tell you
11  the answer.
12      A    Okay.
13      Q    And so what is the answer to my question?
14      A    That LiveVox will use their standard
15  procedure.
16      Q    And their standard procedure is to do what?
17      A    To dial the phone numbers, one, two -- from one
18  phone, two and three and so on, that's in the file.
19      Q    And that is called what -- dialing how?  That's
20  called dialing sequentially, is it not?
21      A    It's worded "sequentially," yes.
22      Q    So the standard default option for the LiveVox
23  system Diversified uses --
24      A    No.
25      Q    -- is to dial sequentially unless there is

Page 89

1  another specification for how dialing is to be done; true
2  or false?
3       A    False, because we don't use their standard.
4           MR. O'CONNOR:  Objection to the form.
5  BY MR. LEMBERG:
6       Q    But their standard is to dial sequentially;
7  true or false?
8           MR. O'CONNOR:  Objection to the form.
9           THE WITNESS:  LiveVox has a standard of dialing
10      sequentially.  Diversified Consultants does not use
11      their standard.
12  BY MR. LEMBERG:
13      Q    Diversified Consultants use -- uses a different
14  strategy for how it assigns when phone calls are made,
15  correct?
16      A    Correct.
17      Q    But the LiveVox system has the capacity to dial
18  sequentially, does it not?
19      A    I guess, yeah.
20      Q    Is that yes?
21      A    Yes.
22      Q    In fact, that's their default option, is it
23  not?
24      A    Correct.
25      Q    Are you familiar with the term "preview

Page 90

1  dialing"?
2      A    Yes.
3      Q    What is preview dialing?
4      A    That is very similar to manual dialing.  It's
5  the same thing in my eyes.  It's -- it's a box will come
6  up and ask you would you like to dial this number and it
7  will dial it.  The only difference is the collector is
8  not typing the number in to dial.
9      Q    So -- and that's -- that's how the LiveVox
10 system works, right?
11     A    On some of their campaigns.
12     Q    So a number pops up for the agent, the agent
13 clicks call, LiveVox dials, that's basically how it
14 works?
15     A    It can be ran that way, yes.
16     Q    What -- what are the other ways to do it?
17     A    Or the consumer -- the call connects, and their
18 collector has a beep in their ear and the consumer is on
19 the line.
20     Q    Did you see either from Mavis or Davis, in the
21 notes, that any of the calls were preview dials?
22     A    I honest -- I don't know from the account
23 history.  I'd have to look at the notes, the recording
24 logs, but I'm not sure I can recognize that.  I wouldn't
25 be able to recognize it.  It would be listed under the

Page 91

1  skill, and I'm not -- I'm not sure.
2      Q    Now, I believe you had told me that -- and
3  correct me if I'm wrong, that -- that Diversified does
4  not believe that it has an ATSD or a dialer.  Am I
5  correct?
6      A    We do not have an ATDS.
7      Q    And why is that?
8      A    Because it does not have the ability to dial
9  random and sequential numbers.
10     Q    Any other reason?
11         MR. O'CONNOR:  Objection to the form.
12         THE WITNESS:  I'm not sure.
13 BY MR. LEMBERG:
14     Q    What do you mean you're not sure?
15     A    We don't store numbers.  We have case law -- or
16 we have case -- John O'Connor, that's what I refer to.  I
17 don't -- I don't know.
18     Q    We just went over the storing of the numbers.
19     A    Correct.
20     Q    I think we have to put that aside because we
21 now know that the LiveVox system allows you not only to
22 store, but it also allows you to archive, correct?
23     A    Having the ability --
24         MR. O'CONNOR:  Objection to the form.
25         THE WITNESS:  Having the ability to store and

Page 92

1      actually storing are two very different things.
2  BY MR. LEMBERG:
3      Q    You just said that you don't have -- can you
4  just repeat that again for me?  What is your basis for
5  thinking that you don't -- that Diversified does not have
6  an ATDS?
7      A    It does not have the ability to dial random and
8  sequential numbers.  It does have the ability for
9  sequential, but not random based on what you just showed
10 me.
11     Q    Okay.  So that's the reason you think that
12 Diversified does not have an ATDS, correct?
13     A    Correct.
14     Q    The first thing is out the window, I think,
15 because I just showed you in the manual where it said
16 that it can dial sequentially.
17     A    Sequentially, correct.
18     Q    Correct.  So it has that ability.  That's not
19 accurate anymore, right?
20     A    Correct.
21         MR. O'CONNOR:  Objection to the form.
22         Sergei, you've asked questions about this topic
23     three times; she's answered them three times.  This
24     is harassment.  Please move to a different topic.
25 BY MR. LEMBERG:

Page 93

1      Q    The next question I have for you is:  What does
2  it mean to dial randomly?
3      A    To randomly punch in numbers and hope to
4  connect with somebody.
5      Q    Random numbers out of the blue?
6      A    Correct.
7      Q    And your position now is that your system is
8  not an ATSD because it cannot just randomly generate
9  numbers and call people?
10     A    It is not an ATDS because it does not have the
11 ability to randomly dial numbers.
12     Q    And by that, you mean literally taking numbers
13 out of the blue, like one, two, three, four, five, six,
14 seven?
15     A    Yeah.
16     Q    Now, how do you know that?
17     A    Because we've asked LiveVox.
18     Q    Who is "we"?
19     A    Diversified Consultants, Incorporated.
20     Q    Did you ask LiveVox?
21     A    I asked Gordon and I asked Jamie, and they both
22 went to LiveVox and asked them.
23     Q    And LiveVox told you that they can't dial
24 numbers randomly?
25     A    Correct.

Page 94

1    Q    They have to have actual numbers of actual
2  consumers to dial?
3    A    They have to have actual phone numbers provided
4  to them.
5    Q    Actual numbers provided to them.
6         MR. LEMBERG:  Okay.  Now, let's take a quick
7  break, and I think we're going to head toward the
8  finishing line.  Jack, five minutes?
9         MR. O'CONNOR:  That's fine.
10        (Brief recess.)
11        MR. LEMBERG:  Jack, are you ready?
12        MR. O'CONNOR:  Ready whenever you are.
13        MR. LEMBERG:  I'd like to mark this as
14  Plaintiffs' -- a lot of exhibits today.
15        THE REPORTER:  11.
16        MR. LEMBERG:  11.  I usually try to stay under
17  5.
18  (Plaintiffs' Exhibit No. 11 marked for identification.)
19  BY MR. LEMBERG:
20    Q    Please tell me when you're ready.
21    A    I'm ready.
22    Q    Can you please identify this document for the
23  record?
24    A    It's the -- it's our response to your first set
25  of interrogatories.

Page 95

1    Q    And the very last page of this response has a
2  signature, does it not?  Well, the one before last.
3  There's S slash Mavis-Ann Kohn Pye.  Do you see that?
4    A    I have a different copy than you.  I've got
5  Nicholas Mavis.
6         MR. O'CONNOR:  Which case is the exhibit from?
7         MR. LEMBERG:  You have Mavis.  Okay.
8         THE WITNESS:  Nicholas Mavis.
9         MR. LEMBERG:  Let the record reflect that
10  Plaintiffs' 10 is the -- the Diversified
11  Consultants, Inc.'s Answers to Plaintiff's First Set
12  of Interrogatories.
13        THE REPORTER:  Plaintiffs' 11.
14        MR. O'CONNOR:  In which case?
15        MR. LEMBERG:  Plaintiffs' 11.  In the case of
16  Mavis versus Diversified Consultants.
17  BY MR. LEMBERG:
18    Q    Now, that we've squared that away, the
19  penultimate page of that document does have your
20  signature, does it not?
21    A    It does.
22    Q    Did you write responses to these
23  interrogatories?
24    A    I provided the answers and our attorney
25  actually read them.

Page 96

1    Q    And did you allow for your name to be used
2  under the penalties of perjury as a signature, an
3  electronic signature under the penalties of perjury?
4    A    After reviewing them, yes.
5    Q    And are these answers true and correct?
6    A    Yes, they are.
7    Q    And were they on January 14th, 2014?
8    A    To the best of my ability.
9    Q    And are they true and correct today?
10    A    To the best of my knowledge.
11    Q    Now, I'd like to ask you some questions about
12  some of these answers.  Interrogatory number 4 says,
13  "Diversified uses" -- question:  "Identify by name,
14  manufacturer, make, model and serial number all automatic
15  telephone dialing systems and/or equipment that you use,
16  including software that your system uses."
17        Answer:  "Diversified uses no automatic
18  telephone dialing system.  It's dialing system is a
19  LiveVox product."  See that?
20    A    Yes.
21    Q    What's the basis for that answer?
22    A    We don't have an ATDS, which is what you're
23  asking.  And you asked us to answer what software, so we
24  use LiveVox.
25    Q    Question number 9 asks about obtaining -- "When

Page 97

1  you obtain a person's telephone number other than
2  directly from the person, describe all steps you take to
3  determine the cell phone number, whether the number is a
4  cell phone number and whether the person gave prior
5  express consent."
6        The answer you gave is that "All numbers are
7  subjected to the scrubbing process to check for cell
8  service and consent, among other things."  Can you
9  describe the scrubbing process to me?
10    A    The main one that we use is -- I don't know the
11  name of the actual product, but we download -- I'm sorry.
12  It matches our files every night for cell phone numbers
13  to properly identify them and mark them as a cell phone
14  number versus a home or business.
15    Q    How do you do that, "you" meaning DCI?
16    A    We have our director of IT do it using Latitude
17  and the software that he found and purchased that's
18  updated regularly.
19    Q    What is the software?
20    A    I don't know what it's called.  I just saw a
21  bill for it, and I don't remember what it's called.
22    Q    And how does it work; do you know?
23    A    It's a matching logic.  And he helped develop
24  the Latitude software.  So he's a programmer that can go
25  in there and create -- he created a program to match them

1  and identify them and mark them.
2      Q    Number 11 asks about consent to call number
3  (413) 777-5348.  Do you see that?
4      A    I do.
5      Q    And your answer is that "All information
6  regarding calls by the company is included in the account
7  records produced to the plaintiff."
8           The question I have about this interrogatory
9  answer combination is as follows:  Would you please take
10  a look at the documents that -- that have been marked --
11  the Mavis records that are in front of you, and explain
12  to me what in those records reflects Mavis' consent to be
13  called on the 5348 number.
14           MR. O'CONNOR:  Object to the form.  It's
15      already been asked and answered.
16           THE WITNESS:  I don't see any in here to
17      indicate that.
18  BY MR. LEMBERG:
19      Q    So number 11 -- the answer to number 11 is not
20  accurate, is it?
21           MR. O'CONNOR:  Objection to the form.
22           THE WITNESS:  Well, it says if you contend that
23      they provided it as express consent.  We're not
24      stating whether or not they contended that in the --
25      in the answer to that.

