**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Jamie Davis, | : |
| | : |
|           Plaintiff, | : |
| | : Civil Action No.:  1:13-cv-10875-FDS |
| v. | : |
| | : |
| Diversified Consultants, Inc.; and | : |
| DOES 1-10, inclusive, | : |
| | : |
|           Defendant. | : |
| | : |

**DECLARATION OF SERGEI LEMBERG IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, Sergei Lemberg hereby declares as follows:

1.      My name is Sergei Lemberg.  I am an attorney admitted to the United States

District Court for the District of Massachusetts and I make this Declaration based upon personal

knowledge of all matters stated herein.  I am a principal partner at the law firm of Lemberg Law,

LLC.  I am an attorney of record for Plaintiff, and I am familiar with all the facts and

circumstances in this action.

2.      Attached hereto as Exhibit A are true and accurate excerpts of the deposition

transcript of Mavis-Ann Pye, Defendant's Rule 30(b)(6) designee.

3.      Attached hereto as Exhibit B are true and accurate excerpts of the deposition

transcript of the Plaintiff, Jamie Davis.

4.      Attached hereto as Exhibit C is a true and accurate copy of the Declaration of

Mavis-Ann Pye submitted by Defendant in the matter Echevarria v. Diversified Consultants,

Inc., No. 17, 13-cv-04980-LAK (S.D.N.Y.).  I acquired the document through the Pacer system.

5.      Attached hereto as Exhibit D is a Dial List produced by the Defendant in

discovery.  The Dial List is also Exhibit 5 to the deposition of Ms. Pye.

6.      Attached hereto as <u>Exhibit E</u> are Defendant's Interrogatory Responses.

7.      Attached as <u>Exhibit F</u> is a true and accurate copy of Defendant's Website which I retrieved from Defendant's website on February 26, 2014. The Website is also Exhibit 3 to the deposition of Ms. Pye.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.  Executed on March 31, 2014.

By   */s/ Sergei Lemberg*
        Sergei Lemberg, Esq.