# EXHIBIT A

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


NICHOLAS MAVIS,

          Plaintiff,

     vs.                CIVIL ACTION NO.: 3:13-cv-30087-KPN

DIVERSIFIED CONSULTANTS, INC.;
and DOES 1-10, inclusive,

          Defendants.
_____

JAMIE DAVIS,

          Plaintiff,

     vs.                CIVIL ACTION NO.: 1:13-cv-10875-FDS

DIVERSIFIED CONSULTANTS, INC.;
and DOES 1-10, inclusive,

          Defendants.
_____

Deposition of

MAVIS-ANN PYE

Taken on behalf of the Plaintiffs
Pursuant to Amended Notices of Taking Deposition

DATE:  Friday, February 28, 2014
TIME:  12:15 p.m. - 3:24 p.m.
PLACE: Riley Reporting & Associates, Inc.
       1660 Prudential Drive, Suite 210
       Jacksonville, Florida  32207

Examination of the witness taken before:
Tanya L. McCranie
Registered Merit Reporter
_____

RILEY REPORTING & ASSOCIATES, INC.
1660 Prudential Drive, Suite 210
Jacksonville, Florida  32207

2

A P P E A R A N C E S


SERGEI LEMBERG, Esquire,

    Lemberg & Associates, L.L.C.,

    1100 Summer Street
    Stamford, Connecticut  06905
    (203) 653-2250
    slemberg@lemberglaw.com

    appearing on behalf of the plaintiffs.



JOHN J. O'CONNOR, Esquire (telephonically),

    Peabody & Arnold, LLP,

    Federal Reserve Plaza
    600 Atlantic Avenue
    Boston, Massachusetts 32202
    617-951-2077
    joconnor@peabodyarnold.com.

    appearing via telephone on behalf of the
    defendant.




- - -

3

I N D E X

Witness                                              Page

MAVIS-ANN PYE

Direct Examination . . . . . . . . . . . . . . . .  4

- - -

E X H I B I T S

For Identification                                   Page

Plaintiffs' Exhibit No. 1
(Deposition notice Nicholas Mavis). . . . . . .  7
Plaintiffs' Exhibit No. 2
(Deposition notice Jamie Davis) . . . . . . . .  11
Plaintiffs' Exhibit No. 3
(DCI printout "Pre-collection Services"). . . .  20
Plaintiffs' Exhibit No. 4
(Account history Rosalee Pagan) . . . . . . . .  23
Plaintiffs' Exhibit No. 5
(LiveVox log (857) ███-8596) . . . . . . . . .  30
Plaintiffs' Exhibit No. 6
(Account history Nicholas Mavis) . . . . . . .  42
Plaintiffs' Exhibit No. 7
(AT&T wireless statement Nicholas Mavis) . . .  44
Plaintiffs' Exhibit No. 8
(Dialer history (413) 777-5348) . . . . . . . .  49
Plaintiffs' Exhibit No. 9
(Article written by Joshua Fluegel) . . . . . .  68
Plaintiffs' Exhibit No. 10
(Defendant's Supplemental Responses re Davis) .  78
Plaintiffs' Exhibit No. 11
(Defendant's Answers Nicholas Mavis) . . . . .  94
Plaintiffs' Exhibit No. 12
(DCI printout "Technology") . . . . . . . . . .  107

- - -

4

1                    MAVIS-ANN PYE,

2   having been produced and first duly sworn as a witness on

3   behalf of the plaintiffs, and after responding "I do" to

4   the oath, testified as follows:

5                    DIRECT EXAMINATION

6   BY MR. LEMBERG:

7        Q    Good morning, Ms. Pye.

8        A    Good morning.

9        Q    Would you please state your full name for the

10  record.

11       A    Mavis-Ann Pye.

12       Q    My name is Sergei Lemberg.  I represent two

13  plaintiffs in two cases.  The first one is Nicholas Mavis

14  and the second one is Jamie Davis, both of which are

15  pending in the United States District Court, Federal

16  District Court for the District of Massachusetts.

17            Have you ever been deposed before?

18       A    Yes, I have.

19       Q    How many times?

20       A    I would say at least seven.

21       Q    How many of the seven were personal and how

22  many of the seven were on behalf of Diversified

23  Consultants?

24       A    All of them on behalf of Diversified

25  Consultants.

1     the bottom calling on defendant to produce documents.

