# EXHIBIT D

## Summary

| | |
|---|---|
| Client | DCI |
| Phone Number | 857-___-596 |
| Start Date | 07/09/2012 |
| End Date | 01/08/2013 |

## Results

| CallCenter | Skill | Name | Account | Agent | Date | Start | End | Campaign | CallerID | Outcome |
|---|---|---|---|---|---|---|---|---|---|---|
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | | Wed Aug 01 2012 | 8:22:14 AM | 8:22:50 AM | master_tnums_file_test_08-01-2012__ts_july.csv | 8572643055 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | | Wed Aug 01 2012 | 8:05:31 PM | 8:06:07 PM | master_tnums_file_test_08-01-2012__ts_july.csv.r1 | 8572643055 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | | Thu Aug 02 2012 | 1:03:59 AM | 1:04:37 AM | master_tnums_file_test_08-02-2012__ts_july.csv | 8572643045 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | | Thu Aug 02 2012 | 4:05:06 PM | 4:05:37 PM | master_tnums_file_test_08-02-2012__ts_july.csv.r1 | 8572643045 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | | Thu Aug 02 2012 | 8:25:54 PM | 8:26:30 PM | master_tnums_file_test_08-02-2012__ts_july.csv.r1 | 8572643045 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | | Sat Aug 04 2012 | 9:40:50 AM | 9:41:25 AM | master_tnums_file_test_08-04-2012__ts_lunenjuly.csv | 8572643055 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | | Mon Aug 06 2012 | 8:06:29 AM | 8:07:05 AM | master_tnums_file_test_08-06-2012__tmsp_july.csv | 8572643048 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | | Mon Aug 06 2012 | 6:34:15 PM | 6:34:51 PM | master_tnums_file_test_08-06-2012__tmsp_july.csv.r1 | 8572643048 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | | Tue Aug 07 2012 | 8:06:39 AM | 8:07:18 AM | master_tnums_file_test_08-07-2012__ts_july.csv | 8572643055 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | | Wed Aug 08 2012 | 8:43:38 AM | 8:44:01 AM | master_tnums_file_test_08-08-2012__ts_july.csv | 8572643045 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | | Thu Aug 09 2012 | 8:06:25 AM | 8:06:59 AM | master_tnums_file_test_08-09-2012__ts_july.csv | 8572643048 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | | Thu Aug 09 2012 | 8:20:19 PM | 8:20:55 PM | master_tnums_file_test_08-09-2012__ts_july.csv.r1 | 8572643048 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26813_Tmobile_Sprint_IB_9044252852 (20) | Rosalee Pagan | 13467733 | | Thu Aug 09 2012 | 9:15:14 PM | 9:15:26 PM | 26813_CALLBACK_CALLS_08-09-2012.txt | | Operator Transfer |

