UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jamie Davis,<br><br>        Plaintiff<br><br>v.<br><br>Diversified Consultants, Inc., and<br>DOES 1-10, inclusive,<br><br>        Defendants | Civil Action No. 1:13-cv-10875-FDS |

**AFFIDAVIT OF JOHN J. O'CONNOR**

1. I am an attorney in good standing admitted to practice before the bar of the Commonwealth of Massachusetts.

2. Attached to this Affidavit as <u>Exhibit A</u> is true and accurate copy of an excerpt from the deposition testimony given by the plaintiff Jamie Davis.

3. Attached to this Affidavit as <u>Exhibit B</u> is a true and accurate copy of the complaint filed by the plaintiff.

Signed and sworn under the pains and penalties of perjury this 31st day of March, 2014.

                                                      /s/ John J. O'Connor
                                                      John J. O'Connor

819057_1
15874-97169