# EXHIBIT A

1

```
                               VOL. I
                               Pp. 1 - 41

            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


                        C.A. NO. 3:13-10875-FDS
```

* * * * * * * * * * * * * * * * *

JAMIE DAVIS,

    Plaintiff

VS.

DIVERSIFIED CONSULTANTS, INC.,
AND DOES 1-10, INCLUSIVE,

    Defendants

* * * * * * * * * * * * * * * * *


    Deposition of JAMIE DAVIS, a witness called by counsel for the Defendants, pursuant to the applicable rules, before Lorreen Hollingsworth, CSR/RPR, CSR NO. 114793, and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Peabody & Arnold, LLP, 600 Atlantic Avenue, Boston, Massachusetts, on Tuesday, March 11, 2014, at 11:09 a.m.

HOLLINGSWORTH & ASSOCIATES
(781) 235-1424

| | | |
|---|---|---|
| 1 | | the caller referring to Rosalee Pagan? |
| 2 | A | Yes. |
| 3 | Q | Do I understand correctly then there was a |
| 4 | | fairly extended period of time where you |
| 5 | | didn't hear anything from these people? |
| 6 | A | Yeah. |
| 7 | Q | And then what happened after that? When |
| 8 | | was the next call? |
| 9 | A | The calls just started coming. They just |
| 10 | | started coming twice a day. Once, I don't |
| 11 | | pay no mind. If I don't know the number, I |
| 12 | | don't pay any mind. |
| 13 | | But once it became twice a |
| 14 | | day, I kept looking at the number, kept |
| 15 | | looking at the number, because it kept |
| 16 | | calling. So -- and then it just popped -- |
| 17 | | dawned on me it was the same number that |
| 18 | | had called previously. So I answered it at |
| 19 | | that point. |
| 20 | Q | Is it correct to say that there were a |
| 21 | | number of calls that you just didn't answer |
| 22 | | the phone? |
| 23 | A | Yeah. |
| 24 | Q | When you did speak with that woman the |

| | | |
|---|---|---|
| 1 | | first time, did she ask you if it was okay |
| 2 | | to call you back on that number? |
| 3 | A | No. |
| 4 | Q | So at some point, if I understand |
| 5 | | correctly, you answered one of these calls? |
| 6 | A | (Nodding.) |
| 7 | Q | Can you put a time frame on that, a month? |
| 8 | A | No. |
| 9 | Q | Okay. If I said it was sometime in the |
| 10 | | summer of 2012, would you disagree with |
| 11 | | that? Does that sound more or less correct |
| 12 | | to you? |
| 13 | A | I don't think it's 2012, because it was |
| 14 | | happening -- the very first call had came |
| 15 | | before 2012, because this pretty much |
| 16 | | wrapped up at the end of 2012. That's when |
| 17 | | I contacted my lawyer here. So it was |
| 18 | | working way before then. It was more like |
| 19 | | 2011 when they particularly started. |
| 20 | Q | So your best memory is that the calls that |
| 21 | | you're both concerned about in this case |
| 22 | | were in 2011? |
| 23 | A | No, that was the first call. The ones I |
| 24 | | was concerned about were the ones that |

22

|    |   |                                                          |
|----|---|----------------------------------------------------------|
| 1  |   | continued afterwards, after I -- you know,               |
| 2  |   | she said that she was taking me off.                     |
| 3  | Q | Okay. So that's the group of calls I'm                   |
| 4  |   | asking you about now.                                    |
| 5  | A | Okay.                                                    |
| 6  | Q | Sometime in 2012?                                        |
| 7  | A | Yes.                                                     |
| 8  | Q | And at some point you answered one of those              |
| 9  |   | calls. So my question is: What did the                   |
| 10 |   | caller say to you and what did you say to                |
| 11 |   | the caller in that conversation?                         |
| 12 | A | At this point, I probably answered -- I                  |
| 13 |   | started to answer them more often, because               |
| 14 |   | I wanted it to stop. I just thought if I                 |
| 15 |   | get a different person, I'd get a different              |
| 16 |   | result.                                                  |
| 17 |   | And to that point, they                                  |
| 18 |   | started getting rude about the situation.                |
| 19 |   | You know, and I'm just trying to get them                |
| 20 |   | to stop calling me, because I wasn't the                 |
| 21 |   | person that they were looking for.                       |
| 22 | Q | Okay. Let me back up for a second. I was                 |
| 23 |   | asking you about the first conversation you              |
| 24 |   | had.                                                     |

```
1              Do you have any memory of that
2     first one?  And I don't mean the very first
3     one.
4  A  Right.
5  Q  The first one after this lag time.
6  A  It was the same deal.  I just told her, I'm
7     not the person that you're looking for.
8     And she said -- once again, another lady,
9     different one.  But she pretty much had the
10    same thing to say, Okay, we'll take you off
11    the list; I'm very sorry; do you know her?
12    I said, No.  And it pretty much worked out
13    the same way.  But this time the calls only
14    stopped for maybe four days, and then they
15    fired up again.
16 Q  Did you have the impression during that
17    second conversation that you were talking
18    to the same person or a different person?
19 A  No, it was a different person.
20 Q  Can you give me your best estimate of how
21    many conversations like this you had?  Are
22    you able to do that?
23 A  About -- when I actually talked to them and
24    asked them to take me off?
```

