**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Jamie Davis, | : |
| | : |
| Plaintiff, | : Civil Action No.: 1:13-cv-10875-FDS |
| v. | : |
| | : |
| Diversified Consultants, Inc.; and | : |
| DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**DECLARATION OF SERGEI LEMBERG IN SUPPORT OF**
**PLAINTIFF'S OPPOSITION TO DEFENDANT'S**
**<u>MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to 28 U.S.C. § 1746, Sergei Lemberg hereby declares as follows:

1.  My name is Sergei Lemberg. I am an attorney admitted to the United States District Court for the District of Massachusetts and I make this Declaration based upon personal knowledge of all matters stated herein. I am a principal partner at the law firm of Lemberg Law, LLC. I am an attorney of record for Plaintiff, and I am familiar with all the facts and circumstances in this action.

2.  Attached hereto as <u>Exhibit A</u> are true and accurate excerpts of the deposition transcript of Mavis-Ann Pye, Defendant's Rule 30(b)(6) designee.

3.  Attached hereto as <u>Exhibit B</u> are true and accurate excerpts of the deposition transcript of the Plaintiff, Jamie Davis.

4.  Attached hereto as <u>Exhibit C</u> is a true and accurate copy of the Declaration of Mavis-Ann Pye submitted by Defendant in the matter <u>Echevarria v. Diversified Consultants, Inc.</u>, No. 17, 13-cv-04980-LAK (S.D.N.Y.). I acquired the document through the Pacer system.

2

     5.     Attached hereto as <u>Exhibit D</u> is a Dial List produced by the Defendant in discovery. The Dial List is also Exhibit 5 to the deposition of Ms. Pye.

     6.     Attached hereto as <u>Exhibit E</u> are Defendant's Interrogatory Responses.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge. Executed on April 28, 2014.

                                                  By  */s/ Sergei Lemberg*
                                                           Sergei Lemberg, Esq.