**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Jamie Davis, | : |
|          Plaintiff, | : |
| v. | : Civil Action No.: 1:13-cv-10875-FDS |
| Diversified Consultants, Inc.; and DOES 1-10, inclusive, | : |
|          Defendants. | : |

### JOINT MOTION TO ADJOURN THE INITIAL PRE-TRIAL CONFERENCE

Plaintiff, Jamie Davis, and Defendant, Diversified Consultants, Inc., through undersigned counsel, respectfully submit this Joint Motion to Adjourn the Adjourn the Initial Pre-Trial Conference. In support of this motion, the Parties state as follows:

1. The Pre-Trial Conference in this case is currently scheduled for September 19, 2014.

2. On September 12, 2014, the Parties are scheduled to conduct mediation in this case in Jacksonville, Florida.

3. Therefore, the Parties jointly request an adjournment of the Pre-Trial Conference to the morning of October 20, 2014, or a similar date that is suitable for the Court.

4. This is the Parties' first request to adjourn the Pre-Trial Conference.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion and adjourn the Initial Pre-Trial Conference currently scheduled for September 19, 2014.

**Dated:** September 5, 2014

| PLAINTIFF, Jamie Davis | DEFENDANT, Diversified Consultants, Inc. |
|---|---|
| By: /s/ Sergei Lemberg | By: /s/ John J. O'Connor |
| Sergei Lemberg, Esq. | John J. O'Connor |
| LEMBERG LAW, L.L.C. | Peabody & Arnold LLP |
| 1100 Summer Street, 3rd Floor | Federal Reserve Plaza |
| Stamford, CT 06905 | 600 Atlantic Avenue |
| Telephone: (203) 653-2250 | Boston, MA 02210-2261 |
| Facsimile: (203) 653-3424 | 617-951-2100 |
| *Attorneys for Plaintiff* | 617-951-2125 (fax) |
| | joconnor@peabodyarnold.com |
| | |
| | Bryan C. Shartle |
| | Sessions, Fishman & Nathan, L.L.P. |
| | 3850 N. Causeway Blvd., Suite 200 |
| | Metairie, LA 70002 |
| | 504-828-3700 |
| | 504-828-3737 (fax) |
| | bshartle@sessions-law.biz |
| | *Attorneys for Defendant* |

```
```

## **CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on September 5, 2014, a copy of the foregoing was filed via the electronic filing system for the District of Massachusetts, which sent notice of such filing to the following:

John J. O'Connor, Esq.
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261

Bryan C. Shartle
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3850 North Causeway Boulevard, Suite 200
Metairie, Louisiana 70002

                                              /s/ Sergei Lemberg
                                                Sergei Lemberg, Esq.