**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Jamie Davis, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:13-cv-10875-FDS |
| | : |
| Diversified Consultants, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: September 12, 2014

                                                     Respectfully submitted,

                                                   PLAINTIFF, Jamie Davis

                                                   /s/ Sergei Lemberg

                                                   Sergei Lemberg, Esq.
                                                   B.B.O. No.: 650671
                                                   **LEMBERG LAW, L.L.C.**
                                                   1100 Summer Street, 3rd Floor
                                                   Stamford, CT 06905
                                                   Telephone: (203) 653-2250
                                                   Facsimile:  (203) 653-3424
                                                   slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Sergei Lemberg

      Sergei Lemberg