**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Jamie Davis, | |
| Plaintiff, | Civil Action No.: 1:13-cv-10875-FDS |
| v. | |
| Diversified Consultants, Inc.; and DOES 1-10, inclusive, | |
| Defendant. | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Diversified Consultants, Inc. with prejudice and without costs to any party.

| Jamie Davis | Diversified Consultants, Inc. |
|---|---|
| /s/ *Sergei Lemberg* | /s/ *John J. O'Connor* |
| Sergei Lemberg, Esq. | John J. O'Connor |
| BBO No.: 650671 | Peabody & Arnold LLP |
| LEMBERG LAW, LLC | Federal Reserve Plaza |
| 1100 Summer Street, 3rd Floor | 600 Atlantic Avenue |
| Stamford, CT  06905 | Boston, MA 02210-2261 |
| (203) 653-2250 | 617-951-2100 |
| *Attorney for Plaintiff* | 617-951-2125 (fax) |
| | joconnor@peabodyarnold.com |
| | |
| | Bryan C. Shartle |
| | Sessions, Fishman & Nathan, L.L.P. |
| | 3850 N. Causeway Blvd., Suite 200 |
| | Metairie, LA 70002 |
| | 504-828-3700 |
| | 504-828-3737 (fax) |
| | bshartle@sessions-law.biz |
| | *Attorneys for Defendant* |

_____
SO ORDERED

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following:

John J. O'Connor
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261

Bryan C. Shartle
Sessions, Fishman & Nathan, L.L.P.
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002

                                                By /s/ Sergei Lemberg
                                                     Sergei Lemberg