1  BY MR. LEMBERG:
2      Q    There's nothing in the document that shows that
3  he provided express -- in the documents that he -- that
4  shows he provided express consent to be called at the
5  5348 number, right?
6           MR. O'CONNOR:  Objection to the form.
7  BY MR. LEMBERG:
8      Q    Nothing in the account history for his
9  account?
10      A    Correct.
11      Q    Nothing in the dialer history for his
12  account?
13      A    Not to my knowledge.
14      Q    Would you like an opportunity to correct your
15  answer to number 11?
16           MR. O'CONNOR:  Objection.
17      Don't answer that, Mavis.
18           MR. LEMBERG:  On what basis are you instructing
19      the witness not to answer?  Jack?
20           MR. O'CONNOR:  I heard you.  Ask a proper
21      question.  Move on, please.
22           MR. LEMBERG:  I decline to accept your
23      invitation to move on, and I will repeat my
24      question.
25  BY MR. LEMBERG:

1      Q    Would you like an opportunity to correct your
2  answer to number 11?
3           MR. O'CONNOR:  Same instruction, Mavis.
4  BY MR. LEMBERG:
5      Q    You will not answer my question?
6      A    I've been advised by my attorney not to answer
7  your question.
8           MR. O'CONNOR:  Sergei, please stop harassing
9      the witness.  Move on to --
10           MR. LEMBERG:  I'm not harassing the witness,
11      Jack.  I'm asking her if she'd like to fix the
12      answer.  And the answer to that is yes or no.
13           MR. O'CONNOR:  There is no answer actually.
14      Please stop harassing the witness.  Move on to
15      another topic.
16  BY MR. LEMBERG:
17      Q    I'm going to ask you -- interrogatory number
18  14:  "Please state in detail the facts upon which you
19  rely for each affirmative defense in your answer."
20           I will help out and tell you that the
21  affirmative defense of consent is what's being referenced
22  here.  And I'll ask you the following question:  What
23  facts do you have to show consent in this case, in the
24  Mavis case?
25           MR. O'CONNOR:  Objection to the form.  It's

1  been asked and answered.  She already testified
2  about the original agreement with -- with the
3  creditor, Sergei.
4           THE WITNESS:  I've already answered this
5  question.
6           MR. LEMBERG:  Jack, I think you're being
7  disruptive.  I don't appreciate that.  I think -- I
8  would personally like to -- to get home today, but
9  if I need to, I can stay here until 5 o'clock and --
10  and go over and over and over.
11           MR. O'CONNOR:  Actually, you can only stay to
12  4:00, because that's when the witness is leaving.
13           MR. LEMBERG:  Not if we're not finished.
14  BY MR. LEMBERG:
15      Q    Do you have -- would you now like to supplement
16  this answer, answer to interrogatory number 14?
17           MR. O'CONNOR:  Objection, asked and answered.
18      Don't answer it Mavis.
19           MR. LEMBERG:  Jack, I will -- you're -- you're
20      forcing me to do what I really hate to do, which is
21      to move for sanctions.  I'm not asking any -- the
22      only reasons in the federal rules to tell a witness
23      not to answer is harassment or attorney-client
24      privilege.  I'm asking her questions that are not
25      harassing, and there's absolutely nothing privileged

Page 102

```
 1    here.  I'm asking her whether she'd like to
 2    supplement this answer.
 3         MR. O'CONNOR:  Sergei, please stop harassing
 4    the witness by asking the same question multiple
 5    times after you've gotten a good answer.  Please
 6    move to another topic.
 7         MR. LEMBERG:  Okay.  Then I'll move for
 8    sanctions when I get home.
 9    BY MR. LEMBERG:
10         Q    Number 19, "Identify by name, position, address
11    and phone number all witnesses you propose to call at
12    trial."  Do you know of anybody right now that you would
13    be calling for trial, at trial?
14         A    Myself, possibly Jamie Sullivan.
15         Q    Anybody else?
16         A    There's possible more.  I couldn't tell you off
17    the top of my head.
18         Q    Finally, number 25.  "Set forth the manner in
19    which you acquired phone number (413) 777-5348."
20              Answer:  "It was obtained through a company
21    inquiry."  What is a company inquiry?
22         A    One is skip tracing searches that we run.
23         Q    So it's not your company, correct?
24         A    It's an inquiry that we ran through those
25    companies.
```

Page 103

```
 1         Q    Through a skip tracing company?
 2         A    Through -- yes.
 3         Q    And in this particular case, it's TransUnion,
 4    correct?
 5         A    I'd have to look, because they're both
 6    different.  Correct.
 7         Q    So it's not your company and it's not your
 8    client, correct?
 9         A    TransUnion is not our company and is not our
10    client, correct.
11         MR. LEMBERG:  I'd like to mark as 12 the
12         interrogatory responses in the -- well, I don't have
13         another copy -- Mavis, Mavis.  Okay.  Mavis, Mavis,
14         Mavis.  Davis.  Okay.  Then we're not going to mark
15         it as 12.
16    BY MR. LEMBERG:
17         Q    In the Davis case, we served interrogatories on
18    Diversified Consultants just like we did in the Mavis
19    case.  And I'll read you the interrogatory and I'll read
20    you the answer that was provided and signed by you.
21              Question:  "Identify the date, time and length
22    of each call placed to plaintiff's number that was dialed
23    using an ATDS and/or predictive dialer.  This
24    interrogatory seeks information related to each and every
25    call, including calls that were not answered and/or
```

Page 104

```
 1    terminated or abandoned prior to being answered and
 2    placed by you or anyone acting on your behalf or at your
 3    direction."
 4              Answer:  "No calls were made using an ATDS or
 5    predictive dialer."  Is that answer true and correct?
 6         A    No calls were made using an ATDS.
 7         Q    LiveVox is a predictive dialer, is it not?
 8         A    I'm not sure if it's a predictive dialer.  I
 9    don't agree with the terminology.  But according to --
10    yeah.
11         Q    Now, please take a look at Exhibit No. 3.
12         A    Yep.
13         Q    Do you remember that exhibit?
14         A    I do.
15         Q    That's the exhibit that is a printout of DCI's
16    Web site.
17         A    Right.
18         Q    And it calls LiveVox "our predictive dialer."
19         A    Right.
20         Q    Okay.  Now, with that information in mind, can
21    you please tell me whether the answer to interrogatory
22    number 5 is true and correct?
23         MR. O'CONNOR:  Objection to form.  It's been
24         asked and answered.
25              Answer if you can, Mavis.
```

Page 105

```
 1         THE WITNESS:  It's partially incorrect based on
 2         information on our Web site, which has been
 3         changed.
 4    BY MR. LEMBERG:
 5         Q    The LiveVox is a predictive dialer, is it
 6    not?
 7         MR. O'CONNOR:  Objection to the form.
 8         THE WITNESS:  LiveVox, according to what our
 9         CEO -- or our COO wrote for our Web site, is a
10         predictive dialer.
11    BY MR. LEMBERG:
12         Q    Interrogatory number 10 in the Davis case says:
13    "Describe and identify in detail each document in your
14    possession which contains plaintiff's number, included
15    but not limited to documents received from plaintiff
16    and/or obtained as a result of searching for contact
17    information regarding plaintiff."
18              Answer:  "Diversified obtained the number from
19    its client."  And if you need to take a look at the
20    collection notes in the Davis case, you're welcome to do
21    it.
22              The question I have is as follows:  Is the
23    answer to interrogatory number 10 true and correct?
24         A    What was the phone number again?
25         Q    It's the 857 number.
```

1    A    There's more than one 857 number on here.

2    Q    The 857 number that ends with 8596.

3    A    Without looking at the phone panel, I cannot
4 confirm or deny that.  There's a possibility that it came
5 back as a second -- for the second time as a skip trace
6 number, but --

7    Q    As you sit here today, can you -- looking at
8 the account history for Davis and any other documents in
9 front of you today that have been produced, can you tell
10 me whether Diversified obtained (857) 312-8596 as a
11 contact number from its client?

12    A    I cannot.

13    MR. LEMBERG:  If there are other documents that
14 speak to this number being obtained from
15 Diversified's client, I'm going to call for their
16 production.

17 BY MR. LEMBERG:

18    Q    You mentioned that the Web site was written by
19 Diversified's CEO?

20    A    No, the COO.

21    Q    Oh, the COO.  What is his name?

22    A    Gordon Beck.

23    Q    Ah.  It's the same one.  Okay.  Did he write
24 the entire Web site or just portions of it?

25    A    He wrote portions of it.

1    Q    Who wrote what he didn't write?

2    A    Probably the -- the firm we hired to -- to
3 develop it for us.

4    MR. LEMBERG:  I'd like to mark this as 13.

5    THE REPORTER:  We didn't mark a 12.  It would
6 be 12.

7    MR. LEMBERG:  12, that's fine.

8 (Plaintiffs' Exhibit No. 12 marked for identification.)

9 BY MR. LEMBERG:

10    Q    I've placed before the witness Exhibit 12,
11 which is a printout of -- taken on February 26th at 10:58
12 a.m. of Diversified's Web site,
13 dcicollect.com/DCI-technology.html.

14    MR. O'CONNOR:  Can I ask a question about the
15 exhibits?

16    MR. LEMBERG:  Yes.

17    MR. O'CONNOR:  Are the two sets of
18 interrogatory answers both 11?

19    MR. LEMBERG:  No.  I marked Mavis as 11, and I
20 did not mark Davis because I do not have a copy.

21    MR. O'CONNOR:  Oh, okay.  All right.  Go ahead.
22 Sorry.

23 BY MR. LEMBERG:

24    Q    When you've read this document, please tell me.

25    A    Okay.

1    Q    Do you see -- have you ever seen -- does this
2 appear to you to be a printout of Diversified's Web
3 site?

4    A    It does.

5    Q    And if you look on page 2 here, it says, and
6 I'll read it into the record:  "In addition, Diversified
7 Consultants partners with LiveVox for its dialing needs.
8 LiveVox is the leading provider of predictive dialing
9 solutions to the collection industry."  Do you see
10 that?

11    A    I do.

12    Q    What do you understand that sentence to mean?

13    A    They're the best company out there that you can
14 make your calls through.

15    Q    Predictively dialed calls, right?  Right?

16    A    Yeah.

17    Q    And that is in fact the dialer that DCI uses,
18 does it not?

19    MR. O'CONNOR:  Objection to the form, asked and
20 answered many times.

21    THE WITNESS:  I'm sorry --

22 BY MR. LEMBERG:

23    Q    With respect to this particular exhibit, the
24 exhibit that is in front of you is referring to the --
25 referring to the LiveVox dialer that Diversified uses,

1 correct?

2    MR. O'CONNOR:  Objection to the form.

3    THE WITNESS:  I'm sorry.  Repeat your
4 question.

5 BY MR. LEMBERG:

6    Q    Is the exhibit referring to the LiveVox system
7 that Diversified uses to make outbound phone calls?

8    A    It's referring to the LiveVox software that
9 we've been discussing all day.

10    Q    Okay.

11    THE WITNESS:  Can I take a break?

12    MR. O'CONNOR:  Sure.

13    MR. LEMBERG:  Sure.  You can take a break.
14 That's fine.

15    (Brief recess.)

16 BY MR. LEMBERG:

17    Q    You mentioned that the Web site had been
18 written by the CEO, correct, and the company that -- that
19 had been hired to do the Web site; am I correct?