2     The demands are numbered A through D.  Have all of these

3     documents been produced except the campaign definition

4     reports or similar documents that you don't know anything

5     about?

6          A    To my knowledge, yes.

7          Q    When you qualify "to my knowledge," what does

8     that mean to you?

9          A    I provided the information to the attorney and

10    I'm sure he produced it to you.

11         Q    Now, let me just understand.  What is your

12    position at Diversified Consultants?

13         A    I'm the vice president of compliance.

14         Q    How long have you been there?

15         A    I have been with Diversified since 2005.

16         Q    Prior to that, what jobs did you hold for a

17    period longer than a year?

18         A    For Diversified?

19         Q    For anybody.

20         A    I was a compliance manager for Diversified

21    Consultants.

22         Q    For how long?

23         A    Three years.

24         Q    And before that?

25         A    I was the quality -- I was a quality

17

1     Q    So Diversified Consultants does not deny that

2 it called both Mavis and Davis to collect a debt,

3 correct?

4         MR. O'CONNOR:  Objection to the form.

5         THE WITNESS:  Correct.

6         MR. LEMBERG:  What's the basis of the

7     objection?  Okay, compound.  Let me rephrase.

8         MR. O'CONNOR:  Form.

9 BY MR. LEMBERG:

10     Q    Does Diversified Consultants deny that it

11 called the telephone number assigned to Mr. Davis?

12     A    No.

13         MR. O'CONNOR:  Objection to the form.

14         MR. LEMBERG:  What's the basis of the

15     objection?

16         MR. O'CONNOR:  It's improper in form.

17         MR. LEMBERG:  What -- why is it improper?

18         MR. O'CONNOR:  You have to work that out for

19     yourself, Sergei.

20         MR. LEMBERG:  Well, I'm entitled to ask you for

21     the basis of the objection.

22         MR. O'CONNOR:  I gave it to you.

23         MR. LEMBERG:  You gave -- you repeated what you

24     said.  I'm interested in -- what is wrong with the

25     question, Jack?

1      A      Roughly 400.  It might be high.

2    (Plaintiffs' Exhibit No. 3 marked for identification.)

3            MR. LEMBERG:  I've marked as Plaintiffs' 3 a

4        printout from what I believe to be Diversified

5        Consultants' Web site.  The URL is

6        dcicollect.com/services/dci-pre-collection-services.

7        html.  And I'm going to show that printout to the

8        witness.

9    BY MR. LEMBERG:

10      Q    Please review this document and tell me when

11   you're ready to answer questions.

12      A    I'm ready.

13      Q    Does this document appear to be to you a

14   printout from Diversified Consultants' Web site?

15      A    It looks like it should be, yes.

16      Q    Is it or it is not?

17      A    It appears to be, yes.

18      Q    The logo in the upper left-hand corner of page

19   1, is that the logo of Diversified Consultants?

20      A    Yes, it is.

21      Q    And is the name "Diversified Consultants, Inc.,

22   Dedicated to Risk Management" the name and motto of the

23   company?

24      A    Yes, it is.

25      Q    Does this to you appear to be a page about the

1    pre-collection services that the company provides?

2        A    Yes, it does.

3        Q    And if you flip the page over, the first full

4    sentence of the second page reads:  "With the flexibility

5    available to us via our LiveVox Predictive Dialer, the

6    exceptional functionality of Latitude Software's exciting

7    Latitude Collection System, the high quality training and

8    our motivated employees; DCI possess the resources to

9    take on any -- any project regardless of the complexity

10   or size."  Do you see that?

11       A    Yes, I do.

12       Q    What do the words "our LiveVox predictive

13   dialer" mean to you?

14       A    That it is the phone system that we use to make

15   the calls.

16       Q    And that's the only phone system you use to

17   make the calls, correct?

18       A    Unless it's down, yes.

19       Q    Where is that system located?

20       A    It's a cloud function.

21       Q    What do those words mean?

22       A    Meaning that it's off-site, like the cloud is

23   kind of like the Internet.  I'm not exactly sure on the

24   terminology used for that.

25       Q    And what is LiveVox?

1        A     LiveVox is a company that runs the cloud.

2        Q     And your firm, Diversified Consultants, uses a

3    LiveVox predictive dialer to make outbound phone calls,

4    correct?