PA238

PLAINTIFF'S EXHIBIT NO. 5
FOR IDENTIFICATION
DATE: 2/28/14
RPTR: LMTW
PENGAD 800-631-6989

| Site | Campaign | Agent | Phone | Date | Time Start | Time End | File | Callback # | Disposition |
|---|---|---|---|---|---|---|---|---|---|
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Fri Aug 10 2012 | 8:06:34 AM | 8:07:02 AM | master_tnums_file_test_08-10-2012_ts_july.csv | 8572643055 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Wed Aug 15 2012 | 8:06:30 AM | 8:06:51 AM | master_tnums_file_test_08-15-2012_ts_july.csv | 8572643048 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Wed Aug 15 2012 | 3:47:55 PM | 3:48:32 PM | master_tnums_file_test_08-15-2012_ts_july.csv.r1 | 8572643048 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Mon Aug 20 2012 | 8:58:18 AM | 8:58:42 AM | master_tnums_file_test_08-20-2012_ts_july.csv | 8572643045 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Tue Aug 21 2012 | 8:06:27 AM | 8:06:45 AM | master_tnums_file_test_08-21-2012_ts_july.csv | 8572643048 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Tue Aug 21 2012 | 3:45:00 PM | 3:46:35 PM | master_tnums_file_test_08-21-2012_ts_july.csv.r1 | 8572643048 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Wed Aug 22 2012 | 8:04:16 AM | 8:04:43 AM | master_tnums_file_test_08-22-2012_ts_july.csv | 8572643055 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Mon Aug 27 2012 | 8:06:42 AM | 8:07:16 AM | master_tnums_file_test_08-27-2012_ts_july_jay.csv | 8572643048 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Tue Sep 04 2012 | 2:09:41 PM | 2:10:02 PM | master_tnums_file_test_09-04-2012_ts_julynaug.csv | 8572643045 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Tue Sep 04 2012 | 6:11:27 PM | 6:11:49 PM | master_tnums_file_test_09-04-2012_ts_julynaug.csv.r1 | 8572643045 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Tue Sep 04 2012 | 8:14:16 PM | 8:14:40 PM | master_tnums_file_test_09-04-2012_ts_julynaug.csv.r1 | 8572643045 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Wed Sep 05 2012 | 8:08:07 AM | 8:08:26 AM | master_tnums_file_test_09-05-2012_ts_july2aug.csv | 8572643048 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Wed Sep 05 2012 | 1:18:51 PM | 1:19:13 PM | master_tnums_file_test_09-05-2012_ts_july2aug.csv.r1 | 8572643048 | Answering Machine (Hung Up) |
| DCI Jacksonville | 27542_Tmobile_Sprint-QC (17) | Rosalee Pagan | 13467733 | Wed Sep 05 2012 | 1:20:59 PM | 1:21:02 PM | 26813_CALLBACK_CALLS_09-05-2012 | | Operator Transfer |
| DCI Jacksonville | 26813_Tmobile_Sprint_IB_9044252852 (20) | Rosalee Pagan | 13467733 | Thu Sep 27 2012 | 8:34:18 AM | 8:34:54 AM | master_tnums_file_test_09-27-2012_ts_junenjulynmar.csv | 8572643055 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Thu Sep 27 2012 | 4:43:06 PM | 4:43:39 PM | master_tnums_file_test_09-27-2012_ts_junenjulynmar.csv.r1 | 8572643048 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Fri Sep 28 2012 | 8:35:10 AM | 8:35:45 AM | master_tnums_file_test_09-28-2012_ts_july.csv | 8572643045 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Fri Sep 28 2012 | 4:15:25 PM | 4:15:47 PM | master_tnums_file_test_09-28-2012_ts_july.csv.r1 | 8572643045 | Answering Machine (Hung Up) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Thu Oct 04 2012 | 8:08:02 AM | 8:08:37 AM | master_tnums_file_test_10-04-2012_sp_ovr_624_jan2july.csv | 8572643045 Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Thu Oct 04 2012 | 5:43:50 PM | 5:44:25 PM | master_tnums_file_test_10-04-2012_sp_ovr_624_jan2july.csv.r1 | 8572643045 Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Tue Oct 09 2012 | 4:01:55 PM | 4:02:27 PM | master_tnums_file_test_10-09-2012_sp_jan2july.csv.r2 | 8572643055 Listened |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Wed Oct 10 2012 | 3:15:08 PM | 3:15:27 PM | master_tnums_file_test_10-10-2012_sp_jan2july.csv.r1 | 8572643045 Listened |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Thu Oct 11 2012 | 3:28:35 PM | 3:28:59 PM | master_tnums_file_test_10-11-2012_sp_jan2july.csv | 8572643048 Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Thu Oct 11 2012 | 8:13:27 PM | 8:14:02 PM | master_tnums_file_test_10-11-2012_sp_jan2july.csv.r1 | 8572643048 Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Mon Oct 15 2012 | 10:29:44 AM | 10:30:19 AM | master_tnums_file_test_10-15-2012_sp_jan2july.csv | 8572643055 Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Mon Oct 15 2012 | 3:40:39 PM | 3:40:58 PM | master_tnums_file_test_10-15-2012_sp_jan2july.csv.r1 | 8572643055 Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Fri Oct 19 2012 | 2:40:10 PM | 2:40:37 PM | master_tnums_file_test_10-19-2012_sp_jan2july.csv | 8572643045 Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Mon Oct 22 2012 | 8:28:03 AM | 8:28:37 AM | master_tnums_file_test_10-22-2012_sp_jan2july.csv | 8572643045 Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Tue Oct 23 2012 | 1:56:50 PM | 1:57:22 PM | master_tnums_file_test_10-23-2012_sp_jan2july.csv | 8572643048 Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Wed Oct 24 2012 | 10:58:30 AM | 10:59:30 AM | master_tnums_file_test_10-24-2012_sp_jan2july.csv | 8572643055 Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Fri Oct 26 2012 | 2:05:46 PM | 2:06:25 PM | master_tnums_file_test_10-26-2012_sp_jan2july.csv | 8572643048 Answering Machine (Hung Up) |
| DCI Jacksonville | 27542_Tmobile_Sprint_QC (17) | Rosalee Pagan | 13467733 | Mon Oct 29 2012 | 10:14:48 AM | 10:15:11 AM | master_tnums_file_test_10-29-2012_sp_jan2july.csv | 8572643055 Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Tue Oct 30 2012 | 7:11:54 PM | 7:12:30 PM | master_tnums_file_test_10-30-2012_sp_jan2july.csv | 8572643048 Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Thu Nov 01 2012 | 6:52:52 PM | 6:53:27 PM | master_tnums_file_test_11-01-2012_sp_jan2july.csv | 8572643055 Answering Machine (Hung Up) |
| DCI Jacksonville | 15966_APortland_main_RPC | Rosalee Pagan | 13467733 | Mon Nov 05 2012 | 4:09:32 PM | 4:10:08 PM | master_tnums_file_test_11-05-2012_port_sprint2nds_J2J.csv | 6179630724 Answering Machine (Hung Up) |
| DCI Jacksonville | 15966_APortland_main_RPC | Rosalee Pagan | 13467733 | Tue Nov 06 2012 | 4:14:14 PM | 4:14:35 PM | master_tnums_file_test_11-06-2012_port_sp_jan2july_1s.csv | 6179630792 Answering Machine (Hung Up) |
| DCI | | Rosalee | | Wed Nov 07 | 1:39:35 | 1:40:12 | | |