| | | |
|---|---|---|
| 1 | Q | Correct. |
| 2 | A | Probably at least seven. |
| 3 | Q | And did you have the impression that it was |
| 4 | | a different caller each time, or did you |
| 5 | | ever hear a familiar voice? |
| 6 | A | I think one time I recognized the voice. |
| 7 | | But, maybe, not totally for sure. |
| 8 | Q | Do you have a memory of the name of any of |
| 9 | | the callers? |
| 10 | A | No. |
| 11 | Q | Did they typically identify themselves? |
| 12 | A | At the end, I started getting frustrated |
| 13 | | with them.  I started asking them.  Then |
| 14 | | they started hanging up on me, so... |
| 15 | Q | Were there ever any calls that came to you |
| 16 | | from a number that you recognized where you |
| 17 | | just hung up, didn't address the caller? |
| 18 | A | No.  If I answered it, I addressed the |
| 19 | | caller. |
| 20 | Q | So you didn't answer any of them and just |
| 21 | | hang up? |
| 22 | A | I don't understand that question. |
| 23 | Q | You received some calls.  And my question |
| 24 | | is:  Did you ever answer any of them but |

| | | |
|---|---|---|
| 1 | | not have a conversation with the caller, |
| 2 | | just immediately hang up? |
| 3 | A | No. I talked to them. If I answered, I |
| 4 | | talked to them. |
| 5 | Q | So either you ignored the call and didn't |
| 6 | | pick it up -- |
| 7 | A | That's right. |
| 8 | Q | -- or you picked it up and had a |
| 9 | | conversation and said, Take me off the |
| 10 | | list? |
| 11 | A | Yes. |
| 12 | Q | Did you record any of the calls, by any |
| 13 | | chance? |
| 14 | A | No. For the most part, I thought they |
| 15 | | would stop doing it. I just really thought |
| 16 | | they would do what they said they would do. |
| 17 | Q | Did they ever call your land line at home? |
| 18 | A | No. |
| 19 | Q | Did your girlfriend ever happen to answer |
| 20 | | your cell phone for any of these calls? |
| 21 | A | No. |
| 22 | Q | Did anyone, other than you, ever answer any |
| 23 | | of these calls, to your knowledge? |
| 24 | A | No. |

```
 1    Q    Did you have an attorney prior to the
 2         cessation of these calls --
 3    A    No.
 4    Q    -- or did that come later?
 5    A    No.
 6    Q    What was the sequence, the calls versus
 7         engaging counsel?
 8    A    After the last -- probably the sixth time I
 9         talked to a person, I got a guy, and the
10         guy was very rude.
11                    He told me that he had talked
12         to me last week and I said that I was her
13         brother or -- I don't know what he said.
14         But he called me a liar.  And it really
15         ticked me off at that point in time.
16                    And I told him, Look, I
17         don't -- I told you for the last time; I'm
18         not this person; stop calling me.
19                    And then when I got the next
20         call, you know -- and I just told them -- I
21         said, If you're not going to take me off
22         the list, I'm going to do something about
23         it, plain and simple.
24                    And at that moment, I hung up
```

```
 1              the phone, and I got on the Internet and I
 2              started looking for somebody to do
 3              something about it.  So this is where we
 4              are.
 5    Q         Did you ever ask any of these callers to
 6              identify the company that they were calling
 7              from?
 8    A         No.
 9    Q         Sir, did you ever send a letter or an
10              e-mail to my client?
11    A         No.
12    Q         Was this conversation with the guy you just
13              talked about -- was that the last time
14              anybody called you?
15    A         No.  There was another call after that.
16              Because I answered.  And it was a different
17              person.  It wasn't him.  It's a different
18              person.
19                        But I told her I was tired of
20              asking them to take me off the list.
21              Because even when these happened, the next
22              30 calls I don't answer.  It's not like it
23              was happening oh, the next day I answered.
24              No.  It would be like 30 calls.  At some
```