20    A    The COO.

21    Q    DCI CO -- OO?

22    A    Yes.

23    Q    The answer's yes?

24    A    Yes.

25    Q    And you mentioned that the Web site has been

Page 110

1  changed, correct?
2      A    Correct.
3      Q    How did it come about that it was changed?
4      A    I reviewed it and told them I didn't like the
5  wording and asked them to change it.
6      Q    Why didn't you like the wording?
7      A    I just -- I do that.  Part of my job is to make
8  sure that everything we put out there is putting us at
9  lowest risk as possible.
10     Q    Did you tell them to change it by phone or
11 e-mail?
12     A    By e-mail.
13     Q    Did you have an exchange with him about
14 changing the Web site?
15     A    I've had numerous.
16     Q    And what is his position?
17     A    I -- what do you mean "what's his position"?
18     Q    Did he want to change it?  Did he not want to
19 change it?
20     A    He approved all the changes I requested.
21     Q    And you said you've had numerous.  Why did
22 you -- what was the need for numerous exchanges?
23     A    There was an issue with our BBB logo.  The
24 information on our Sat 70 (phonetic) was not correct.
25     Q    What about this recent change, did it have to

Page 111

1  do with the predictive dialer verbiage?
2      A    Yes, part of it.
3      Q    Why didn't you like it?
4      A    Because it's leads to assumptions that we're
5  using an ATDS or that we're violating the law, and we're
6  not.
7      Q    And on that topic, did you have an e-mail
8  exchange with him?
9      A    On changing the verbiage?
10     Q    Yes.
11     A    Yes, "Gordon, I'd like to make these changes in
12 the Web site."
13     Q    And what did he respond?
14     A    Approved.
15          MR. LEMBERG:  I'd like to request all e-mails
16     having to do with these changes to the Web site,
17     with these specific changes, the most recent round.
18 BY MR. LEMBERG:
19     Q    You're not suggesting that the information that
20 had been there before was inaccurate?
21     A    No.
22          MR. LEMBERG:  I have nothing further.
23          MR. O'CONNOR:  Okay.  Nothing from me.
24          MR. LEMBERG:  Okay.  Thank you very much.
25          THE WITNESS:  Thank you.

Page 112

1          (Off-the-record discussion.)
2          MR. LEMBERG:  Jack, do you want to waive
3  reading and signing?
4          MR. O'CONNOR:  No, we'd like to read and sign.
5          (Off-the-record discussion.)
6          MR. LEMBERG:  I leave the deposition open for
7  the witness named Jamie Sullivan to come here and
8  explain how -- the methodology for operating the
9  system and uploading the numbers that DCI uses.
10         MR. O'CONNOR:  Okay.  As far -- as far as I'm
11 concerned, as I said, I'm happy to talk to counsel
12 about any discovery issues going forward, but DCI's
13 position is the deposition is concluded.
14         And we'd like a copy, please, Tanya, and a
15 mini.
16                   (Witness excused)
17 (The witness did not waive reading and signing, and
18 the deposition concluded at 3:24 o'clock p.m.)
19
20
21
22
23
24
25

Page 113

1               C E R T I F I C A T E   O F   O A T H
2
3
4  STATE OF FLORIDA )
5  COUNTY OF DUVAL  )
6
7
8      I, the undersigned authority, certify that MAVIS-ANN
9  PYE personally appeared before me and was duly sworn on
10 Friday, February 28, 2014.
11
12     WITNESS my hand and official seal this 4th day of
13 March 2014.
14
15
16
17
18
                    Tanya L McCranie
19                  Tanya L. McCranie
                    Notary Public - State of Florida
20                  Commission No.:  FF 049175
                    Expires:  October 26, 2017
21
22 Personally known:
   Produced Identification: XX
23 Type of Identification Produced: Florida Driver's License
24
25

Page 114

```
1              C E R T I F I C A T E
2
3    STATE OF FLORIDA  )
4    COUNTY OF DUVAL   )
5
6        I, TANYA L. McCRANIE, Registered Merit Reporter,
7    certify that I was authorized to and did stenographically
8    report the deposition of MAVIS-ANN PYE; that a review of
9    the transcript was requested; and that the transcript is
10   a true and complete record of my stenographic notes.
11       I further certify that I am not a relative,
12   employee, attorney, or counsel of any of the parties, nor
13   am I a relative or employee of any of the parties'
14   attorney or counsel connected with this action, nor am I
15   financially interested in the action.
16       DATED this 4th day of March 2014.
17
18
19                           _____
20                           Tanya L. McCranie, RMR
21
22
23
24
25
```

Page 115

```
1            Riley Reporting & Associates, Inc.
2            1660 Prudential Drive, Suite 210
             Jacksonville, Florida   32207
3        (904) 358-1615      FAX (904) 356-5751
     _____
4    March 4, 2014
5    John J. O'Connor, Esquire
     Peabody & Arnold, LLP
6    Federal Reserve Plaza
     600 Atlantic Avenue
7    Boston, Massachusetts 32202
8    Re:  Mavis/Davis vs. Diversified Consultants
9
10   Dear Mr. O'Connor:
11   Enclosed you will find your copy of the deposition of
     Mavis-Ann Pye taken on Friday, February 28, 2014, in the
12   above-titled case.  The errata sheet is enclosed for the
     reading and signing.
13
     Please have Ms. Pye read the deposition, making any
14   changes on the errata sheet, and return the original
     signed errata sheet to Mr. Lemberg.  Your prompt
15   attention to this matter is appreciated.
16
17   Sincerely,
18
19
20   Tanya L. McCranie
     Court Reporter
21
22   Enclosure
23   cc:  Sergei Lemberg, Esquire
24
25
```

Page 116

```
1              E R R A T A   S H E E T
2
3          Re:  Mavis/Davis vs. Diversified Consultants
     Civil Action Nos.:  3:13-cv-30087-KPN  1:13-cv-10875-FDS
4
5    Page  Line    Where it reads:        Should read:
6    ____  ____  _____
7          Reason: _____
8    ____  ____  _____
9          Reason: _____
10   ____  ____  _____
11         Reason: _____
12   ____  ____  _____
13         Reason: _____
14   ____  ____  _____
15         Reason: _____
16   ____  ____  _____
17         Reason: _____
18
19       Under penalties of perjury, I declare that I have
20   read my deposition and that it is true and correct
21   subject to any changes in form or substance entered here.
22
23   _____        _____
24   DATE                       MAVIS-ANN PYE
25   (TLM 02/28/14)
```

**0**

**08-01-2012** 34:10

**1**

**1** 7:3,5 20:19 27:18 35:17 52:6 79:20

**10** 78:14,15,18,21 95:10 105:12,23

**100** 10:18 60:8 77:12

**100,000** 73:19

**10:00** 87:17

**10:58** 107:11

**11** 50:11 94:15,16,18 95:13,15 98:2,19 99:15 100:2 107:18, 19

**11:00** 87:17

**11:11:55** 50:11

**11th** 25:17

**12** 36:1 103:11,15 107:5,6,7,8,10

**13** 107:4

**13th** 36:19

**14** 100:18 101:16

**14th** 96:7

**15** 13:8

**15th** 25:22 29:4,12 30:5 36:15,19

**19** 102:10

**1st** 26:13,25 27:8,13 50:15

**2**

**2** 11:12,15 36:6 46:5 52:10 108:5

**200,000s** 73:12

**2005** 12:15 13:9

**2012** 25:10,23 26:12,13 27:8 28:19 29:4 36:20

**2013** 28:20 43:7 48:21

**2014** 96:7

**20th** 26:12 43:7

**25** 102:18

**25th** 50:11 52:8,9

**26th** 107:11

**28th** 50:13

**2:30** 85:7

**2:42** 29:18 37:3

**2:43** 36:19,25 37:3,4

**2nd** 50:15,16

**3**

**3** 8:9 20:2,3 36:11, 12,22 46:5 52:12,13 104:11

**30** 80:13,15,22,23,25

**30(b)(6)** 7:18 33:13 64:18

**30-day** 80:17

**30th** 48:21 50:14 52:11

**31** 80:5,20

**32** 80:4 81:2,10

**33** 83:8

**35** 84:3

**36** 84:18

**38** 85:11

**3:24** 112:18

**3:29** 37:6

**3rd** 50:16

**4**

**4** 23:19,21,25 24:1,5 31:10 36:13, 52:14 96:12

**40** 86:3

**400** 20:1

**413 388-7469** 44:16 45:4

**413 454-8957** 43:25 46:23 47:9

**413 777-5348** 7:22 9:2,7,24 98:3 102:19

**4:00** 101:12

**4:30** 61:8

**5**

**5** 30:17,18 31:1,9 37:19 52:16 75:19, 20 79:24 94:17 101:9 104:22

**5348** 49:11 51:18 98:13 99:5

**5:00** 59:24 75:25 76:8

**5:30** 61:8

**5th** 36:7

**6**

**6** 42:1,2,4, 45:10 46:22 47:4,7 48:16, 19

**64** 88:10

**7**

**7** 44:10,11,14 45:11, 25 46:12,22 47:4,7 48:16

**70** 110:24

**72** 26:20

**7469** 46:1,18

**7:00** 76:16

**8**

**8** 27:20 49:13,15,16 53:5

**857** 105:25 106:1,2

**857 312-8596** 24:25 25:4 26:10 27:21 28:1,5, 106:10

**8596** 29:2,14 35:9 37:6 106:2

**8957** 47:15,18

**8:00** 75:23,25 76:17, 18

**8:05** 27:14

**8:22** 27:8

**9**

**9** 49:11 68:21,22,23, 96:25

**96** 26:21 27:8

**9th** 25:10

**A**

**a.m.** 27:8 50:11 59:24 76:8,16,17,18 87:17 107:12

**abandoned** 9:7 104:1

**ability** 70:20 71:3,5 83:25 91:8,23,25 92:7,8,18 93:11 96:8

**absolutely** 6:8 101:25

**abstract** 60:23

**abused** 41:4

**accept** 40:21 99:22

**account** 10:21 24:2, 9,16,21 25:5,8,9 28:24 31:12 32:17, 22 36:23 42:5,13,14, 22,23 43:2,5,6,9 44:22 45:1,2,6,18, 19,21,22,24 46:1,19 48:18,24 49:4,25 50:10 52:23 63:22 71:18,22 75:11,12 90:22 98:6 99:8,9,12 106:8