5        A     We use a predictive dialer to make phone calls,

6    yes.

7        Q     Okay.  What do the words "predictive dialer"

8    mean to you?

9        A     It means that we predetermine what calls we're

10   going to make and go from there.  And the system -- and

11   Jamie and -- the ownership and executives decide which

12   calls are going to be loaded.

13       Q     So your understanding of how a predictive

14   dialer works is, correct me if I'm wrong, Diversified

15   decides what numbers are going to be called, those

16   numbers are assembled in some sort of spreadsheet form

17   and uploaded to LiveVox, correct?

18            MR. O'CONNOR:  Objection to the form.

19            THE WITNESS:  We decide which numbers are going

20        to be dialed, and they are uploaded to LiveVox.  I'm

21        not sure of the format they -- they go into LiveVox

22        in, but they go into LiveVox through a format.

23   BY MR. LEMBERG:

24       Q     And then LiveVox makes the phone calls?

25       A     Correct.

1   you then be able to tell me why this document was

2   produced?

3         A    I guess, again, it was because on July -- I'm

4   sorry.  It was because the phone number (857) ▇▇-8596 is

5   associated with this account.

6         Q    Okay.  So let's see if we can get this

7   correctly.  Does it appear to you, looking at this

8   account history, that Diversified Consultants received an

9   account -- a debt for collection for Rosalee Pagan on

10  July 9th, 2012?

11        A    Yes.

12        Q    And it proceeded to collect that debt on that

13  same day, correct?

14        A    No.

15        Q    When did the collection activity start?

16        A    The initial attempt at communication was on

17  July 11th.

18        Q    Okay.  And then Diversified Consultants made an

19  inquiry with a company called Innovis to find additional

20  phone numbers for Rosalee Pagan, correct?

21        A    Yes.

22        Q    And that -- and that was done on July 15th,

23  2012, correct?

24        A    Yes.

25        Q    And Innovis is a data provider that -- that

1  enables collectors such as Diversified Consultants to

2  purchase location information, including phone numbers,

3  correct, for a fee?

4      A    CBCInnovis is a skip trace service provider?

5      Q    Right.

6      A    Yes.

7      Q    You guys buy -- buy data from them, right?

8      A    Yes.

9      Q    And among the data that was provided by

10 CBCInnovis is the phone number (857) ███-8596, correct?

11     A    Yes.

12     Q    And then on July 20th, 2012 -- strike that.

13          On August 1st, 2012, that phone number was

14 loaded -- was -- was first called using the LiveVox

15 system, correct?

16     A    Every call is made through LiveVox.

17     Q    So the answer is yes, right?

18     A    Yes.

19     Q    And then the LiveVox system proceeded to call

20 several numbers in fact for Rosalee Pagan, the 72 number

21 and the 96 number, correct?

22     A    Yes.

23     Q    Now, am I correct in reading this chart, the

24 user column indicates the system that is doing the work

25 on the file, in this case on August 1st, LiveVox,

27

1    correct?

2         A    Correct.

3         Q    And the comment column either is generated by

4    the collector who is working the file or by the system,

5    correct?

6         A    By whom -- whoever is working the file, yes.

7         Q    And so let's just look at the first call to the

8    96 number on August 1st, 2012, 8:22 a.m.  That call was

9    made by LiveVox and the result of the phone call was a

10   hang up, correct?

11        A    Correct.

12        Q    And the next call to that phone number was made

13   that same day, on August 1st, by the LiveVox system, and

14   the debtor again hung up the phone, correct, at 8:05

15   p.m., or rather the called party hung up the phone?

16        A    Yes.

17        Q    So we're reading these things the same way.

18             Now, is there anything here on page 1 or in any

19   other part of this document that tells you that the

20   recipient of these phone calls, 8 -- to the number

21   (857) ████-8596 consented to being called by the LiveVox

22   system?

23        A    No.

24        Q    Do you have any evidence to show that the

25   recipient of these phone calls to the 857 number,

28

1     (857) ███-8596 consented to being called?

2          A     No.

3          Q     Have you ever had any evidence that the

4     recipient of the phone calls to phone number

5     (857) ███-8596 consented to being called by the LiveVox

6     system?