PA240

| Location | Campaign | Agent | ID | Date | Time1 | Time2 | File | Phone | Disposition |
|---|---|---|---|---|---|---|---|---|---|
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | 2012 | | | master_tnums_file_test_11-07-2012__sp_jan2july.csv | 8572643048 | Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Wed Nov 07 2012 | 3:06:35 PM | 3:07:19 PM | master_tnums_file_test_11-07-2012__sp_jan2july.csv.r1 | 8572643048 | Hung Up in Opening |
| DCI Jacksonville | 15966_APortland_main_RPC | Rosalee Pagan | 13467733 | Wed Nov 07 2012 | 3:18:24 PM | 3:19:15 PM | master_tnums_file_test_11-07-2012_port_sp_j2j_ls.csv | 6179630807 | Hung Up in Opening |
| DCI Jacksonville | 28815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Fri Nov 09 2012 | 11:21:58 AM | 11:22:20 AM | master_tnums_file_test_11-09-2012_sp_jan2july.csv | 8572643045 | Answering Machine (Hung Up) |
| DCI Jacksonville | 15966_APortland_main_RPC | Rosalee Pagan | 13467733 | Fri Nov 09 2012 | 1:42:17 PM | 1:42:54 PM | master_tnums_file_test_11-09-2012__sp_jan2july.csv | 6179630792 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Fri Nov 09 2012 | 6:11:43 PM | 6:12:04 PM | master_tnums_file_test_11-09-2012__sp_jan2july.csv.r1 | 8572643045 | Answering Machine (Hung Up) |
| DCI Jacksonville | 15966_APortland_main_RPC | Rosalee Pagan | 13467733 | Fri Nov 09 2012 | 8:06:26 PM | 8:07:02 PM | master_tnums_file_test_11-09-2012_port_sp_jan2july.csv.r1 | 6179630792 | Answering Machine (Hung Up) |
| DCI Jacksonville | 15966_APortland_main_RPC | Rosalee Pagan | 13467733 | Mon Nov 12 2012 | 6:02:08 PM | 6:02:43 PM | master_tnums_file_test_11-12-2012__port_sp_jan2july.csv | 8178830792 | Answering Machine (Hung Up) |
| DCI Jacksonville | 15966_APortland_main_RPC | Rosalee Pagan | 13467733 | Tue Nov 13 2012 | 4:30:09 PM | 4:30:48 PM | master_tnums_file_test_11-12-2012__port_sp_jan2july.csv | 6179630807 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Wed Nov 14 2012 | 1:55:44 PM | 1:56:10 PM | master_tnums_file_test_11-14-2012__sp_jan2july.csv | 8572643055 | Answering Machine (Hung Up) |
| DCI Jacksonville | 15966_APortland_main_RPC | Rosalee Pagan | 13467733 | Wed Nov 14 2012 | 7:51:57 PM | 7:52:32 PM | master_tnums_file_test_11-14-2012_port_sp_jan2july.csv | 6179630724 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Tmobile_Sprint_RPC (16) | Rosalee Pagan | 13467733 | Thu Nov 15 2012 | 2:41:35 PM | 2:42:07 PM | master_tnums_file_test_11-15-2012__sp_jan2july.csv | 8572643045 | Invalid Phone Number |
| DCI Jacksonville | 26813_Tmobile_Sprint_IB_9044252852 (20) | Rosalee Pagan | 13467733 C098 | Thu Nov 15 2012 | 2:42:16 PM | 2:42:52 PM | 26813_CALLBACK_CALLS_11-15-2012 | | AGENT - Customer Hung Up |
| DCI Jacksonville | 26813_Tmobile_Sprint_IB_9044252852 (20) | Rosalee Pagan | 13467733 C434 | Thu Nov 15 2012 | 2:43:08 PM | 2:43:27 PM | 26813_CALLBACK_CALLS_11-15-2012 | | AGENT - Customer Hung Up |
| DCI Jacksonville | 26813_Tmobile_Sprint_IB_9044252852 (20) | Rosalee Pagan | 13467733 C600 | Thu Nov 15 2012 | 2:43:44 PM | 2:44:32 PM | 26813_CALLBACK_CALLS_11-15-2012 | | AGENT - Wrong Number |
| DCI Jacksonville | 15966_APortland_main_RPC | Rosalee Pagan | 13467733 | Thu Nov 15 2012 | 3:29:26 PM | 3:30:11 PM | master_tnums_file_test_11-15-2012_port_sp_jan2july.csv | 6179830792 | Answering Machine (Hung Up) |