|    |   |                                                                   |
|----|---|-------------------------------------------------------------------|
| 1  |   | point you get frustrated and say, Look,                           |
| 2  |   | enough is enough. I just told you -- I                            |
| 3  |   | don't know how many times -- that I'm not                         |
| 4  |   | this person. So at this point, I answered                         |
| 5  |   | the phone.                                                        |
| 6  |   | But then after you talked to                                      |
| 7  |   | somebody, you try to let it go. And then                          |
| 8  |   | you roll up another 20, 25 calls. You're                          |
| 9  |   | going to answer. You get tired of your                            |
| 10 |   | phone ringing, especially when I don't give                       |
| 11 |   | out the number. I don't give out my home                          |
| 12 |   | phone number; I don't give out my home cell                       |
| 13 |   | number. So if you call me, and I don't                            |
| 14 |   | recognize the number, I don't answer it,                          |
| 15 |   | because I didn't give you my number. Why                          |
| 16 |   | are you calling me? That's how I feel                             |
| 17 |   | about it.                                                         |
| 18 | Q | So that seventh call, was that the last                           |
| 19 |   | call you had with anybody from DCI?                               |
| 20 | A | Yeah, I believe so.                                               |
| 21 | Q | And did the calls to you stop after that?                         |
| 22 | A | That's when I contacted them (pointing).                          |
| 23 | Q | So the calls stopped only after you engaged                       |
| 24 |   | legal counsel?                                                    |

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Now, I want to go back to this sixth call |
| 3 | | where you said the guy was rude to you. |
| 4 | | Can you be more specific? |
| 5 | A | I don't like being called a liar.  If I'm |
| 6 | | not that person -- there's no point in time |
| 7 | | when I ever told you I was her brother or |
| 8 | | cousin or anybody else. |
| 9 | Q | Did he use the word you're a "liar"?  Or is |
| 10 | | that the way you took what he was saying? |
| 11 | A | That's how I took it.  If you're telling me |
| 12 | | I told you last time that I was somebody |
| 13 | | else, you're calling me a liar, because you |
| 14 | | said I'm not who I'm telling you I am |
| 15 | | today. |
| 16 | Q | Do you remember anything else in particular |
| 17 | | that he said to you during that call? |
| 18 | A | No, I don't really like arguing with people |
| 19 | | on the phone.  Either you look me in the |
| 20 | | face or we're going to end this |
| 21 | | conversation quickly. |
| 22 | Q | Were any of the woman that you spoke to |
| 23 | | rude? |
| 24 | A | No. |

30

| | | |
|---|---|---|
| 1 | Q | Do you have any reason to know why this guy |
| 2 | | was suggesting to you that you were somehow |
| 3 | | related to this woman? |
| 4 | A | No idea.  Don't know where that came from. |
| 5 | Q | Did he say anything else, apart from this |
| 6 | | being related to her notion, that you |
| 7 | | considered rude or inappropriate? |
| 8 | A | No, no, not really.  Like I said, I didn't |
| 9 | | have a long of a conversation with him, |
| 10 | | because I didn't like where it was going. |
| 11 | Q | Have you ever received any voice mail |
| 12 | | messages from DCI? |
| 13 | A | I don't recall.  Maybe at the very start. |
| 14 | | Because it seemed like that's how I knew |
| 15 | | they was looking for her, because somebody |
| 16 | | left -- at the very -- like, not in the |
| 17 | | second half of the calls, but the very |
| 18 | | first.  When they first started calling me, |
| 19 | | that's how I knew who they were looking |
| 20 | | for. |
| 21 | | But when they really started |
| 22 | | pressing me later, six months later, six to |
| 23 | | nine months later, they didn't tell me who |
| 24 | | they were looking for.  Because they never |

31

| | | |
|---|---|---|
| 1 | | left a message. They would just call. |
| 2 | Q | Do you have any voice mails today that |
| 3 | | you're able to replay off your phone? |
| 4 | A | No. They don't save. They only save for |
| 5 | | 30 days or something like that. |
| 6 | Q | Are you sure that you received a voice mail |
| 7 | | at some point? |
| 8 | A | No, I'm sure. That's how -- that's how I |
| 9 | | knew who they were looking for. But it |
| 10 | | wasn't -- like I said, it wasn't in a stint |
| 11 | | when they were rapidly calling me. |
| 12 | Q | Right. |
| 13 | A | It was, like, when I first called them, and |
| 14 | | I let them know. I said, I'm not this |
| 15 | | person. You know? |
| 16 | Q | And was it more than one voice mail or just |
| 17 | | one? |
| 18 | A | Don't remember. |
| 19 | Q | Do you remember what the gist of the |
| 20 | | message was? |
| 21 | A | No. |
| 22 | Q | Did the message mention Rosalee Pagan? |
| 23 | A | Yes. It said her name. |
| 24 | Q | Do you recall -- |