**accounts** 28:20 54:9,11 69:22

**accurate** 68:2 70:7 92:19 98:20

**acquired** 102:19

**acronym** 34:21

**acting** 104:2

**actions** 38:10

**activity** 25:15

**actual** 34:22 94:1,3, 5 97:11

**add** 79:11

**addition** 108:6

**additional** 25:19 29:13

**address** 102:10

**adept** 14:12,16

**advice** 40:24

**advise** 41:3

**advised** 100:6

**affect** 6:14

**affidavit** 65:11

**affirmative** 100:19, 21

**agencies** 48:2

**agent** 32:19 35:24, 25 36:9 90:12

**agree** 16:10 40:7 61:1,4 104:9

**Agreed** 77:4

**agreement** 101:2

**ahead** 16:23 19:25 29:10 107:21

**alert** 33:13 83:12

**allowed** 37:25

**allowing** 48:1

**amended** 7:3 11:13

**amount** 61:18

**and/or** 8:25 9:6,12, 16 96:15 103:23,25 105:16

**answer's** 109:23

**answering** 34:1 57:16

**answers** 6:6,11 64:25 65:1 95:11,24 96:5,12 107:18

**anticipate** 14:1

**anymore** 82:23 92:19

**appearing** 35:3

**appears** 33:17,22

**applies** 52:22

**approved** 110:20
111:14

**April** 48:21 50:15,16

**archive** 82:10,12,
14,17,18 91:22

**archived** 82:5,22
83:3

**archiving** 82:4

**article** 69:1,10

**asks** 96:25 98:2

**assemble** 58:9

**assembled** 22:16

**assembling** 58:6

**assigned** 17:11
32:8,11

**assigns** 89:14

**assist** 13:5

**assistance** 15:25

**assistant** 48:23

**associate** 13:1,4

**assumes** 18:2 23:9

**assumptions** 111:4

**AT&T** 42:5,23 44:9,
15,23 45:1,3,14,18,
19 46:1,24 47:21

**ATDS** 18:13 92:6,12
93:10 96:22 103:23
104:4,6 111:5

**ATSD** 18:11 91:4
93:8

**attempt** 25:16

**attempted** 83:14

**attempting** 32:15

**attended** 14:21

**attorney** 10:23 12:9
95:24 100:6

**attorney-client**
101:23

**August** 26:13,25
27:8,13

**automated** 8:4

**automatic** 10:10
14:19,22,25 96:14,
17

**average** 72:19

**aware** 9:17 47:18
48:4

———————

**B**

**back** 36:2 48:18
55:12 106:5

**bad** 29:3,7,15 48:22
49:3

**balance** 70:11

**base** 35:23 40:3

**based** 62:12 69:11
82:1 87:13 92:9
105:1

**basic** 58:25 65:1

**basically** 16:12
90:13

**basics** 33:17 59:11

**basis** 17:6,14,21
23:7 40:11 73:3,9
92:4 96:21 99:18

**batch** 87:16,17

**BBB** 110:23

**beat** 54:5,6

**beating** 53:25 54:3

**Beck** 68:17 69:7
106:22

**beep** 90:18

**behalf** 4:3,22,24
7:22 9:2 40:14 104:2

**believing** 33:25

**big** 16:12 18:15
39:17 72:4,5

**bill** 97:21

**bills** 48:3

**bit** 55:12

**blast** 53:7,10,12,13
54:3,12,19,22,24,25

**blue** 93:5,13

**book** 82:17

**books** 14:24

**bottom** 8:22 12:1
75:2 82:3 83:9 88:10

**box** 90:5

**break** 56:16 66:14
94:7 109:11,13

**breather** 18:24

**briefly** 6:4 36:24

**bronzed** 82:21

**build** 72:8

**building** 72:10 76:8
79:21 87:3

**bullet** 84:18

**bunch** 54:19

**business** 14:2
42:20 97:14

**busy** 60:15

**button** 57:14

**buy** 26:7

———————

**C**

**C098** 30:6,8,10,11

**call** 14:10 18:11,17,
20 19:13 26:16,19
27:7,8,9,12 29:1,2,
17,21,23 30:12,15
31:3,6,11,14,15,17,
19,20,24 32:13,20,
24 33:1 35:6,8,16
36:1,8 37:1,3 43:19,
20 47:5,8,14,18
50:6,8,9,10,13,14
51:3,5,6,14,22 52:1,
8,9,11,25 55:22
56:6,7,8 57:9,14
59:19 64:8,14 65:22,
23 66:15 81:5 85:6
87:15,16,17,22
90:13,17 93:9 98:2
102:11 103:22,25
106:15

**called** 7:17 17:2,11
18:6,21 22:15 25:19
26:14 27:15,21 28:1,
5 33:8 35:19 36:2,3
50:12 63:22 69:1
77:15 81:10 86:25
88:19, 97:20,21
98:13 99:4

**caller** 35:2,4

**calling** 12:1 55:2
65:12 68:13 87:4

102:13

**calls** 7:21 8:4,21
9:1,6,8,23 10:21
11:4 13:5 21:15,17
22:3,5,9,12,24 23:1
27:20,25 28:4,9,13
29:1,14,25 31:15
33:5 35:12,13 36:5,
22 37:15 38:1,8
50:12,20 51:8,18,21,
22 52:7,13,15,17,18,
19 53:1,2,3 54:4,5,
20 56:23,24 57:2,4,
8,17,21 61:19 62:12,
15,17 63:13 65:17
70:12,21 71:2,4,6,8,
12 72:11,13 73:15,
21,22,25 75:20 77:1
79:12 85:18,20
86:18 87:8 89:14
90:21 98:6 103:25
104:4,6,18 108:14,
15 109:7

**campaign** 9:22
10:1,5,6,13 33:3,23
53:6 54:15 59:10
61:19,22 62:3,13,14
68:8 76:24 77:2
79:22 80:2 81:4,
83:10 84:7 86:1,5
87:3,25

**campaigns** 76:8
79:25 80:14 85:12,
15 87:23 90:11

**capable** 83:18

**capacity** 74:11
80:22,24 82:9 84:10
89:17

**case** 7:4 11:14,19
24:13,15,18 26:25
44:20 49:22 64:15,
17 65:11 91:15,16
95:6,14,15 100:23,
24 103:3,17,19
105:12,20

**cases** 4:13 16:11,24
28:12,18

**category** 57:21

**CBCINNOVIS** 26:4,
10 43:17

**cell** 18:6,17,20 68:12
86:11,14,15,19,24
97:3,4,7,12,13

**center** 31:14,15,17

**centers** 19:13

**CEO** 61:23 105:9
106:19 109:18

**change** 110:5,10,
18,19,25

**changed** 105:3
110:1,3

**changing** 110:14
111:9

**chart** 26:23 28:10,
31:14

**check** 83:10 84:4,7,
11 86:10,13 97:7

**checked** 84:6

**checking** 45:8
83:18

**Cheryl** 48:23

**child** 82:20,24

**child's** 82:23

**choice** 80:16

**choose** 58:3

**circumstances**
57:11,12 79:9

**Citibank** 13:15

**clarify** 64:15

**class** 14:18

**classes** 14:3,7,8,19

**clear** 41:21 44:25

**click** 80:1

**clicks** 90:13

**client** 103:8,10
105:19 106:11,15

**closely** 28:23

**cloud** 21:20,22 22:1
38:19 56:22 57:8
61:13 63:15,21

**cloud-based** 38:25
39:1

**coffee** 74:8,9,11,25
75:2

**collect** 17:2 19:10
25:12 45:14

**collecting** 44:23 45:3 54:9

**collection** 8:25 21:7 25:9,15 42:23 43:5 48:2 55:12 65:17 105:20 108:9

**collections** 13:15, 18

**collector** 27:4 30:12 51:15 57:10,13,15, 22 90:7,18

**collectors** 8:5 26:1 56:12 57:1 76:25

**college** 13:23,24

**column** 26:24 27:3 31:14 32:7,14,17,19, 23 33:3 50:22 53:6

**columns** 35:8 50:3

**combination** 98:9

**comma-separated** 34:15,20

**comment** 27:3

**communication** 25:16

**communications** 8:25

**companies** 102:25

**company** 20:23 22:1 25:19 47:5,8 56:14 61:25 69:13 98:6 102:20,21,23 103:1,7,9 108:13 109:18

**compare** 83:25

**compete** 77:9

**competitor** 53:13

**competitor's** 53:20

**Completed** 82:4

**complexity** 21:9

**compliance** 12:13, 55:20

**compound** 17:7

**computer** 14:8,11, 13,15,17 38:20 39:4, 13,14,15,17,18,19, 21 40:2,5 57:7 59:23 60:1,25 61:7 63:9,

15,16, 66:20 74:6

**computers** 42:15

**concerned** 112:11

**concluded** 112:13, 18

**confirm** 8:24 41:7 72:6,8 106:4

**connect** 35:21, 36:22 50:25 51:1,2,7 70:6 93:4

**connected** 32:20 37:2,3

**connections** 36:5

**connector** 51:3

**connects** 90:17

**consent** 8:3 18:16, 20 47:5,8,14,17 48:15 97:5,8 98:2, 12,23 99:4 100:21, 23

**consented** 16:15 27:21 28:1,5

**Consultant's** 19:11

**Consultants** 4:23, 25 6:18 12:12,21 13:2,8 17:1,10 18:5, 10,16,19 19:6,14,23 20:19,21 22:2 25:8, 18 26:1 29:6,13 37:22 42:16 43:24 44:23 45:2,14 46:24 51:15 58:1,6,12 59:17, 60:18 69:8,14 71:1 72:21,24 86:13 89:10,13 93:19 95:11,16 103:18 108:7

**Consultants'** 20:5, 14

**consumer** 29:10 32:15 43:22 51:15 90:17,18

**consumer's** 35:4

**consumers** 8:4 94:2

**contact** 44:8 48:2 105:16 106:11

**contained** 74:3

**contend** 98:22

**contended** 98:24

**content** 84:7,12

**context** 53:23

**continue** 59:14

**contract** 47:21,22, 25 48:4,7,9,12

**COO** 61:23 69:8 105:9 106:20,21 109:20

**copies** 9:5

**copy** 95:4 103:13 107:20 112:14

**corner** 20:18

**corporate** 6:17

**correct** 6:19 7:15 17:3,5 18:12 19:11 21:17 22:4,14,17,25 23:2,3 25:13,20,23 26:3,10,15,21,23 27:1,2,5,10,11,14 28:8,15 31:16,21 33:1,2 35:9,11,20 36:4 37:2,16,19,23 38:3,12 40:8 42:16, 20,24 43:25 44:1 45:4,20 46:12 47:2,3 48:16,17 49:6,22 50:1,4,5,7,13 51:10, 20,21 52:7,20,24 57:2,10,18 58:2,7 61:12,14 62:3,6,9, 10,13,18 63:10 66:23,24 67:16 69:14,15,17 71:7,16 72:3 74:4,17,20 76:18,19,20 77:12 79:13,16 80:15,18, 23 81:17,25 82:13 83:4 84:1 85:13,16, 18,21 86:2,8 87:5 89:15,16,24 91:3,5, 19,22 92:12,13,17, 18,20 93:6,25 96:5,9 99:10,14 100:1 102:23 103:4,6,8,10 104:5,22 105:23 109:1,18,19 110:1,2, 24

**correctly** 25:7

**correspond** 31:9

**cost** 70:6

**counsel** 15:11,12 112:11

**count** 28:11 51:17, 20

**counting** 52:5

**couple** 76:21

**couple-second** 18:24

**court** 4:15,16 5:25 64:16 68:13

**create** 37:18 85:12 97:25

**created** 49:20 59:10 97:25

**creates** 60:25 66:19 67:12

**creditor** 44:4 101:3

**criteria** 76:12

**csv** 33:7,10,24 34:7, 8,11,12,13,20 66:3

**cup** 74:8,9,10,25 75:1

**current** 82:5

**customer** 13:19

**customize** 85:15,25 86:7

---

**D**

**daily** 11:7 16:1,4,7 67:15 73:3,9

**data** 25:25 26:7,9 80:17,19

**database** 9:12 86:11,14,24

**date** 7:14 32:23,24 43:4 82:5 103:21

**dates** 31:7

**Davis** 4:14 5:21 11:13,19 17:2,11 18:16 24:13 49:22, 25 52:23,25 64:17 86:18 90:20 103:14, 17 105:12,20 106:8 107:20

**Davis'** 24:24,25

**day** 27:13 29:11 33:6,9 61:23 62:13 66:7 67:20,21 70:12, 21 71:2,4,6,9 72:11 73:16,22 74:1 83:23 85:3 86:6 109:9

**days** 80:13,15,23,25 86:6

**DCI** 19:10 21:8 33:20 40:13,14 55:16 57:1,8,10 59:6,8,9 97:15 108:17 109:21 112:9

**DCI'S** 70:5 104:15 112:12

**dcicollect.com/ dci-technology. html.** 107:13

**dcicollect.com/ services/dci-pre- collection- services.** 20:6

**deal** 57:20

**deals** 79:18

**debt** 17:2 25:9,12 45:15

**debtor** 27:14 29:8 43:20

**decide** 6:9 22:11,19 61:22 87:11

**decides** 22:15 61:21 62:5

**decline** 99:22

**Dedicated** 20:22

**def-** 68:4

**default** 89:22

**defaulted** 43:2

**defendant** 7:17, 8:21 9:1 11:3,23 12:1 16:13,15 33:14 46:6 48:12

**defendant's** 7:22 8:2,5 9:1,13

**defense** 100:19,21

**definition** 9:22 10:1,3,5,6,13 12:3 33:23 34:21 68:6

**degree** 13:25 14:1,4

**deleted** 38:1

**delinquent** 48:2

**demand** 11:25

**demands** 12:2

**denies** 18:10

**deny** 17:1,10 18:5 106:4

**department** 13:16

**dependent** 76:24 77:2

**depends** 67:19 75:24

**depose** 66:2

**deposed** 6:17

**deposition** 6:5 7:3 10:20,25 11:13,18 33:19 112:6,13,18

**depositions** 5:2

**describe** 82:19 97:2,9 105:13

**designate** 33:14

**designated** 7:23 8:1,8,12,15,18 11:22 61:16 65:5

**designs** 62:12

**detail** 100:18 105:13

**determine** 28:8 29:16,19 30:13 86:14 87:7 97:3

**develop** 97:23 107:3

**dial** 11:3 57:25 58:4, 6,13 71:21 74:1 75:8 77:17 87:11,25 88:1, 6,7,17,25 89:6,17 90:6,7, 91:8 92:7,16 93:2,11,23 94:2