7          A     No.

8          Q     Am I correct that in order to determine the

9     number of phone calls made by the LiveVox system to the

10    (857) ███-8596 number, I would simply go down this chart

11    and count them one by one?

12         A     In most cases, yes.

13         Q     Unless there are additional phone calls that

14    are made by the dialer that don't make it to this chart,

15    correct?

16         A     No, that doesn't happen.

17         Q     Well, then, explain to me why you say "in most

18    cases."

19         A     We had a note issue in January of 2012 -- or

20    2013, excuse me, that was double noting the accounts.

21         Q     Do you see that issue reflected in any records

22    here?

23         A     I'd have to look at it more closely.  I do not

24    see that issue on this account.

25         Q     Do you see any evidence here by looking at

1      Q    Do you -- can you tell me what Plaintiffs' 5
2  is?
3      A    This is the call recording log for -- from
4  LiveVox system.
5      Q    What does that mean?
6      A    It's a list of every call that LiveVox made to
7  the specific number requested on specific dates and
8  times.
9      Q    And how does Plaintiffs' 5 correspond to
10 Plaintiffs' 4?
11     A    If you have a call on the call log, it will
12 appear on the account history as well.
13     Q    I'd like for you to please help me out with
14 the column headings in this chart.  "Call Center" means
15 the call center to which the phone calls would be routed
16 if someone picked up, correct?
17     A    That's the call center that the call is headed
18 to, yes.
19     Q    So the LiveVox system is making the call, and
20 if somebody picks up, the call would be routed to DCI
21 Jacksonville, correct?
22     A    I don't know if routed is the right word, but
23 it would be -- a Jacksonville representative would take
24 the call.
25     Q    So what is the right word?

1     Q     Word?  You don't?  Okay.

2           What about "Caller ID," what does that mean?

3     A     That's the number that is appearing on the

4  consumer's caller ID.

5     Q     And the "Outcome"?

6     A     That's the outcome of the call.

7     Q     Now, if I go -- then instead of looking at

8  columns, if I go by rows, each row reflects a phone call

9  made to the 8596 number, correct?

10    A     Yes.

11    Q     By the LiveVox system, correct?

12    A     There could also be inbound calls on here.

13    Q     And what -- do you see any inbound calls on

14  here?

15    A     I do.

16    Q     Show me an inbound call.

17    A     The last line on page 1 says, "T-Mobile

18  underscore Sprint underscore IB," for inbound.

19    Q     So the person from this number called inbound

20  and was transferred to an operator, correct?

21    A     Did not connect, but yes.

22    Q     When you say "did not connect," what do you

23  base that on?

24    A     There are several factors here.  The agent --

25  there's no agent number, and the length of time of the

1    Q    Facilitating.  So DCI collectors don't make

2  outbound phone calls, correct?

3    A    No, they do.

4    Q    Well, some do.  But most calls are made by

5  LiveVox or through LiveVox?

6    A    Through LiveVox.

7    Q    Right.  So there's a -- LiveVox is a computer

8  that lives in the cloud that makes phone calls for DCI,

9  and then when somebody picks up the phone, the call is

10  then transferred to a DCI collector, correct?

11    A    In some circumstances.

12    Q    And in other circumstances what happens?

13    A    The collector punches in the number on the

14  keypad and says -- hits the call button, and the call is

15  dialed, and the collector hears the phone ring, and his

16  answering machine picks up or --

17    Q    Those calls are still made through the use of

18  the LiveVox, correct?

19    A    Yes.

20    Q    So let's just deal with the -- the first

21  category, the calls that the LiveVox system makes without

22  the collector punching a key of any sort.

23    A    I'm sorry --

24    Q    In order to do that, in order for the LiveVox

25  system to know which numbers to dial, Diversified

1    we agree on that?

2        A    Sure.

3        Q    And the file contains phone numbers.  Can we

4    agree on that?

5        A    Yes.

6        Q    And roughly what time does he do that from his

7    home computer?

8        A    Between 4:30 and 5:30.

9        Q    And those -- that file, what happens, then, to

10   that file?

11       A    It's uploaded to LiveVox.

12       Q    Uploaded to the LiveVox server, correct, to the

13   cloud?