**dialed** 16:13 22:20 37:6 49:5 57:15 74:21 75:6,9 76:18, 20 77:5 81:25 103:22 108:15

**dialer** 9:5,6 19:4 21:5,13 22:3,5,7,14 23:5, 28:14 30:15,23 33:15 34:1 38:3

41:22 49:8,11,20,21, 24 50:12 52:23 53:2, 3 71:11,21 72:20 73:3 74:19,20,25 80:21 91:4 99:11 103:23 104:5,7,18 105:5,10 108:17,25 111:1

**dialing** 9:13 10:10 14:19,22,25 15:21 16:14 69:19 71:22, 23 86:1,5,7 88:19,20 89:1,9 90:1,3,4 96:15,18 108:7,8

**dials** 90:13,21

**difference** 39:21,24 90:7

**difficult** 68:5

**DIRECT** 4:5

**direction** 104:3

**directly** 97:2

**director** 97:16

**disagree** 70:2,16,18

**disagreement** 34:4 69:23 70:14

**disc** 63:16

**discovery** 5:9 112:12

**discuss** 5:16 65:18

**discussing** 109:9

**discussion** 68:14 112:1,5

**displaced** 82:6

**disruptive** 101:7

**district** 4:15, 64:16

**Diversified** 4:22,24 6:18 12:12,15,18,20 13:2,7 15:22 17:1,10 18:5,10,16,19 19:5, 11,13,22 20:4,14,19, 21 22:2,14 25:8,18 26:1 29:6,13 37:22 41:18 42:15 43:4,6, 24 44:22 45:2,14 46:23 51:15,18 52:1 54:10 55:2 57:25 58:5,12 59:17, 60:18 69:8,14 71:1 72:20, 24 86:13 87:3,7

88:23 89:10,13 91:3 92:5,12 93:19 95:10, 16 96:13,17 105:18 106:10 108:6,25 109:7

**Diversified's** 32:18 106:15,19 107:12 108:2

**document** 7:7,10, 13,17 11:25 20:10, 13 23:23 25:1 27:19 30:20 34:19 37:8,11 42:8 44:13 94:22 95:19 99:2 105:13 107:24

**documentation** 24:9

**documented** 30:2 55:22

**documents** 8:22 9:23 12:1,3,4 45:11 48:16 78:24 79:1,3 98:10 99:3 105:15 106:8,13

**double** 28:20

**download** 71:10 97:11

**downloaded** 72:20, 24 74:18

**duly** 4:2

**Duplicate** 84:4

**duplicated** 84:8

———————————

**E**

**e-mail** 44:7 110:11, 12 111:7

**e-mails** 111:15

**ear** 90:18

**early** 76:3

**Eastern** 85:8

**educated** 14:11

**education** 13:21 14:14

**efficiency** 70:6

**efficient** 56:14

**electronic** 67:2 96:3

**electronically** 47:23 67:1

**eligible** 32:12

**eliminated** 38:1

**else's** 81:7

**employ** 19:23

**employees** 21:8

**enable** 44:6

**enabled** 37:18

**enables** 26:1

**end** 32:25 74:15 86:5,6

**ends** 106:2

**English** 54:23

**enrolled** 14:5,6

**entire** 106:24

**entitled** 17:20 34:4 66:5

**enunciated** 6:12

**equipment** 65:16 96:15

**ERC** 53:10,13,25 54:3,5,6,9

**established** 87:14

**estimate** 6:10 19:24 68:1 73:2,4

**evidence** 18:2 27:24 28:3,25 47:14, 17,20 48:15

**exact** 7:14 37:13 38:24 39:9 54:11

**EXAMINATION** 4:5

**Excel** 34:23 60:5,8,9

**exceptional** 21:6

**exchange** 110:13 111:8

**exchanges** 110:22

**exciting** 21:6

**exclude** 51:25 52:4

**excluding** 51:20 52:18

**excuse** 28:20 61:24

**excused** 112:16

**executives** 22:11

**exhibit** 7:5 11:15 20:2 23:19,25 24:8 30:18 37:19 42:2 44:11 49:16 68:23 78:13, 94:18 95:6 104:11,13,15 107:8, 10 108:23,24 109:6

**exhibits** 47:4 94:14 107:15

**exist** 80:17

**expires** 82:1,7

**explain** 28:17 32:5 38:20 53:17 80:9 81:11 86:17 98:11 112:8

**express** 97:5 98:23 99:3,4

**extent** 48:12

**extremely** 14:12

**eyes** 90:5

———————————

**F**

**facets** 55:24 56:1

**facilitating** 56:24 57:1

**fact** 26:20 33:17 41:23 47:1 76:23 85:2 89:22 108:17

**factors** 35:24 56:19

**facts** 18:2 100:18,23

**fair** 71:9

**false** 77:6 89:2,3,7

**familiar** 7:16 10:8,9, 12 11:8,9 14:15,16 34:17 78:11 89:25

**familiarized** 79:10

**family** 66:2

**fashion** 58:1

**February** 107:11

**federal** 4:15 7:18 41:4 101:22

**fee** 26:3

**feel** 46:10

**figure** 41:19 45:17 55:5

**file** 26:25 27:4,6 32:18 33:7,10,24 34:7,9,12,13,14,23 45:22 53:7,21 54:6,8 59:11 60:25 61:3,9, 10 62:6,8,16 63:12, 14 66:3,20,22,25 67:6,12,15,19,20,25 75:16,17 81:2,3,4,9, 14,16,24 82:18 83:10,11,13,18,19, 22,23 84:4 85:10,11 88:18

**filename** 83:12

**files** 53:7 67:20,21 71:13,14,15,16,24 72:4,5,6 74:4 79:18 80:22 82:5,6,10 83:3 84:6,8,11,19,24 85:4, 97:12

**Finally** 102:18

**find** 25:19 54:1 64:8

**fine** 6:1 18:14 94:9 107:7 109:14

**finish** 66:4

**finished** 101:13

**finishing** 94:8

**firm** 107:2

**five-minute** 18:23

**fix** 100:11

**flew** 33:19

**flexibility** 21:4

**flip** 21:3

**flipping** 83:8

**Florida** 19:17, 33:19 64:1

**folder** 84:20

**folks** 51:10 55:4

**follow** 40:24

**forcing** 101:20

**form** 11:10 16:17,20 17:4,8,13,16 18:1,7 22:16,18 23:6,8,8 32:3 38:14 39:8 40:9 58:8

62:24 63:18 69:24 70:15 73:20 74:22 77:8 78:7 83:5 86:20 89:4,8 91:11,24 92:21 98:14,21 99:6 100:25 104:23 105:7 108:19 109:2

**formal** 14:13,18

**formally** 14:11

**format** 22:21,22 37:14 58:10

**forward** 112:12

**found** 97:17

**fourth** 78:9

**free** 46:10

**front** 42:3 98:11 106:9 108:24

**FTP** 67:5 76:4 77:20, 22 81:8

**full** 4:9 21:3

**full-time** 63:3

**fully** 6:8 83:11,14

**function** 21:20

**functionality** 21:6

---

**G**

**gave** 17:22,23 37:13 43:24 97:4,6

**geek** 14:10

**generate** 93:8

**generated** 27:3 42:15,17

**generates** 34:23

**gentleman** 68:10, 16

**give** 6:7,9 10:17 19:24 37:12 47:11 66:18 77:9

**God** 79:8

**good** 4:7,8 54:24 55:2 56:14 102:5

**Gordon** 68:16 93:21 106:22 111:11

**ground** 6:4

**groups** 71:14,15

**guess** 6:7 25:3 89:19

**guessing** 10:16

**guesstimate** 68:9 73:6

**guesstimation** 73:10

**guidance** 62:2

**guys** 26:7

---

**H**

**halfway** 13:25

**hand** 74:8 75:1

**hang** 27:10 46:8 83:21

**happen** 6:23 28:16 64:11

**happened** 43:8

**happy** 5:10,13,16 64:19,22 65:18 112:11

**harassing** 100:8, 10,14 101:25 102:3

**harassment** 92:24 101:23

**hard** 33:24 63:16

**hate** 101:20

**head** 6:11 18:18,22 94:7 102:17

**headed** 31:17

**heading** 81:10

**headings** 31:14

**heard** 99:20

**hears** 57:15

**held** 13:13

**helped** 97:23

**hey** 87:15

**high** 20:1 21:7 69:22 70:10

**highest** 13:21

**hired** 107:2 109:19

**history** 9:6 10:21 24:2,9 25:8 31:12 36:23 37:5 38:3,4,7, 8,11 42:5,13,14,15 45:1,20 48:18 49:8, 11,20,21,24 50:1 90:23 99:8,11 106:8

**hits** 57:14

**hold** 12:16 50:17 71:19

**holding** 74:8 75:1

**hole** 74:15

**home** 59:23 60:25 61:7 66:2 97:14 102:8

**honest** 90:22

**honestly** 39:5

**hope** 93:3

**hosted** 69:19 70:5,8

**hour** 63:4 64:7

**hours** 76:21

**house** 83:1

**how-to** 79:6

**html** 20:7

**human** 14:7

**humming** 6:11

**hundred** 67:18,23 72:9

**hung** 27:14,15

---

**I**

**IB** 35:18

**ID** 35:2,4 45:22

**identification** 7:5 11:15 20:2 23:19 30:18 42:2 44:11 49:16 68:23 94:18 107:8

**identify** 94:22 97:13 98:1 102:10 103:21 105:13

**IDS** 79:11

**imagine** 33:4 60:8, 23 87:24

**importance** 69:21

**improper** 17:16,17 18:1 23:8 41:3,8

**inaccurate** 111:20

**Inaudible** 62:20

**inbound** 29:19,22 30:2 32:13 35:12,13, 16,18,19 36:5 50:8, 9,10,14 51:7,21 52:8,9,11,13,15,17, 18 53:1

**Inc.'s** 95:11

**include** 87:4

**included** 51:24 98:6 105:14

**including** 9:7 26:2 43:20 96:16 103:25

**Incorporated** 69:9 93:19

**incorrect** 105:1

**individual** 71:15

**industry** 108:9

**information** 10:22 12:9 26:2 37:11,13, 21,25 38:5 40:4 43:20,22,23 59:21 65:8 80:12 82:14 87:13 98:5 103:24 104:20 105:2,17 110:24 111:19