14       A    Correct.

15       Q    And what then happens to those numbers?

16       A    At the appropriate time that's been designated

17   by the settings that Jamie has installed or set up that

18   morning or however he's done it for the specific amount

19   of calls for whatever campaign he's running, the calls

20   are made.

21       Q    So Jamie decides -- has some -- how does he

22   decide what campaign to run?

23       A    He's told the day before by our CEO -- or COO,

24   excuse me, and the vice president of operations and

25   president of the company and everybody else who has any

1    input.

2         Q    So Jamie gets guidance from upstairs telling

3    him what campaign to run, correct?

4         A    Yeah.

5         Q    He then decides what phone numbers go into the

6    file, correct?

7         A    Uh-huh.

8         Q    Then uploads the file to the server run by

9    LiveVox, correct?

10        A    Correct.

11        Q    And then at the appropriate time, the LiveVox

12   makes the phone calls based on however Jamie designs the

13   campaign for that day, correct?

14        A    The campaign and however way he wants --

15   whatever way he wants the calls to be made.

16        Q    And between the time that the file is uploaded

17   to LiveVox and the time that the phone calls are made,

18   those phone numbers live on the server, correct?

19        A    I'm not sure --

20             MR. O'CONNOR:  (Inaudible.)

21             THE WITNESS:  Sorry.

22             THE REPORTER:  I'm sorry, Mr. O'Connor, did you

23        say something?

24             MR. O'CONNOR:  Just an objection to the form.

25             You can answer it, Mavis, if you can.

1          THE WITNESS:  I'm not sure if they live on the

2      server or if they are uploaded -- Jamie's got a

3      full-time job.  I don't know if he uploads them

4      every hour or every minute or how it's worked, or if

5      they're stored in Latitude until a certain time and

6      then transferred over, or what.  I'm not exactly

7      sure.

8   BY MR. LEMBERG:

9      Q    Okay.  Well, you said there's a computer, a

10  server somewhere, correct?

11     A    Right.

12     Q    To which Jamie uploads the file, right?

13     A    For the calls that are going to be made.

14     Q    Right.  So once he uploads the file, the file

15  sits in that computer, right?  Not in the cloud, it sits

16  on a computer hard disc somewhere?

17     A    I'm not sure --

18          MR. O'CONNOR:  Objection to the form.

19          THE WITNESS:  I'm not sure where it sits.  I'm

20      not sure if it sits on a computer, if it sits on the

21      cloud, or if they're in Latitude still until the

22      time they're supposed to be called, then the account

23      number is uploaded.

24  BY MR. LEMBERG:

25     Q    Where does Jamie live?

1        A      Jacksonville, Florida.

2        Q      Do you know if he can be here today?

3        A      I think he's on vacation right now.  I don't

4    know if he's here today.

5        Q      Is he in town?

6        A      I don't know.  I know he was there yesterday,

7    but he was only there for like an hour.

8        Q      Can you call and find out if we can ask him

9    some questions?

10       A      I can text him.

11            MR. O'CONNOR:  No, that's not going to happen

12       today, Sergei.

13            MR. LEMBERG:  Okay.  Then, Jack, I'd like to

14       make a joint call to the magistrate in the Mavis

15       case to see if we can clarify this issue.  Or we can

16       do it to the district court judge in the -- in the

17       Davis case.  Tell me what you prefer.

18            MR. O'CONNOR:  We've produced a 30(b)(6)

19       witness who's knowledgeable and happy to answer any

20       questions --

21            MR. LEMBERG:  She doesn't know -- no, she's not

22       happy -- Jack, I know she's happy to answer.  I'm

23       not saying she's unhappy.  I'm telling you she

24       doesn't know -- she -- she's just not a technical

25       person.  She doesn't know the answers, the very

70

1           THE WITNESS:  I don't see a reason why I would

2      disagree with it.

3  BY MR. LEMBERG:

4      Q    The second sentence -- the second sentence

5  says, "LiveVox is currently DCI's hosted solution where

6  we connect with them via VoIP for cost efficiency."  Is

7  that accurate?

8      A    We do use LiveVox as our hosted solution via

9  voice over IP.

10      Q    Because telecom comes with high volume and

11  low-average balance, you need to make millions of phone

12  calls a day, sometimes we could do -- something we could

13  not do when operating through a premise-based system.