**informed** 29:5

**initial** 25:16

**initiating** 65:16

**Innovis** 25:19,25

**input** 62:1

**inquiry** 25:19 102:21,24

**installed** 61:17

**instance** 82:17

**instructing** 99:18

**instruction** 40:12 41:8 100:3

**integrated** 60:6 75:13

**interact** 15:9,10,15

**interacted** 15:6,17

**interested** 17:24

**interfaces** 14:13

**internal** 14:21

**Internet** 21:23 67:9, 13

**interpreted** 49:25

**interrogatories** 94:25 95:12,23 103:17

**interrogatory** 96:12 98:8 100:17 101:16 103:12,19,24 104:21 105:12,23 107:18

**interrupt** 5:18 65:6

**interrupting** 40:22

**interview** 69:11

**invitation** 99:23

**invoking** 65:16

**IP** 70:9

**issue** 16:14 19:4 28:19,21,24 33:12, 13,16 40:20 41:18, 22 64:15 110:23

**issues** 5:10 16:12, 24,25 112:12

---

**J**

**Jack** 5:7 16:19 17:25 24:1 33:12 58:16 59:9 60:21 64:13,22 68:13 94:8, 11 99:19 100:11 101:6,19 112:2

**Jacksonville** 19:17, 18 31:21,23 64:1

**Jamie** 4:14 22:11 24:25 33:5 58:14 59:20 60:11,24 61:17,21 62:2, 63:12,25 65:7,10,11 66:19 71:9 74:20 78:1 81:22 87:13,15, 21,24 88:6 93:21 102:14 112:7

**Jamie's** 54:17 63:2 65:24 87:19

**January** 28:19 96:7

**job** 13:17 16:1,4,7 63:3 78:2 87:19 110:7

**jobs** 12:16 13:13,20

**John** 91:16

**joint** 64:14

**joke** 54:17

**judge** 64:16 65:22, 23 66:8

**judges** 66:15

**July** 25:3,10,17,22 26:12 34:11

**jump** 77:10

---

**K**

**key** 57:22

**keypad** 57:14

**kind** 21:23

**knowledge** 12:6,7 15:21 41:24 96:10 99:13

**knowledgeable** 33:14,20 41:22 59:3, 5,6,9 64:19 65:10,13

**Kohn** 95:3

---

**L**

**language** 14:7

**large** 39:25 40:3 71:10,13,14 72:2,7

**Latitude** 21:6,7 42:18 60:5,7 63:5,21 97:16,24

**law** 91:15 111:5

**lawsuit** 24:15

**leading** 108:8

**leads** 111:4

**learning** 15:23 79:11

**leave** 85:17 112:6

**leaving** 85:16 101:12

**left** 66:2

**left-hand** 20:18

**legal** 15:11,12

**Lemberg** 4:6,12 5:7,12,20,23 6:3 7:2, 6 11:11,16 16:22 17:6,9,14,17,20,23 18:3,4,9 19:1,3,21 20:3,9 22:23 23:7, 11,12,20,22 24:1,4 30:9,16,19,22 32:6 33:12 34:6 38:17 39:10 40:11,16,21, 23 41:2,10,16 42:3,6 43:13 44:10,12 46:11,14 48:11,14 49:10,15,17 55:8 58:11,16,19,22 59:3, 8,16 60:21,22 63:8, 24 64:13,21 65:4,10, 20,25 66:10,17 68:13,15,19,22,24 70:3,17 72:16,18 73:23 74:24 77:18 78:10,12,19 83:7 84:15 85:6,9 86:23 89:5,12 91:13 92:2, 25 94:6,11,13,16,19 95:7,9,15,17 98:18 99:1,7,18,22,25 100:4,10,16 101:6, 13,14,19 102:7,9 103:11,16 105:4,11 106:13,17 107:4,7,9, 16,19,23 108:22 109:5,13,16 111:5, 18,22,24 112:2,6

**length** 35:25 103:21

**level** 13:21 59:1 69:22

**library** 82:16

**life** 82:1,6

**likewise** 11:25

**limit** 80:17

**limited** 105:15

**link** 80:1

**liquidating** 69:22

**list** 31:6 51:20 79:21 86:22

**listed** 7:19 8:22 24:16 90:25

**literally** 93:12

**litigation** 37:9 44:14 48:5

**live** 37:1 60:7 62:18 63:1,25 77:4

**lives** 57:8

**Livevox** 15:1,3,7,15 16:2,5,8 21:5,12,25 22:1,3,17,20,21,22, 24 23:1,5, 26:14,16, 19,25 27:9,13,21 28:5,9 29:23 30:1,3 31:4,6,19 35:11 37:10,16 38:12,18 40:6,15 41:6,11,18 50:7 51:6,9,12,16, 19,23 52:2,5,7,19,21 53:4,21 55:11,15,17, 21 56:2,21,22,24 57:5,6,7,18,21,24 58:13 59:7,18,21 60:7,17 61:11,12 62:9,11,17 65:3,7,8, 9 66:22,25 67:13 70:5,8 72:20,24 73:3 74:4,6,19,25 77:5, 14,16 79:3,4,5,6,7, 14,19 80:12,21 82:9 83:4,17 84:24 86:18 87:8,11,15 88:14,22 89:9,17 90:9,13 91:21 93:17,20,22, 23 96:19,24 104:7, 18 105:5,8 108:7,8, 25 109:6,8

**load** 72:12,14

**loaded** 22:12 26:14 37:7 73:2 84:6,7

**loan** 43:2

**located** 19:16 21:19

**location** 26:2 43:23

**log** 31:3,11 52:23,25

**logic** 97:23

**logo** 20:18,19 110:23

**logs** 8:24 29:23 60:25 90:24

**long** 12:14,22 36:9 76:2

**longer** 12:17 13:13

**looked** 36:24 78:3

**lot** 68:3,6 94:14

**low-average** 70:11

**lowest** 110:9

---

**M**

**machine** 57:16

**made** 25:18 26:16 27:9,12 28:9,14 29:17 33:6 35:9 37:16 38:9 51:12,18, 22,23 52:7,19,21 53:3 56:8 57:4,17 61:20 62:15,17 63:13 85:20 87:8 89:14 104:4,6

**magistrate** 64:14

**main** 19:9 55:21 56:19 97:10

**major** 16:25

**make** 11:3 21:14,17 22:3,5,10 23:1 28:14 29:13 33:18 34:4,5 48:11 51:5,6 54:4,5, 15,19 55:18,22 56:5 57:1 59:12 64:14 65:17 70:11,20,23 71:3,5,8,12 72:11, 13, 73:15,21 108:14 110:7 111:11

**makes** 22:24 52:1 55:16 57:8,21 62:12 71:1

**making** 5:8,13,16 31:19 56:22 73:25

**Malla** 15:13

**manage** 16:1

**management** 13:6 14:2 20:22 56:10

**manager** 12:20 83:10

**manner** 102:18

**manual** 11:6 15:2,3 50:13,15,20 51:7,20 58:23 78:3 79:4,5, 10,13,17 80:21,22 81:12 90:4 92:15

**manuals** 9:13,16,17 11:2 15:24 51:22

**manufacturer** 96:14

**March** 43:7 50:11, 13,14 52:8,9,11

**mark** 7:2 15:13,14 30:16 42:1 49:10 68:19 78:12 97:13 98:1 103:11,14 107:4,5,20

**marked** 7:5 11:12, 15 20:2,3 23:19,21 30:18 42:2,4 44:11, 14 49:16 68:23 78:18,20 94:18 98:10 107:8,19

**Massachusetts** 4:16

**master** 34:9

**match** 97:25

**matches** 97:12

**matching** 97:23

**math** 14:7

**matter** 54:8

**matters** 7:19

**Mavis** 4:13 5:21 7:3 17:2 18:6,20 24:13 40:10,18 42:13 43:1 44:15,25 45:13 47:8 60:20 62:25 64:14 69:25 86:17 90:20 95:5,7,8,16 98:11 99:17 100:3,24 101:18 103:13,14,18 104:25 107:19

**Mavis'** 42:23 43:5 46:19 47:5 48:9, 98:12

**Mavis-ann** 4:1,11 95:3

**meaning** 21:22 53:24 97:15

**means** 22:9 23:15 31:14 53:11 54:16, 17,18,24 71:3 80:10, 11,20 82:13 84:10, 23

**meant** 40:2 54:13

**medications** 6:13

**memoranda** 8:25

**mentioned** 106:18 109:17,25

**message** 85:16 87:18

**messages** 85:17

**messaging** 87:4

**methodology** 65:15 112:8

**Michael** 15:16,18

**million** 72:13 73:8 74:1

**millions** 70:11,21, 23 71:1,4,5,8 72:11 73:14,15,22,25

**mind** 104:20

**mini** 112:15

**Minus** 52:8,9

**minute** 63:4

**minutes** 36:25 76:21 83:12 94:8

**missing** 15:20 46:3, 4

**Mobility** 42:5

**model** 96:14

**monitor** 13:5

**month** 54:1,4

**morning** 4:7,8 59:21, 60:24 61:18 75:19,20

**mother** 13:11

**motivated** 21:8

**motto** 20:22

**move** 40:20 55:7 72:16 92:24 99:21, 23 100:9,14 101:21 102:6,7

**moving** 81:6

**multiple** 55:24 67:21 102:4

---

**N**

**named** 34:14 53:19 54:8 55:1,5 112:7

**names** 15:14 53:7

59:11

**naming** 53:24 54:6

**national** 86:11,14, 24

**necessarily** 83:22

**Nicholas** 42:13,23 44:15 95:5,8

**night** 97:12

**nonresponsive** 72:17

**notation** 29:25 48:21

**note** 28:19

**notes** 8:25 29:1 30:15, 42:23 44:3 49:4 55:13 90:21,23 105:20

**notice** 7:3 8:21 11:13,18,20,25

**noting** 28:20

**November** 29:4,12 30:5 36:14,19

**number** 7:22 8:9 9:2,7,24 11:19 16:16 17:11 18:6,17,20 24:15,17,20,24,25 25:4 26:10,13,20,21 27:8,12,20,25 28:4, 9,10 29:2,3,5,7,9,10, 11,14,15,17 30:4,6, 11,12,14 31:7 32:18 33:8 35:3,9,19,25 36:2,3 37:6 40:3 43:1,19,20,25 44:3, 16,17 45:3,5,18,19, 21,22,24,25 46:2,18, 23 47:9,15,18 48:22, 24 49:1,3,5,12 51:18,19 57:13 63:23 67:16 71:10, 11,13,23 72:2,7 73:16,19 78:15 80:3 86:15 87:18 90:6,8, 96:12,14,25 97:1,3, 4,14 98:2,13,19 99:5,15 100:2,17 101:16 102:10,11, 18,19 104:22 105:12,14,18,23,24, 25 106:1,2,6,11,14