14  Any disagreement with that?

15           MR. O'CONNOR:  Objection to form.

16           THE WITNESS:  I do disagree with this.

17  BY MR. LEMBERG:

18      Q    Okay.  Well, tell me why you disagree with

19  this.

20      A    Because it says you need the ability to make

21  millions of phone calls a day.

22      Q    Okay.

23      A    I think you said you need to make millions --

24  you know.

25      Q    Does that -- does that sentence mean to you

 1    that Diversified Consultants makes millions of phone

 2    calls a day?

 3        A    No, it means we have the ability to make

 4    millions of phone calls a day.

 5        Q    Okay.  You need the ability to make millions of

 6    phone calls a day, right?

 7        A    Correct.

 8        Q    And so in order to make millions of phone calls

 9    a day, is it fair to say that Jamie would have to

10    download some number that is -- download some large

11    number of phone numbers into the dialer so that it could

12    make those phone calls?

13        A    He would have to upload a large number of files

14    or large groups of files.

15        Q    Right.  And those groups of files, individual

16    files have phone numbers in them, correct?

17        A    I'm not sure if they have phone numbers or

18    account numbers, or -- and that's --

19        Q    Hold on.

20        A    I'm not sure on -- okay.  Let me --

21        Q    In order for the dialer to dial, what is it

22    dialing?  It's not dialing account numbers.

23        A    No, it's dialing a phone number.

24        Q    Right.  So the files have phone numbers,

25    right?

73

1          A     No.

2          Q     Can you estimate how many numbers are loaded

3     into the LiveVox dialer on a daily basis?

4          A     Can I estimate?

5          Q     Yes.

6          A     It would be more of a guesstimate, but ...

7          Q     Tell me.

8          A     I'd say over a million.

9          Q     On a daily basis?

10         A     It's a guesstimation, but yes.

11         Q     What's the over/under on that?  It could be off

12    by 200,000s.

13         A     I mean, it could be off -- it could be off by

14    millions.  I don't know.

15         Q     But in order to make millions of phone calls a

16    day, you need some number that's more than --

17         A     One.

18         Q     Well, your system doesn't -- I mean, let's be

19    realistic.  It's some number above 100,000, right?

20              MR. O'CONNOR:  Objection to the form.

21              THE WITNESS:  To make phone calls -- to make

22         millions of phone calls a day --

23    BY MR. LEMBERG:

24         Q     Right.

25         A     -- if we're making millions of phone calls a

74

1    day, you're going to have to dial a million phone

2    numbers.

3          Q    Okay.  Now, those phone numbers are contained

4    within the files that are uploaded to LiveVox, correct?

5          A    I -- yes.

6          Q    Now, since LiveVox is a computer -- okay.  Let

7    me ask you a question.  Let the record reflect that I am

8    holding a cup of coffee in my hand and I'm asking the

9    witness to look at the cup of coffee and answer my

10   question, and the question is as follows:  Does this cup

11   of coffee have the capacity to store the coffee that is

12   in it?

13         A    Yes.

14         Q    Because if it didn't store it, there would be a

15   hole and it would be coming out on the other end,

16   right?

17         A    Correct.

18         Q    Now, the numbers that are downloaded into the

19   LiveVox -- uploaded, rather, into the LiveVox dialer by

20   Jamie, they sit there in that dialer, correct, until they

21   are dialed?

22              MR. O'CONNOR:  Objection to the form.

23              THE WITNESS:  I don't know.

24   BY MR. LEMBERG:

25         Q    Is the LiveVox dialer like the cup of coffee

1   topics.  And you can click the link to go to uploading a

2   campaign.

3       Q    So which -- which PA number?

4       A    PA 32 is the start of it.

5       Q    Why don't we go PA 31 instead.  Would you

6   please read that section and tell me -- and then tell me

7   when you're ready.

8       A    Okay.

9       Q    Can you explain to me what this section

10  means?

11      A    That means that we have the option to store

12  information or phone numbers into the system, LiveVox

13  system, for up to 30 days.

14      Q    And they can reside there, the campaigns, for

15  up to 30 days, correct?

16      A    At our choice.

17      Q    And data reports exist beyond the 30-day limit,

18  correct?

19      A    Data reports on how -- on what was done, yes.

20      Q    But it seems to me that this PA 31 means that

21  the LiveVox dialer that -- for which this manual is the

22  manual has the capacity to retain the files for 30 -- for

23  up to 30 days, correct?