**numbered** 12:2

**numbers** 8:4 16:13 18:11 22:15,16,19 25:20 26:2,20 33:8 45:13 46:18 57:25 58:1,3,6,13 59:19 61:3,15 62:5,18 66:15 67:23,24 68:7 71:11,16,17,18,22, 24 72:3,7,12,14,19, 23 74:2,3,18 75:3,4, 5,8,12 77:4,24 80:12 81:5,25 86:22 87:12, 16,22 88:1,17 91:9, 15,18 92:8 93:3,5,9, 11,12,24 94:1,3,5 97:6,12 112:9

**numerous** 15:10 110:15,21,22

---

**O**

**O'connor** 5:5,8,15, 21,24 6:2,25 11:10 16:17,20 17:4,8,13, 16,18,22 18:1,7,25 22:18 23:6,8,25 30:21,25 34:3 38:14 39:8 40:9,13,18,22 41:2,13 55:6 58:8, 17,20 59:2,5,12 60:19 62:20,22,24 63:18 64:11,18 65:2, 6,18,23 66:4 69:24 70:15 73:20 74:22 77:8 78:7,15,17 83:5 84:14 86:20 89:4,8 91:11,16,24 92:21 94:9,12 95:6, 98:14, 21 99:6,16,20 100:3, 8,13,25 101:11,17 102:3 104:23 105:7 107:14,17,21 108:19 109:2,12 111:23 112:4,10

**O'connor's** 40:24

**oath** 4:4 6:19,21

**Object** 11:10 98:14

**objected** 16:20

**objection** 6:25 16:17 17:4,7,13,15, 21 18:7 22:18 23:6 32:3 39:8 40:9 41:3 58:8 60:19 62:24 63:18 69:24 70:15 73:20 74:22 77:8

78:7 83:5 84:14 86:20 89:4,8 91:11, 24 98:21 99:6,16 100:25 101:17 104:23 105:7 108:19 109:2

**obtain** 80:24 97:1

**obtained** 13:22 102:20 105:16,18 106:10,14

**obtaining** 8:3 14:1 96:25

**off-site** 21:22

**off-the-record** 68:14 112:1,5

**office** 33:21

**older** 82:5

**one's** 32:11

**OO** 109:21

**open** 112:6

**operates** 55:15

**operating** 70:13 112:8

**operation** 10:9 14:19,22,25 16:5

**operations** 61:24

**operator** 35:20

**operators** 8:6

**opportunity** 99:14 100:1

**option** 80:11 89:22

**order** 46:8,9 57:24 71:8,21 72:11 73:15

**ordinary** 42:19

**Oregon** 19:17,20

**original** 101:2

**originally** 47:21

**out-** 50:10

**outbound** 22:3 29:20,22 30:2 32:13 50:6 51:7 52:19 57:2 109:7

**outcome** 35:5,6

**outgoing** 65:17

**outgrows** 82:20

**over/under** 73:11

**oversee** 16:4

**ownership** 22:11

___

**P**

**p.m.** 27:15 29:18 37:6 85:7 87:17 112:18

**PA** 80:3,4,5,20 81:10 83:8 84:18 88:10

**Pagan** 24:2,11 25:9, 26:20

**pages** 46:3,17

**pagination** 46:13

**paid** 66:1

**pair** 82:20

**panel** 106:3

**part** 27:19 79:20 110:7 111:2

**partially** 105:1

**partners** 108:7

**party** 27:15

**PDF** 37:13

**penalties** 96:2,3

**pending** 4:15

**penultimate** 95:19

**people** 15:10,24 19:22 93:9

**percent** 10:18 60:8 77:12,13

**period** 12:17 76:20

**perjury** 96:2,3

**person** 7:18,23 8:1, 8,12,15,18 11:22 14:10 33:25 35:19 36:2,22 37:1 64:25 85:16 97:2,4

**person's** 97:1

**personal** 4:21 40:2

**personally** 101:8

**phone** 18:6,17,20 21:14,16 22:3,5,24

23:1 24:15,17,20,24, 25 25:4,20 26:2,10, 13 27:9,12,14,15,20, 25 28:4,9,13 29:1, 14,17,21 31:15 35:8 37:15 38:1,8 44:16, 17 45:3,5,24 46:23 54:4,5 56:22,24 57:2,8,9,15 58:1, 61:3 62:5,12,17,18 66:14 68:12 70:11, 21 71:1,4,6,8,11,12, 16,17,23,24 72:3,7, 11,13 73:15,21,22, 25 74:1, 75:3,4,5,8, 20 77:1 80:12 86:15 87:8 88:17,18 89:14 97:3,4,12,13 102:11, 19 105:24 106:3 109:7 110:10

**phones** 86:11,14, 19,25

**phonetic** 15:13 110:24

**picked** 31:16

**picks** 31:20 57:9,16

**piece** 11:17

**plaintiff** 98:7 105:15,17

**plaintiff's** 42:2 95:11 103:22 105:14

**plaintiffs** 4:3,13 16:15

**plaintiffs'** 7:2,5 11:12,15 16:13 20:2, 2 23:19,21 24:1,5 30:17,18 31:1,9,10 42:4, 44:10,11,14 45:25 46:12,22 47:7 48:19 49:11,13,15, 16 53:5 68:20,22,23, 25 78:18,21 94:14, 18 95:10,13,15 107:8

**platforms** 69:21

**Playing** 15:23

**point** 58:22 79:17 84:18

**pointed** 81:2

**policies** 8:2

**pops** 90:12

**portions** 106:24,25

**position** 12:12 41:21 93:7 102:10 110:16,17 112:13

**possess** 21:8

**possession** 105:14

**possibility** 106:4

**possibly** 102:14

**practices** 8:3

**pre-collection** 21:1

**preassigned** 82:2

**predetermine** 22:9

**predetermined** 23:15,16

**predictive** 21:5,12 22:3,5,7,13 23:4,5, 14,15 103:23 104:5, 7,8,18 105:5,10 108:8 111:1

**Predictively** 108:15

**prefer** 64:17

**premise-based** 70:13

**preparation** 41:24

**prepare** 10:20,24

**prepared** 33:15

**president** 12:13 61:24,25

**preview** 89:25 90:3, 21

**previous** 38:10 83:11

**previously** 83:19

**price** 56:19

**printout** 20:4,7,14 104:15 107:11 108:2

**prior** 11:20 12:16 13:7,19 42:14 49:5 97:4 104:1

**privilege** 101:24

**privileged** 41:5 101:25

**procedure** 5:19 88:15,16

**procedures** 8:2

**proceed** 41:19

**proceeded** 25:12 26:19

**process** 67:2,3 69:20 81:11 97:7,9

**processed** 83:11, 13,14

**processes** 40:5

**processing** 83:24

**produce** 7:18 8:22 12:1 33:20 38:2 66:8

**produced** 4:2 9:3, 10,14,20 10:2 12:3, 10 24:12,14 25:2 37:9 38:3 44:14,19 46:6,7 48:5 64:18 79:1 98:7 106:9

**product** 96:19 97:11

**production** 78:24 85:7 106:16

**program** 34:22 38:23,25 39:1 43:15 58:14,15 59:25 60:3 97:25

**programmer** 97:24

**programming** 14:12

**programs** 40:3 59:20

**project** 21:9

**proper** 99:20

**properly** 97:13

**propose** 102:11

**protocol** 67:6

**provide** 5:4,5 6:6

**provided** 10:22 26:9 46:23 47:1,9 94:3,5 95:24 98:23 99:3,4 103:20

**provider** 25:25 26:4 108:8

**providing** 16:16

**pull** 38:6

**pulling** 75:10

**pulls** 77:16

**punch** 93:3

**punches** 57:13

**punching** 57:22

**purchase** 26:2

**purchased** 97:17

**purposes** 55:20

**pursuit** 14:3

**put** 79:14 91:20 110:8

**putting** 72:9 110:8

**Pye** 4:1,7,11 42:7 95:3

___

**Q**

**QC** 50:18,21,24 51:8

**qualify** 12:7

**quality** 12:25 13:4 21:7

**question** 5:19 16:21 17:25 23:13 40:17, 19 41:7,9 47:12 53:5 55:6 59:2 74:7,10 86:6 88:13 93:1 96:13,25 98:8 99:21, 24 100:5,7,22 101:5 102:4 103:21 105:22 107:14 109:4