24      A    It has the capacity to obtain -- retain them

25  for up to 30 days.

1      Q    Okay.  Now, what do the words "upload the

2  file" -- you pointed me to page 32.  What do the words

3  "upload the file" mean?

4      A    Uploading a campaign or file would be the

5  numbers we want to call, uploading it to the system.

6      Q    So taking it from your system and moving it to

7  somebody else's, right?

8      A    Yeah, or putting in the FTP and taking -- yeah.

9      Q    All right.  When the file is -- looking at page

10  PA 32, there's a heading called "Uploading a Campaign."

11  Can you explain to me how this process works looking at

12  this manual?

13      A    If I took the time to read it, I would be able

14  to, yes.  This is a step-by-step on how to upload a file,

15  yeah.

16      Q    Right.  So you take the file, you select it

17  from your system, correct?

18      A    Right.

19      Q    And then you upload it to their system,

20  right?

21      A    Yeah.  Well -- yeah.

22      Q    And that's what Jamie does, does he not?

23      A    Yeah.

24      Q    And then the file, then, is -- sits on their

25  system until the numbers are dialed, correct?

1    A    Or until it expires based on the shelf life

2  that we've preassigned.

3    Q    Right.  And right at the bottom here it talks

4  about archiving.  And it says, "Completed and reported

5  files older than the current date are archived; these

6  files will only be displaced until their shelf life

7  expires."  Do you see that?

8    A    Yes, I do.

9    Q    So the -- the LiveVox system has the capacity

10  to archive these files, does it not?

11    A    Yes.

12    Q    And when I -- when it says "archive," that

13  means retain on the system, correct?

14    A    Archive is retain old information that's not

15  usable.  It's like --

16    Q    Is it any different than the library, for

17  instance?  You can have a book and an archive.  You can

18  have a file here and an archive, right?

19    A    Here's -- here's how I would describe it:  You

20  have a child.  The child outgrows a pair of shoes, but

21  you save them.  You get them bronzed.  They're now

22  archived.  They're not something you're going to use

23  every day anymore.  They're something your child's never

24  going to wear again.  No child will ever wear them

25  again.

89

1    another specification for how dialing is to be done; true

2    or false?

3         A    False, because we don't use their standard.

4              MR. O'CONNOR:  Objection to the form.

5    BY MR. LEMBERG:

6         Q    But their standard is to dial sequentially;

7    true or false?

8              MR. O'CONNOR:  Objection to the form.

9              THE WITNESS:  LiveVox has a standard of dialing

10        sequentially.  Diversified Consultants does not use

11        their standard.

12   BY MR. LEMBERG:

13        Q    Diversified Consultants use -- uses a different

14   strategy for how it assigns when phone calls are made,

15   correct?

16        A    Correct.

17        Q    But the LiveVox system has the capacity to dial

18   sequentially, does it not?

19        A    I guess, yeah.

20        Q    Is that yes?

21        A    Yes.

22        Q    In fact, that's their default option, is it

23   not?

24        A    Correct.

25        Q    Are you familiar with the term "preview

113

1                 C E R T I F I C A T E   O F   O A T H

2

3

4    STATE OF FLORIDA )

5    COUNTY OF DUVAL  )

6

7

8         I, the undersigned authority, certify that MAVIS-ANN

9    PYE personally appeared before me and was duly sworn on

10   Friday, February 28, 2014.

11

12        WITNESS my hand and official seal this 4th day of

13   March 2014.

14

15

16

17

18
                         _____
19                       Tanya L. McCranie
                         Notary Public - State of Florida
20                       Commission No.:  FF 049175
                         Expires:  October 26, 2017
21

22   Personally known:
     Produced Identification: XX
23   Type of Identification Produced: Florida Driver's License

24

25

114

C E R T I F I C A T E

STATE OF FLORIDA   )

COUNTY OF DUVAL    )

I, TANYA L. McCRANIE, Registered Merit Reporter, certify that I was authorized to and did stenographically report the deposition of MAVIS-ANN PYE; that a review of the transcript was requested; and that the transcript is a true and complete record of my stenographic notes.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with this action, nor am I financially interested in the action.

DATED this 4th day of March 2014.

_____
Tanya L. McCranie, RMR