**question's** 18:1 23:8

**questions** 6:6 19:5 20:11 34:1 58:25 59:13 60:17 64:9,20 69:3 92:22 96:11 101:24

**quick** 47:11 50:25 51:1,3,7 66:14 94:6

**quickly** 11:18 76:4,5

___

**R**

**ran** 90:15 102:24

**random** 91:9 92:7,9 93:5

**randomly** 93:2,3,8, 11,24

**ranges** 79:12

**reach** 32:16

**read** 58:23 80:6 81:13 83:21 95:25 103:19 107:24 108:6 112:4

**reading** 23:10 26:23 27:17 112:3,17

**reads** 21:4

**ready** 20:11,12 23:24 24:3 46:15,16 49:18,19 69:5 76:9 77:17 80:7 94:11,12, 20,21

**real** 47:11

**realistic** 73:19

**reason** 55:21 60:14 70:1 91:10 92:11

**reasons** 55:23 101:22

**recall** 7:14

**receive** 8:4

**received** 25:8 43:6 51:14 86:18 105:15

**recent** 110:25 111:17

**recess** 19:2 66:16 94:10 109:15

**recipient** 27:20,25 28:4 29:1

**recognize** 34:18 90:24,25

**record** 4:10 5:9,11 34:5 37:15 46:11,21 55:22 56:8 59:12 65:19,21 74:7 94:23 95:9 108:6

**recorded** 56:6,7

**recording** 31:3 90:23

**records** 28:21 42:19 98:7,11,12

**recur** 86:6

**redeposition** 41:17

**refer** 91:16

**reference** 9:13,16

**referenced** 100:21

**referred** 38:19

**referring** 108:24,25 109:6,8

**reflect** 46:11,12 55:2 74:7 95:9

**reflected** 28:21

**reflecting** 9:1,6 29:25

**reflects** 35:8 47:5 50:6 85:3 98:12

**regularly** 97:18

**related** 79:25 103:24

**relations** 44:8

**relationship** 34:19

**rely** 100:19

**remember** 18:18,22 97:21 104:13

**removal** 49:6

**remove** 29:11

**removed** 29:10 30:4,6,12,14 48:23 49:1

**reorder** 46:10

**reordered** 46:12,17

**repeat** 47:12 92:4 99:23 109:3

**repeated** 17:23

**rephrase** 17:7 45:16

**report** 10:7 33:23

**reported** 82:4

**reporter** 5:25 6:1,12 19:18 30:7 43:11 49:13 62:22 68:21 78:14,16 94:15 95:13 107:5

**reporting** 13:5

**reports** 9:5,22 10:1, 3,5,13 12:4 80:17,19

**represent** 4:12

**representations** 5:9

**representative** 6:17 31:23 32:21 36:16,18,23

**request** 5:14,16 48:11 78:24 111:15

**requested** 31:7 37:11 43:10,11,19, 22 110:20

**required** 60:16

**requires** 33:14

**requisite** 41:24

**reserve** 41:16

**reside** 80:14 84:24

**residing** 84:11

**resolve** 66:6

**resource** 14:7

**resources** 21:8

**respect** 11:2 18:15 108:23

**respectful** 34:3

**respond** 111:13

**responding** 4:3

**response** 94:24 95:1

**responses** 78:23, 25 95:22 103:12

**responsibility** 16:1,4,7

**rest** 34:13 52:18

**result** 27:9 105:16

**retain** 80:22,24 82:13,14

**review** 11:2,6 20:10 23:23 45:12 47:11

**reviewed** 10:21 14:24 15:1,4 69:17 110:4

**reviewing** 96:4

**rights** 41:17

**ring** 57:15

**rings** 68:12

**risk** 13:5 20:22 110:9

**Rosalee** 24:2,11 25:9, 26:20

**roughly** 20:1 61:6

**round** 111:17

**routed** 31:15,20,22

**routines** 11:7

**row** 35:8 50:6

**rows** 35:8

**RPC** 50:21 51:7

**Rule** 7:18 33:13

**rules** 6:5 41:4 101:22

**run** 39:1,6,14,15,17 40:2,8 61:22 62:3,8 76:12 79:6,7 102:22

**running** 61:19

**runs** 22:1 39:12,13, 19 40:4 41:8,11 58:14

**S**

**sanctions** 41:17 101:21 102:8

**Sat** 110:24

**save** 82:21 83:14

**saved** 77:14,15,19

**science** 14:8,11

**screen** 84:20 85:3,7

**scrubbing** 97:7,9

**searches** 76:13 102:22

**searching** 105:16

**seconds** 36:1,9

**section** 69:1,16,17 79:18,24 80:6,9

**seek** 41:17

**seeks** 103:24

**select** 81:16

**selects** 58:1

**seminars** 14:21

**send** 59:7 65:8

**sentence** 21:4

69:19,23 70:4,25 108:12

**September** 36:7

**sequential** 91:9 92:8,9

**sequentially** 88:20, 21,25 89:6,10,18 92:16,17

**Sergei** 4:12 5:10,18 17:19 23:10 30:21 40:14,20 41:14 55:7 58:21 59:13 64:12 65:3,19 66:9 77:8 92:22 100:8 102:3

**serial** 96:14

**served** 103:17

**server** 38:12 39:2,4, 22 40:3,4, 41:8, 61:12 62:8,18 63:2, 10 84:11

**servers** 39:25

**service** 13:20 26:4 43:10,12 97:8

**services** 21:1

**set** 11:19 61:17 94:24 95:11 102:18

**sets** 107:17

**settings** 61:17

**shaking** 6:11

**she'd** 100:11 102:1

**shelf** 82:1,6

**shoes** 82:20

**shot** 66:18

**show** 11:11 20:7 23:20 27:24 32:25 35:16 37:5 78:3 100:23

**showed** 92:9,15

**shows** 46:22 47:8 99:2,4

**sic** 18:11

**side** 75:11

**sign** 112:4

**signature** 95:2,20 96:2,3

**signed** 47:21
103:20

**significantly** 58:23

**signing** 112:3,17

**similar** 9:23 12:4
43:18 90:4

**simply** 28:10

**sir** 78:16

**sit** 74:20 106:7

**site** 19:6,8,10 20:5,
14 77:20,22 104:16
105:2,9 106:18,24
107:12 108:3
109:17,19,25 110:14
111:12,16

**sits** 63:15,19,20
81:24

**sitting** 76:25

**size** 21:10

**skill** 32:7,8 50:23
91:1

**skip** 26:4 43:15
69:20 102:22 103:1
106:5

**slash** 95:3

**small** 39:18

**software** 38:23
42:18 60:7 96:16,23
97:17,19,24 109:8

**Software's** 21:6

**solution** 69:20 70:5,
8

**solutions** 108:9

**sort** 22:16 57:22

**speak** 36:4 106:14

**speaking** 38:18

**specific** 31:7 34:12
61:18 65:2,7 68:9
111:17

**specifically** 48:10
69:1

**specification** 89:1

**spoke** 10:22 29:4
36:9,15,17,22

**spreadsheet** 22:16
58:7

**Sprint** 35:18

**squared** 95:18

**stand** 34:11 50:24

**standard** 85:8
88:14,16,22 89:3,6,
9,11

**start** 25:15 32:25
56:4 58:19 75:20,23
80:4 86:5

**starts** 76:8 79:24,25

**state** 4:9 100:18

**statement** 44:15,19
45:2,19 46:1

**States** 4:15

**stating** 98:24

**stay** 65:20 94:16
101:9,11

**stay-at-home**
13:11

**step-by-step** 81:14

**steps** 97:2

**stop** 100:8,14 102:3

**store** 74:11,14 75:4,
5,9 76:1 80:11
91:15,22,25

**stored** 38:11,16
63:5

**stores** 37:21 40:4
77:23

**storing** 91:18 92:1

**strategies** 87:5

**strategy** 86:1,8
89:14

**strike** 26:12 47:6
48:20 55:15 72:16

**stuff** 5:11

**subjected** 97:7

**submitted** 65:11

**subpoena** 59:7
65:9

**suggesting** 111:19

**Sullivan** 102:14
112:7

**summary** 30:22

**supplement** 101:15
102:2

**supplemental**
78:23,25

**suppose** 76:17

**supposed** 63:22
76:16

**sworn** 4:2

**system** 9:12,13,16
10:10 11:3,8 15:21
16:2,5,8,14,16 18:21
21:7,14,16,19 22:10
26:15,19,24 27:4,13,
22 28:6,9 30:1 31:4,
19 35:11 37:6,10,16,
21 38:2 41:11 42:18
50:7 51:4,9,19
55:11,15,17, 57:21,
25 59:4,18 60:17
65:12,17 70:13
72:12,15 73:18
75:25 77:5,16,19,23
79:15,19 80:12,13
81:5,6,17,19,25
82:9,13 83:4,18
84:1,10,24 85:1
86:18 87:8,21 88:2,
6,7,23 89:17 90:10
91:21 93:7 96:16,18
109:6 112:9

**systems** 14:19,22,
25 75:13 87:1 96:15

---

**T**

**T-mobile** 35:17

**T-mobile/sprint**
32:11,12

**table** 45:11

**takes** 76:2

**taking** 81:6,8 93:12

**talk** 5:10 38:18 41:6
55:11 59:4 60:23
66:6 112:11

**talked** 49:21

**talking** 24:18 51:8
58:20 69:13 79:23

**talks** 82:3

**Tanya** 112:14

**tease** 53:14

**teasing** 53:16

**technical** 40:1
64:24 75:11

**technological**
69:21

**technology** 65:3,8
69:2,16

**telecom** 69:22
70:10

**telephone** 7:22 9:2,
7,23 11:4 14:25
17:11 65:16 96:15,
18 97:1

**telephones** 8:5

**telling** 55:4 60:10
62:2 64:23

**tells** 27:19 58:6
79:14

**ten** 68:7

**term** 10:8 34:17
89:25

**terminated** 104:1

**terminology** 21:24
33:5 38:24 48:1
104:9

**test** 34:10

**testified** 4:4 5:12
37:1 41:13 101:1

**testify** 7:18,23 8:2,9,
12,15,18 11:23
40:14 41:25 65:15
66:11

**testimony** 6:14
66:6

**text** 34:23 64:10

**thing** 15:25 23:9
43:8 83:3,20 84:25
90:5 92:14

**things** 27:17 92:1
97:8

**thinking** 92:5

**thousands** 72:10

**ticket** 66:1

**time** 7:12 15:17
33:24 35:25 36:16,
17 47:13 48:19 50:9
54:20,24 55:2 56:10

61:6,16 62:11,16,17
63:5,22 75:24 76:20
78:4,9 79:12 81:13
85:8,18,20 87:10
103:21 106:5

**times** 4:19 31:8 33:1
41:15 49:5 92:23
102:5 108:20

**tnums** 34:9

**today** 6:16,19 41:25
64:2,4,12 85:2,8
94:14 96:9 101:8
106:7,9

**today's** 85:4

**told** 24:23,24 29:2,7,
9,14 48:19 53:25
60:16 61:23 66:10
67:5 91:2 93:23
110:4

**top** 18:18,22 102:17

**topic** 7:24 8:9,11,13,
16 9:22 18:15 55:7
92:22,24 100:15
102:6 111:7

**topics** 8:19,22
11:19,23 80:1

**total** 19:23

**touched** 19:4

**town** 64:5

**trace** 26:4 43:15
69:20 106:5

**tracing** 102:22
103:1

**track** 56:12

**training** 21:7

**transcripts** 5:1

**transfer** 67:6

**transferred** 35:20
57:10 63:6

**transmit** 66:25

**transmits** 66:22
67:12

**Transunion** 43:10,
12,14,24 47:1,10
103:3,9

**trial** 102:12,13

**trouble** 58:25

**troubleshoot** 16:8

**true** 6:8 36:3 77:5
84:16 89:1,7 96:5,9
104:5,22 105:23

**truth** 6:22,24

**ts** 34:10

**Tualatin** 19:17,20

**turn** 84:3 85:10

**Turning** 84:18

**type** 34:12,13

**typed** 37:10

**typing** 90:8

———————

**U**

**Uh-huh** 49:2 54:12
62:7 75:14

**unable** 29:16,19
30:13

**underscore** 34:10,
11 35:18

**understand** 5:15
16:11 37:24 54:22
56:21 66:9 108:12

**understanding**
22:13 55:14,16
75:15 83:6

**unhappy** 64:23

**United** 4:15

**updated** 97:18

**upload** 33:5 34:14
59:20 71:13 75:16,
17 76:2 79:18 81:1,
3,14,19

**uploaded** 22:17,20
37:22 53:21 61:11,
12 62:16 63:2,23
68:8 74:4,19 76:7,
10,16,17 83:19,23
84:19,24 85:11,13

**uploading** 79:23,24
80:1 81:4,5,10 83:9
84:1 112:9

**uploads** 62:8 63:3,
12,14 66:19 76:1,4,5
84:20 87:25

**upper** 20:18

**upstairs** 62:2

**URL** 20:5

**usable** 82:15

**user** 26:24 83:11

**utilizing** 52:21

**utmost** 69:21

———————

**V**

**vacation** 64:3
65:24,25 66:9,13

**values** 34:15,20

**vendor** 43:16

**verbiage** 111:1,9

**verify** 49:9

**versed** 58:24

**versus** 95:16 97:14

**vice** 12:13 61:24

**violating** 111:5

**vital** 69:20

**voice** 70:9 85:16

**Voip** 70:6

**volume** 70:10

**VP** 44:7

———————

**W**

**waiting** 77:1

**waive** 112:2,17

**wakes** 60:24

**ways** 90:16

**wear** 82:24

**Web** 19:6,8,10 20:5,
14 104:16 105:2,9
106:18,24 107:12
108:2 109:17,19,25
110:14 111:12,16

**week** 15:19

**whim** 88:1

**window** 92:14

**wireless** 8:4 44:15
45:1

**witnesses** 102:11

**word** 23:4,14 31:22,
25 35:1 53:7, 54:12,
19,22

**worded** 88:21

**wording** 110:5,6

**words** 21:12,21 22:7
23:5 34:15 50:24
53:10 81:1,2

**work** 16:8 17:18
26:24 66:1 76:23
97:22

**worked** 13:7,15
32:21 63:4

**working** 13:10 27:4,
6

**workings** 14:17

**works** 11:8 22:14
40:13 75:7 81:11
90:10,14

**wrap** 59:14

**write** 95:22 106:23
107:1

**written** 109:18

**wrong** 17:24 22:14
29:5, 60:9 77:13
91:3

**wrote** 105:9 106:25
107:1

**www.dcicollect.
com.** 19:9

———————

**Y**

**year** 12:17 13:14

**years** 12:23 13:8,12,
18

**yesterday** 64:6
72:25

**you,'** 83:13

———————

**Z**

**zone** 75:24